# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:21-CR-000465 RLW (SRW) |
| ) | |
| v. ) | |
| ) | |
| SCOTT T. ROETHLE, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR REQUEST TO TRAVEL

Comes now Defendant Scott T. Roethle, by and through Counsel Neil J. Bruntrager of Bruntrager & Billings, P.C., and respectfully requests this Honorable Court to allow Defendant to travel to Durant, Oklahoma on Friday, January 7, 2022 through Sunday, January 9, 2022. In support of this motion, Defendant states as follows:

1. If permitted, Defendant will be leaving his home in Leawood, Kansas on Friday, January 7, 2022, and travelling to Durant, Oklahoma via car.

2. Defendant will be staying at Choctaw Casino and Resort located at 4216 S. Highway 69/75, Durant, Oklahoma, 74701.

3. Defendant will be returning via car to his home in Leawood, Kansas on Sunday, January 9, 2022.

4. Defendant has attached a copy of his hotel reservation confirmation for this Court's reference.

5. Defendant's travel dates will not interfere with any currently scheduled hearing dates.

Wherefore, Defendant moves this Court to allow him to travel to Durant, Oklahoma, leaving on Friday, January 7, 2022 and returning on Sunday, January 9, 2022, and for such other and further relief as this Court deems just and proper.

BRUNTRAGER & BILLINGS, P.C.

/s/   Neil J. Bruntrager
Neil J. Bruntrager, #29688
225 S. Meramec Ave., Suite 1200
Clayton, MO 63105
(314) 646-0066
(314) 646-0065-facsimile
njbatty@aol.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2022, the foregoing **Motion for Request to Travel** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Neil J. Bruntrager