# NOTICE OF AND REPENTANCE OF SINS FOR CAUSE

Notice Date:   Day Fifteen        Month: Five        Year: 2023 CE

Gregory J. Linhares, Clerk of Court
United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

RECEIVED
MAY 1 8 2023
BY MAIL

4:21CR 465 RLW

**PLEASE TAKE NOTICE** that I, Scott Taggart Roethle a sentient moral being, have examined the path my feet are on and have concluded that I have dishonored many including but not limited to the Gregory J. Linhares, Clerk of Court, The Honorable Ronnie L. White, The Honorable Stephen R. Welby, Saylor A. Fleming, United States Attorney, Dorothy L. McMurtry, Assistant United States Attorney, Derek Wiseman, Assistant United States Attorney, This Honorable Court, its Officers and or Employees, and others yet to be determined. I am sorry for my sins and THEREFORE I repent. As I become aware of other sins I may have committed, I will repent immediately.

I knowingly, willingly, voluntarily, intentionally and intelligently perform this act and deed.

"My son, if you: Have become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth- Do this at once, my son, and deliver yourself, For you have come into the hand of your friend: Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand, And like a bird from the hand of the trapper."[1]

"He who is guarantor for a stranger suffers harm, but one who hates shaking hands in a pledge is safe."[2]

**I RESERVE ALL OF MY RIGHTS WITH EXPLICIT RESERVATION AND WITHOUT PREJUDICE.**

Sincerely,

*Scott Taggart Roethle*

Scott Taggart Roethle
13725 Metcalf Avenue #292
Overland Park, Kansas

cc: Honorable Ronnie L. White Thomas Eagleton U.S. Courthouse 111 South 10th Street St. Louis, Missouri 63102
cc: Honorable Stephen R. Welby Thomas Eagleton U.S. Courthouse 111 South 10th Street St. Louis, Missouri 63102
cc: Saylor A. Fleming United States Attorney Thomas Eagleton U.S. Courthouse 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: Derek Wiseman, Assistant United States Attorney Thomas Eagleton U.S. Courthouse 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: THOMAS F. EAGLETON UNITED STATES COURTHOUSE 111 South 10th Street St. Louis, Missouri 63102

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa
[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 Northriding 2162 South Africa

## NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Fifteen        Month: Five        Year: 2023 CE

Gregory J. Linhares, Clerk of Court
United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

Sincerely,

*Scott Taggart Roethle*

Scott Taggart Roethle
13725 Metcalf Avenue #292
Overland Park, Kansas

Attachment: "Case: 4:21-cr-00465-RLW-SRW Doc. #: 2 Filed: 08/18/21 Page 1 of 19 Pag ID #: 22 FILED AUG 18 2021 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS No. **4:21CR00465 RLW/SRW INDICTMENT,** Page 2 of 19, Page 3 of 19, Page 4 of 19, Page 5 of 19, Page 6 of 19, Page 7 of 19, Page 8 of 19, Page 9 of 19, Page 10 of 19, Page 11 of 19, Page 12 of 19, Page 13 of 19, Page 14 of 19, Page 15 of 19, Page 16 of 19, Page 17 of 19, Page 18 of 19, Page 19 of 19 A TRUE BILL SAYLER A. FLEMING United States Attorney DOROTHY L. McMURTRY, #37727MO Assistant United States Attorney"

cc: Honorable Ronnie L. White United States District Court Eastern District of Missouri 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: Honorable Magistrate Judge Stephen R. Welby 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: Saylor A. Fleming United States Attorney Thomas Eagleton U.S. Courthouse 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: Derek Wiseman, Assistant United States Attorney Thomas Eagleton U.S. Courthouse 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: THOMAS F. EAGLETON UNITED STATES COURTHOUSE 111 South 10th Street St. Louis, Missouri 63102

ethle
Avenue

Kansas

KANSAS CITY 640

15 MAY 2023  PM 6



**RECEIVED**

MAY 1 8 2023

**BY MAIL**

THOMAS F. EAGLETON UNITED
STATES COURTHOUSE
111 South 10th Street
St Louis, Missouri 63102

63102-112748

t Roethle
:alf Avenue
J2
Park, Kansas

KANSAS CITY  640

15 MAY 2023 PM 6  L



THOMAS F. EAGLETON UNITED
STATES COURTHOUSE
111 South 10th Street
St Louis, Missouri 63102

RECEIVED

MAY 1 8 2023

BY MAIL

63102-112748

Scott Taggart Roethle
13725 Metcalf Avenue
Number 292
Overland Park, Kansas

KANSAS CITY 640

15 MAY 2023 PM 4 L



Gregory J. Linhares, Clerk of Court
US District Court Eastern Dist MO
111 South 10th Street
St Louis, Missouri 63102



RECEIVED
MAY 18 2023
BY MAIL

63102-112894