RECEIVED
15 2023
BY MAIL

RECEIVED
JUN 0 5 2023
BY MAIL

# NOTICE OF DISHONOR

Notice Date: Day: One   Month: Six   Year: 2023 CE

Gregory J. Linhares, Clerk of Court
United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102


**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**", dated Day: Fifteen Month Five Year 2023 CE, in reply to your Presentment "Case: 4:21-cr-00465-RLW-SRW Doc. #: 2 Filed: 08/18/21 Page 1 of 19 Pag ID #: 22 FILED AUG 18 2021 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS No. **4:21CR00465 RLW/SRW** <u>INDICTMENT</u>, Page 2 of 19, Page 3 of 19, Page 4 of 19, Page 5 of 19, Page 6 of 19, Page 7 of 19, Page 8 of 19, Page 9 of 19, Page 10 of 19, Page 11 of 19, Page 12 of 19, Page 13 of 19, Page 14 of 19, Page 15 of 19, Page 16 of 19, Page 17 of 19, Page 18 of 19, Page 19 of 19 A TRUE BILL SAYLER A. FLEMING United States Attorney DOROTHY L. McMURTRY, #37727MO Assistant United States Attorney" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Sincerely,

*Scott Taggart Roethle*

Scott Taggart Roethle
13725 Metcalf Avenue #292
Overland Park, Kansas


cc: Judge Ronnie L. White United States District Court Eastern District of Missouri 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: Judge Magistrate Judge Stephen R. Welby 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: Saylor A. Fleming United States Attorney Thomas Eagleton U.S. Courthouse 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: Derek Wiseman, Assistant United States Attorney Thomas Eagleton U.S. Courthouse 111 S. 10th Street, 20th Floor St. Louis, Missouri 63102
cc: THOMAS F. EAGLETON UNITED STATES COURTHOUSE 111 South 10th Street St. Louis, Missouri 63102

Scott Taggart Roethle
3725 Metcalf Avenue
Number 292
Overland Park, Kansas

Gregory J. Linhares, Clerk of Court
US District Court Eastern Dist MO
111 South 10th Street
St Louis, Missouri 63102



BROOKRIDGE BRANCH
JUN 01 2023
USPS

RECEIVED
JUN 05 2023
BY MAIL

6310281130 C006