April 9, 2024


To: CLERK OF THE COURT

Cause of Action: 4:21-cr-000465-RLW/SRW


I herewith submit the attached Exhibits to be entered onto the record as part of the Demand for Dismissal of the same date (April 9, 2024) that I just submitted to the court. The file for the Demand for Dismissal was too large to include the Exhibits all in one submission.

Thank you,

Scott Taggart Roethle

# EXHIBIT A

(Cancellation of ALL powers of attorney)

From the Desk or Scott Taggart Roethle
7819 W, 158 Court,
Overland Park,  Kansas [66223]

**CUSIP ATTACHING NUMBER 4:21-CR-000465-RLW/SRW**

**Cancellation of all Powers of Attorney**

"All prior Powers of Attorneys granted by me are removed, cancelled, and permanently revoked and rescissioned effective October 27, 1977."

I, SCOTT TAGGART ROETHLE, appoint Scott Taggart Roethle, the living man as Attorney-in-Fact for all purposes related to the administration of the SCOTT TAGGART ROETHLE estates and all correspondence should be addressed to:

All rights reserved, without prejudice,

Scott Taggart Roethle *Scott Taggart Roethle* my autograph, my seal
Scott Taggart Roethle, a living man and
Beneficiary for SCOTT TAGGART ROETHLE

STATE OF KANSAS
COUNTY OF JOHNSON

This instrument was acknowledged before me on the 9th day of April in the year of our Lord 2024, by Scott Taggart Roethle, a living man/individual.

Signature _____

Name _____

Title _____

Commission _____ 1188113

NOTARY PUBLIC
STATE OF KANSAS
JAMES E MEYER
My Appointment Expires: 10-12-2025





# EXHIBIT B

**(Debt discharge letter)**

**Created by: SCOTT TAGGART ROETHLE**
**7819 W. 158 Court**
**Overland Park, Kansas [66223]**

To: Trustee/Fiduciary **Donald J. Trump**
1100 South Ocean Boulevard
Palm Beach, Florida 33480

To: **Andrew Bailey,** Missouri Attorney General
Supreme Court Building, 207 W. High
P.O. Box 899
Jefferson City, Missouri 65102

To: **Michael Parson,** Governor of Missouri
Capitol Building Room 216
P.O. Box 720
Jefferson City, Missouri 65102

To: **Stephen R. Welby**, Magistrate
Thomas Eagleton US Courthouse
111 South 10th Street
St Louis, Missouri 63102

To: **Honorable Ronnie L. White**
Thomas Eagleton US Courthouse
111 South 10th Street
St Louis, Missouri 63102

To: **Merrick Garland**, US Attorney General
US Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

1



## Discharge Debts, Approval for Trust Authorized Payment

**To: Donald J. Trump**

Dear Trustees of the public charitable trust,

I, Scott Taggart Roethle, am a trust protector; my trust has been drained unlawfully which also is a violation of 18 USC 371. I demand a forensic accounting of my SCOTT TAGGART ROETHLE, trust.

**First:** However, if an injured party provides evidence of a meritorious claim, please accept this .90 silver coin as full payment for discharging all debts owed as linked to my VESSEL name: SCOTT TAGGART ROETHLE

**Second:** Please forward this payment together with instructions to your bank headquarters corporate legal department to discharge the debt using the hereto attached silver coin and authorize trust payment for all foregoing debt. See US Article 1 section 10.

**Third:** All debts are the responsibility of the United States. I have the authority as the Executor and Beneficiary of the SCOTT TAGGART ROETHLE trust to dissolve/discharge the debts linked to this name as the sole signatory officer. I demand all debts discharged linked to the SCOTT TAGGART ROETHLE.

See .90 troy half ounce silver coin attached.

However, if there is a change in the laws that I am unaware of please notice the affixed silver U.S. mint coin used as lawful consideration for this debt. Within this letter you will find a .90 troy ounce of US mint silver coin to consider all debts paid in full/Discharged and dissolved.

**Please contact me if you need any further instructions related to this matter.** All my sworn facts are true and correct to the best of my memory and all my statements are made in good faith and sworn under the penalty of perjury in common law. See HJR 192, Public Law 73-10.

Signature on next page.

2

## STATE OF KANSAS

## COUNTY OF JOHNSON

**I reserve all my YHWH-given rights, without waiving any.**

Autograph by: _Scott Taggart Roethle_
Sole heir of the Scott Taggart Roethle, beneficiary and
Executor of the SCOTT TAGGART ROETHLE, trust

This instrument was acknowledged before me on the 9th day of April in the year of our Lord
2024.

Signature: _James C Meyer_

Name: _James E Meyer_

Title: _Notary Public_

Commission: _1188113_

> NOTARY PUBLIC
> STATE OF KANSAS
> JAMES E MEYER
> My Appointment Expires: _10.12.2025_

3

# EXHIBIT "C"

(Transgression fee schedule)

# NOTICE

## Claim of Damages/Transgression fee schedule of

### *Scott Taggart Roethle*

I, **Scott Taggart Roethle**, a living flesh and blood man, charge t11ese fees for violations of my God- given rights. This is a copy of my TRUE BILL in commerce.

I swear under penalty of pe1jury these fees will be billed to any transgressor of my rights. I demand restitution to be paid to me in legal tender .999 one-ounce silver coin or credited to my account no later than **30 days** upon receipt of my TRUE BILL.

By silence, Respondent(s) have agreed to the following PROOF OF CLAIM(S), for determining/calculating actual and compensatory damages due me, **Scott Taggart Roethle**.

PROOF OF CLAIM, *"actual"* or *"compensatory damages"* in actions/claims for false arrest and/or false imprisonment have been established at 25,000 USD per twenty-three (23) minutes, 1,600,000 USD per day. Punitive damages may be set by the injured party; and specifically, the Undersigned as the injured party within the above referenced alleged Criminal Case/Cause. [See: *Trezevant v. City of Tampa, 741 F.2d 336 (1984),* wherein damages were set as 25,000 USD per twenty-three ( 23) minutes in a false imprisonment case.]

PROOF OF CLAIM: The above cited case, i.e., Trezevant v. City of Tampa, can be utilized by the Undersigned in determining actual/compensatory damages should Respondent(s) agree the Undersigned has been falsely imprisoned; and, Respondent(s) can provide any valid, lawful, and reasonable objection as to why it should not, or cannot, be so utilized and applied in this matter.

Furthermore, I, **Scott Taggart Roethle**, have under the 9th and 10th Amendment AUTHORJTY TO IMPOSE FINES (DAMAGES) CAUSED BY CRIMES BY GOVERNMENT OFFICERS, CITIZENS OF THE CORPORATIONS: PERPETRATORS INCLUDING AUTHORIZING BODIES, CAPTAINS, CHIEFS, SUPERVISORS, EMPLOYERS, AGENTS, CLERKS, ADMINISTRATORS, JUDGES, OR ANY PERSON WHO VIOLATES MY GOD-GIVEN RIGHTS.

These Damages, in part, were determined by GOVERNMENT itself for the violation listed: Emoluments Violations- 18 U.S.C. §§§ 241,242,643, / 28 U.S.C. § J927, / 29 U.S.C. § 1109

EXECUTIVE ORDER 13818 ON HUMAN TRAFFICKING, (Public Law 114-328) section 212(f), 8 U.S.C. 1182(1), (INA), 3 U.S.C. section 301, 28 U.S.C. §§ 1608, 1330 / Qui Tam 31 U.S. Code,§ 3730(b)(c).

| Breach | Penalty | Authority |
|---|---|---|
| A-VIOLATION OF OATH OF OFFICE: | $250,000.00 | 18 USC 3571, 2s USC  3002(15) |
| B-ARMED ABUSE OF OFFICE: | $200,000.00 | |
| C-ARMED ABUSE OF AUTHORITY: | $200,000.00 | |
| C-CONSPIRACY TO DEPRJVE ME OF LIFE LIBERTY OR PROPERTY | $250,000.00 | per PERSON per event |
| D-ARMED USE OF EMERGENCY LIGHTING | $5,000.00 | |
| IN A NON-EMERGENCY: | $200,000.00 | |
| £-ARMED USE OF EMERGENCY SIREN | | |
| IN A NON-EMERGENCY: | $200,000.00 | |
| F-ARMED ASSAULT AND BATTERY: | $200,000.00 | |
| G-ARMED THREAT OF VIOLENCE: | $200,000.00 | |
| H-ARMED COERCION: | $200,000.00 | |
| I-DENTED PROPER WARRANT(S}: | $250,000.00 | 18 USC 3511 |
| J-DENIED RIGHT OF REASONABLE | $250,000.00 | |
| DEFENSE ARGUMENTS: | $250,000.00 | 18 USC 3571 |
| K-DEFENSE EVIDENCE (RECORDS): | $250,000.00 | 18 USC 3571 |
| L-DENIED RJGHT TO TRUTH IN EVIDENCE: | $250,000.00 | 18 USC 3571 |
| M-ARMED VIOLATION OF DUE PROCESS: | $200,000.00 | |
| N-SLAVERY (Forced Compliance to contracts not held): | $250,000.00 | 18 USC 3571 |
| O-DENIED PROVISIONS IN THE CONSTITUTION: | $250,000.00 | 18 USC 3511 |
| P-ARMED TREASON, WAR AGST AMERICANS: | $250,000.00 | 18 USC 3571 |
| Q-GENOCIDE AGAINST HUMANITY: | $1,000,000.00 | 18 USC 1091 |
| R-APARTHEID: | $1,000,000.00 | |
| S-ARMED DEPRIVATION OF RIGHTS | $2,000,000.00 | |
| UNDER COLOR OF LAW: | $200,000.00 | 18 USC 242 |

2

| | | |
|---|---|---|
| T-EMOTIONAL DISTRESS: | $200,000.00 | 32 CFR 536.77(a)(3)(vii) |
| U-MENTAL ANGUISH ABUSE: | $200,000.00 | 42 CFR 488.301 |
| Y-PEONAGE (Felony): | $200,000.00 | 18 USC1581, 42 USC 1994 |
| W-UNLAWFUL INCARCERATION: | $200,000.00 | |
| X-MALICIOUS PROSECUTION: | $200,000.00 | |
| Y-DEFAMATION OF CHARACTER: | $200,000.00 | |
| Z-SLANDER: | $200,000.00 | |
| AA-LIBEL: | $200,000.00 | |
| BB-ARMED TRESPASS: | $200,000.00 | |
| CC-NEGLECT/FAILURE TO PROTECT/ACT: | $200,000.00 | 18 USC 1621. 42 USC 1986 |
| DD-ARMED GANG PRESSING: | $200,000.00 | |
| EE-ARMED LAND PIRACY/PLUNDER: | $200,000.00 | |
| FF-UNAUTHORIZED BOND PRODUCTION: | $200,000.00 | |
| GO-ARMED FORGERY: | $200,000.00 | |
| HH-ARMED EMBEZZLEMENT: | $200,000.00 | |
| II-GENOCIDE: | $1,000,000.00 | |
| JJ-ARMED STALKING: | $200,000.00 | |
| KK-ARMED IIMPERSONATING A PUB OFFICIAL: | $200,000.00 | |
| LL-ACTING AS AGENTS OF FOREIGN PRINCIPLES: | $200,000.00 | 18 USC 219 |
| MM-ARMED TORTURE: | $200,000.00 | |
| NN-ARMED OPERATING STATUTES W/O BOND: | $200,000.00 | |
| OO-EXPLOIT OF LEGAL JUSTICE MINORITY GRP | $500,000.00 | |
| BY-BAR CLOSED UNION COURTS- CIVIL RIGHTS: | $1,000,000.00 | |
| PP-BAR VIOLATION OF ANTI-TRUST LAWS: | $200,000.00 | |
| QQ-INCITIOUS CONVEYANCE OF LANGUAGE: | $200,000.00 | Chap. 2b 78FF |
| RR-MISAPPROPRIATION OF TAXPAYER FUNDS: | $200,000.00 | 18 USE 641-664 |

VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS

| | | |
|---|---|---|
| SS-ARMED BREACH OF TRUST: | $200,000.00 | |
| 'ff-ARMED DJSTURBING THE PEACE: | $200,000.00 | |
| W-ARMED  KIDNAPPING: | $200,000.00 | 18 USC 1201 |
| VY-ARMED I\1ALFEASANCE/MALPRACTICE: | $200,000.00 | 22 CFR 13.3 |
| WW-ARMED MISREPRESENTATION/PERSONAGE: | $200,000.00 | |

3

| | | |
|---|---|---|
| XX-MIS-PRISON OF FELONY: | $500.00 | 18 USC 4 |
| YY-ARMED CONSPIRACY AGAINST RIGHTS: | $200,000.00 | 18 USC241 |
| ARMED CRIMINAL EXTORTION/ | $250,000.00 | |
| ZZ-ECONOMIC OPPRESSION: | $200,000.00 | 1s use  141,872, 2s CFR 11.411 |
| AB-ARMED EXTORTION OF RIGHTS: | $200,000.00 | Title 15 |
| AC-ARMED ROBBERY: | $200,000.00 | |
| AD-ARMED THEFT BY FORCED REGISTRATION: | $200,000.00 | |
| AE-MAIL THREATS: | $5,000.00 | 18 USC 876 |
| AF-MAIL FRAUD: | $10,000.00 | 18 USC 1341 |
| AG-ARMED  FRAUD: | $10,000.00 | 18 USC 1001 |
| AH-ARMED VIOLATION OF LIEBER CODE | | |
| AGAINST NON-COMBATANTS: | $200,000.00 | |
| AI-ARMED WRONGFUL ASSUMPTION | | |
| OF STATUS/STA1'1DING: | $200,000.00 | |
| AJ-ARMED FALSIFICATION OF DOCS/RECORD: | $10,000.00 | 18 USC 1001, 26 USC 7701(a)(l) |
| AK-ARMED FICTITIOUS OBLIGATIONS: | $200,000.00 | 18 USC 514 |
| AL-ARMED PERJURY: | $2,000.00 | 18 USC   1621 |
| AM-ARMED SUBORDINATION OF PERJURY: | $2,000.00 | 18 USC 1622 |
| AN-To determine multiply no. of counts by damage | | |
| AO-ARMED RACKETEERING (Criminal, Felony): | $200,000.00 | 18 USC 1961-1968 |
| AP-ARMED RACKETEERING (Civil): | $200,000.00 | |
| AQ-Wages Taken $x3 (as applies to l 8 USC 1964 (c)) | | |
| (Sustained Damages [total] x3). | | |

The lien debtors will be responsible for any IRS obligations resulting from the discharge or cancellation of any debts, as well as earned  income resulting from accepted settlements.

Dealing with claims of *"Immunity"*: Any claim of *"Immunity"* is a fraud, because if valid, it would prevent removal of officials from office for crimes against the people. Such removal is authorized (mandated) under U.S. Constitution Article 2, Section JV; as well as  18  USC *241,* 42 USC 1983, 1985, 1986, and other state Constitutions.  Precedents of Law established by Court cases that are in violation of the law, void.

All my sworn facts are true and correct to the best of my memory and all statements are made in good faith and sworn to under penalty of perjury in common law.

Scott Taggart Rockelle

4

# KANSAS NOTARY ACKNOWLEDGEMENT

**STATE OF KANSAS**
**COUNTY OF JOHNSON**

This instrument was acknowledged before me on the ___9___ day of ___April___

in the year of our Lord 2024, by Scott Taggart Roethle  *- all rights reserved -*

_____, a private, sovereign individual.
Scott Taggart Roethle

NOTARY:

Signature: _____

Name: _____

Title: _____

Commission: ___11 88113___

> NOTARY PUBLIC
> STATE OF KANSAS
> JAMES E MEYER
> My Appointment Expires: 10·12·2025

5



*Exhibit D*



**1 of 6**

State of Delaware

Visit the Governor  |  General Assembly  |  Courts  |  Other Elected Officials  |  Federal, State & Lo

| Help | Search Delaware

Citizen Services | Business Services | \

**State: Division of Corporations**

Frequently Asked Questions   View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number | 2193946 | Incorporation Date / Formation Date | 04/19/1989 (mm/dd/yyyy) |
| Entity Name | **UNITED STATES OF AMERICA, INC.** | | |
| Entity Kind | **CORPORATION** | Entity Type: | **RELIGIOUS NONPROFIT** |
| Residency | **DOMESTIC** | State: | **DE** |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name | **THE COMPANY CORPORATION** | | |
| Address | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City | **WILMINGTON** | County | **NEW CASTLE** |
| State | **DE** | Postal Code | **19808** |
| Phone | **(302)636-5440** | | |

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like   ○ Status   ○ Status,Tax & History Information    Submit

Back to Entity Search



Exhibit 1



UNITED STATES

OF AMERICA

# Congressional Record

## PROCEEDINGS AND DEBATES OF THE 90th CONGRESS
### FIRST SESSION

## VOLUME 113—PART 12

JUNE 12, 1967, TO JUNE 20, 1967

(PAGES 15309 TO 16558)

UNITED STATES GOVERNMENT PRINTING OFFICE, WASHINGTON, 1967

groups from other nations. This bipartisan organization is doing something more than just talking about international understanding—it is doing something about it.

If mankind is ever to abolish war from the face of the earth, we first must break down the barriers of mistrust and suspicion among the peoples of the world. There is no better way to accomplish this than through just such programs as this one conducted by the American Council of Young Political Leaders.

These young people will be the leaders of the world in years to come. They will be better leaders, more understanding and tolerant leaders, if they are able to expand their knowledge of other nations, other peoples, and other political systems.

This is why, Mr. Speaker, I am so pleased with the work being done by the American Council of Young Political Leaders. They have my wholehearted support in their program to further world understanding.

## THE 14TH AMENDMENT—EQUAL PROTECTION LAW OR TOOL OF USURPATION

Mr. PRYOR. Mr. Speaker, I ask unanimous consent that the gentleman from Louisiana [Mr. RARICK] may extend his remarks at this point in the RECORD and include extraneous matter.

The SPEAKER pro tempore. Is there objection to the request of the gentleman from Arkansas?

There was no objection.

Mr. RARICK. Mr. Speaker, arrogantly ignoring clearcut expressions in the Constitution of the United States, the declared intent of its drafters notwithstanding, our unelected Federal judges read out prohibitions of the Constitution of the United States by adopting the fuzzy haze of the 14th amendment to legislate their personal ideas, prejudices, theories, guilt complexes, aims, and whims.

Through the cooperation of intellectual educators, we have subjected ourselves to accept destructive use and meaning of words and phrases. We blindly accept new meanings and changed values to alter our traditional thoughts.

We have tolerantly permitted the habitual misuse of words to serve as a vehicle to abandon our foundations and goals. Thus, the present use and expansion of the 14th amendment is a sham—serving as a crutch and hoodwink to precipitate a quasi-legal approach for overthrow of the tender balances and protections of limitation found in the Constitution.

But, interestingly enough, the 14th amendment—whether ratified or not—was but the expression of emotional outpouring of public sentiment following the War Between the States.

Its obvious purpose and intent was but to free human beings from ownership as a chattel by other humans. Its aim was no more than to free the slaves.

As our politically appointed Federal judiciary proceeds down their chosen path of chaotic departure from the peoples' government by substituting their personal law rationalized under the 14th amendment, their actions and verbiage brand them and their team as secessionists—rebels with pens instead of guns—seeking to divide our Union.

They must be stopped. Public opinion must be aroused. The Union must and shall be preserved.

Mr. Speaker, I ask to include in the RECORD, following my remarks, House Concurrent Resolution 208 of the Louisiana Legislature urging this Congress to declare the 14th amendment illegal. Also, I include in the RECORD an informative and well-annotated treatise on the illegality of the 14th amendment—the play toy of our secessionist judges—which has been prepared by Judge Leander H. Perez, of Louisiana.

The material referred to follows:

H. Con. Res. 208

A concurrent resolution to expose the unconstitutionality of the 14th amendment to the Constitution of the United States; to interpose the sovereignty of the State of Louisiana against the execution of said amendment in this State; to memorialize the Congress of the United States to repeal its joint resolution of July 28, 1868, declaring that said amendment had been ratified; and to provide for the distribution of certified copies of this resolution

Whereas the purported 14th Amendment to the United States Constitution was never lawfully adopted in accordance with the requirements of the United States Constitution because eleven states of the Union were deprived of their equal suffrage in the Senate in violation of Article V, when eleven southern states, including Louisiana, were excluded from deliberation and decision in the adoption of the Joint Resolution proposing said 14th Amendment; said Resolution was not presented to the President of the United States in order that the same should take effect, as required by Article 1, Section 7; the proposed amendment was not ratified by three-fourths of the states, but to the contrary fifteen states of the then thirty-seven states of the Union rejected the proposed 14th Amendment between the dates of its submission to the states by the Secretary of State on June 16, 1866 and March 24, 1868, thereby nullifying said Resolution and making it impossible for ratification by the constitutionally required three-fourths of such states; said southern states which were denied their equal suffrage in the Senate had been recognized by proclamations of the President of the United States to have duly constituted governments with all the powers which belong to free states of the Union, and the Legislatures of seven of said southern states had ratified the 13th Amendment which would have failed of ratification but for the ratification of said seven southern states; and

Whereas the Reconstruction Acts of Congress unlawfully overthrew their existing governments, removed their lawfully constituted legislatures by military force and replaced them with rump legislatures which carried out military orders and pretended to ratify the 14th Amendment; and

Whereas in spite of the fact that the Secretary of State in his first proclamation, on July 30, 1866, expressed doubt as to whether three-fourths of the required states had ratified the 14th Amendment, Congress nevertheless adopted a resolution on July 28, 1868, unlawfully declaring that three-fourths of the states had ratified the 14th Amendment and directed the Secretary of State to so proclaim, said Joint Resolution of Congress and the resulting proclamation of the Secretary of State included the purported ratifications of the military enforced rump legislatures of ten southern states whose lawful legislatures had previously rejected said 14th Amendment, and also included purported ratifications by the legislatures of the States of Ohio and New Jersey although they had withdrawn their legislative ratifications several months previously, all of which proves absolutely that said 14th Amendment was not adopted in accordance with the mandatory constitutional requirement set forth in Article V of the Constitution and therefore the Constitution itself strikes with nullity the purported 14th Amendment.

Now therefore be it resolved by the Legislature of Louisiana, the House of Representatives and the Senate concurring:

(1) That the Legislature go on record as exposing the unconstitutionality of the 14th Amendment, and interposes the sovereignty of the State of Louisiana against the execution of said 14th Amendment against the State of Louisiana and its people;

(2) That the Legislature of Louisiana opposes the use of the invalid 14th Amendment by the Federal courts to impose further unlawful edicts and hardships on its people;

(3) That the Congress of the United States be memorialized by this Legislature to repeal its unlawful Joint Resolution of July 28, 1868, declaring that three-fourths of the states had ratified the 14th Amendment to the United States Constitution;

(4) That the Legislatures of the other states of the Union be memorialized to give serious study and consideration to take similar action against the validity of the 14th Amendment and to uphold and support the Constitution of the United States which strikes said 14th Amendment with nullity; and

(5) That copies of this Resolution, duly certified, together with a copy of the treatise on "The Unconstitutionality of the 14th Amendment" by Judge L. H. Perez, be forwarded to the Governors and Secretaries of State of each state in the Union, and to the Secretaries of the United States Senate and House of Congress, and to the Louisiana Congressional delegation, a copy hereof to be published in the Congressional Record.

VAIL M. DELONY,
*Speaker of the House of Representatives.*
C. C. AYCOCK,
*Lieutenant Governor and President of the Senate.*

The 14th Amendment Is Unconstitutional

The purported 14th Amendment to the United States Constitution is and should be held to be ineffective, invalid, null, void and unconstitutional for the following reasons:

1. The Joint Resolution proposing said Amendment was not submitted to or adopted by a Constitutional Congress. Article I, Section 3, and Article V of the U.S. Constitution.

2. The Joint Resolution was not submitted to the President for his approval. Article I, Section 7.

3. The proposed 14th Amendment was rejected by more than one-fourth of all the States then in the Union, and it was never ratified by three-fourths of all the States in the Union. Article V.

### I. THE UNCONSTITUTIONAL CONGRESS

The U.S. Constitution provides:

Article I, Section 3. "The Senate of the United States shall be composed of two Senators from each State * * *"

Article V provides: "No State, without its consent, shall be deprived of its equal suffrage in the Senate."

The fact that 23 Senators had been unlawfully excluded from the U.S. Senate, in order to secure a two-thirds vote for adoption of the Joint Resolution proposing the 14th Amendment is shown by Resolutions of pro-

test adopted by the following State Legislatures:

The New Jersey Legislature by Resolution of March 27, 1868, protested as follows:

"The said proposed amendment not having yet received the assent of the three-fourths of the states, which is necessary to make it valid, the natural and constitutional right of this state to withdraw its assent is undeniable * * *."

"That it being necessary by the constitution that every amendment to the same should be proposed by two-thirds of both houses of congress, the authors of said proposition, for the purpose of securing the assent of the requisite majority, determined to, and did, exclude from the said two houses eighty representatives from eleven states of the union, upon the pretence that there were no such states in the Union; but, finding that two-thirds of the remainder of the said houses could not be brought to assent to the said proposition, they deliberately formed and carried out the design of mutilating the integrity of the United States senate, and without any pretext or justification, other than the possession of the power, without the right, and in palpable violation of the constitution, ejected a member of their own body, representing this state, and thus practically denied to New Jersey its equal suffrage in the senate, and thereby nominally secured the vote of two-thirds of the said houses."[1]

The Alabama Legislature protested against being deprived of representation in the Senate of the U.S. Congress.[2]

The Texas Legislature by Resolution on October 15, 1866, protested as follows:

"The amendment to the Constitution proposed by this joint resolution as Article XIV is presented to the Legislature of Texas for its action thereon, under Article V of that Constitution. This Article V, providing the mode of making amendments to that instrument, contemplates the participation by all the States through their representatives in Congress, in proposing amendments. As representatives from nearly one-third of the States were excluded from the Congress proposing the amendments, the constitutional requirement was not complied with; it was violated in letter and in spirit; and the proposing of these amendments to States which were excluded from all participation in their initiation in Congress, is a nullity."[3]

The Arkansas Legislature, by Resolution on December 17, 1866, protested as follows:

"The Constitution authorized two-thirds of both houses of Congress to propose amendments; and, as eleven States were excluded from deliberation and decision upon the one now submitted, the conclusion is inevitable that it is not proposed by legal authority, but in palpable violation of the Constitution."[4]

The Georgia Legislature, by Resolution on November 9, 1866, protested as follows:

"Since the reorganization of the State government, Georgia has elected Senators and Representatives. So has every other State. They have been arbitrarily refused admission to their seats, not on the ground that the qualifications of the members elected did not conform to the fourth paragraph, second section, first article of the Constitution, but because their right of representation was denied by a portion of the States having equal but not greater rights than themselves. They have in fact been forcibly excluded; and, inasmuch as all legislative power granted by the States to the Congress is defined, and this power of exclusion is not among the powers expressly or by implication, the assemblage, at the capitol, of representatives from a portion of the States, to the exclusion of the representatives of another portion,

cannot be a constitutional Congress, when the representation of each State forms an integral part of the whole.

"This amendment is tendered to Georgia for ratification, under that power in the Constitution which authorizes two-thirds of Congress to propose amendments. We have endeavored to establish that Georgia had a right, in the first place, as a part of the Congress, to act upon the question, 'Shall these amendments be proposed?' Every other excluded State had the same right.

"The first constitutional privilege has been arbitrarily denied. Had these amendments been submitted to a constitutional Congress, they never would have been proposed to the States. Two-thirds of the whole Congress never would have proposed to eleven States voluntarily to reduce their political power in the Union, and at the same time, disfranchise the larger portion of the intellect, integrity and patriotism of eleven co-equal States."[5]

The Florida Legislature, by Resolution of December 5, 1866, protested as follows:

"Let this alteration be made in the organic system and some new and more startling demands may or may not be required by the predominant party previous to allowing the ten States now unlawfully and unconstitutionally deprived of their right of representation to enter the Halls of the National Legislature. Their right to representation is guaranteed by the Constitution of this country and there is no act, not even that of rebellion, can deprive them of its exercise."[6]

The South Carolina Legislature by Resolution of November 27, 1866, protested as follows:

"Eleven of the Southern States, including South Carolina, are deprived of their representation in Congress. Although their Senators and Representatives have been duly elected and have presented themselves for the purpose of taking their seats, their credentials have, in most instances, been laid upon the table without being read, or have been referred to a committee, who have failed to make any report on the subject. In short, Congress has refused to exercise its Constitutional functions, and decide either upon the election, the return, or the qualification of these selected by the States and people to represent us. Some of the Senators and Representatives from the Southern States were prepared to take the test oath, but even these have been persistently ignored, and kept out of the seats to which they were entitled under the Constitution and laws.

"Hence this amendment has not been proposed by 'two-thirds of both Houses' of a legally constituted Congress, and is not, Constitutionally or legitimately, before a single Legislature for ratification."[7]

The North Carolina Legislature protested by Resolution of December 6, 1866 as follows:

"The Federal Constitution declares, in substance, that Congress shall consist of a House of Representatives, composed of members apportioned among the respective States in the ratio of their population, and of a Senate, composed of two members from each State. And in the Article which concerns Amendments, it is expressly provided that 'no State, without its consent, shall be deprived of its equal suffrage in the Senate.' The contemplated Amendment was not proposed to the States by a Congress thus constituted. At the time of its adoption, the eleven seceding States were deprived of representation both in the Senate and House, although they all, except the State of Texas, had Senators and Representatives duly elected and claiming their privileges under

the Constitution. In consequence of this, these States had no voice on the important question of proposing the Amendment. Had they been allowed to give their votes, the proposition would doubtless have failed to command the required two-thirds majority. * * *

If the votes of these States are necessary to a valid ratification of the Amendment, they were equally necessary on the question of proposing it to the States; for it would be difficult, in the opinion of the Committee, to show by what process in logic, men of intelligence could arrive at a different conclusion."[8]

### II. JOINT RESOLUTION INEFFECTIVE

Article I, Section 7 provides that not only every bill which shall have been passed by the House of Representatives and the Senate of the United States Congress, but that:

"Every order, resolution, or vote to which the concurrence of the Senate and House of Representatives may be necessary (except on a question of adjournment) shall be presented to the President of the United States; and before the same shall take effect, shall be approved by him, or being disapproved by him shall be repassed by two-thirds of the Senate and House of Representatives, according to the rules and limitations prescribed in the case of a bill."

The Joint Resolution proposing the 14th Amendment[9] was never presented to the President of the United States for his approval, as President Andrew Johnson stated in his message on June 22, 1866.[10] Therefore, the Joint Resolution did not take effect.

### III. PROPOSED AMENDMENT NEVER RATIFIED BY THREE-FOURTHS OF THE STATES

1. Permitting the ineffectiveness of said resolution, as above, fifteen (15) States out of the then thirty-seven (37) States of the Union rejected the proposed 14th Amendment between the date of its submission to the States by the Secretary of State on June 16, 1866 and March 24, 1868, thereby further nullifying said resolution and making it impossible for its ratification by the constitutionally required three-fourths of such States, as shown by the rejections thereof by the Legislatures of the following states:

Texas rejected the 14th Amendment on October 27, 1866.[11]

Georgia rejected the 14th Amendment on November 9, 1866.[12]

Florida rejected the 14th Amendment on December 6, 1866.[13]

Alabama rejected the 14th Amendment on December 7, 1866.[14]

North Carolina rejected the 14th Amendment on December 14, 1866.[15]

Arkansas rejected the 14th Amendment on December 17, 1866.[16]

South Carolina rejected the 14th Amendment on December 20, 1866.[17]

Kentucky rejected the 14th Amendment on January 8, 1867.[18]

---

[1] New Jersey Acts, March 27, 1868.

[2] Alabama House Journal 1866, pp. 210–213.

[3] Texas House Journal, 1866, p. 577.

[4] Arkansas House Journal, 1866, p. 287.

[5] Georgia House Journal, November 9, 1866, pp. 66–67.

[6] Florida House Journal, 1866, p. 76.

[7] South Carolina House Journal, 1866, pp. 33 and 34.

[8] North Carolina Senate Journal, 1866–67, pp. 92 and 93.

[9] 14 Stat. 358 etc.

[10] Senate Journal, 39th Congress, 1st sessn. p. 563, and House Journal p. 889.

[11] House Journal 1866, pp. 578–584—Senate Journal 1866, p. 471.

[12] House Journal 1866, pp. 68—Senate Journal 1866, p. 72.

[13] House Journal 1866, p. 76—Senate Journal 1866, p. 8.

[14] House Journal 1866, pp. 210–213—Senate Journal 1866, p. 183.

[15] House Journal 1866–1867, p. 183—Senate Journal 1866–1867, p. 138.

[16] House Journal 1866, pp. 288–291—Senate Journal 1866, p. 262.

[17] House Journal 1866, pp. 284—Senate Journal 1866, p. 230.

[18] House Journal 1867, p. 60—Senate Journal 1867, p. 62.

Virginia rejected the 14th Amendment on January 9, 1867.[18]

Louisiana rejected the 14th Amendment on February 6, 1867.[19]

Delaware rejected the 14th Amendment on February 7, 1867.[20]

Maryland rejected the 14th Amendment on March 23, 1867.[21]

Mississippi rejected the 14th Amendment on January 31, 1867.[22]

Ohio rejected the 14th Amendment on January 15, 1868.[23]

New Jersey rejected the 14th Amendment on March 24, 1868.[24]

There was no question that all of the Southern states which rejected the 14th Amendment had legally constituted governments, were fully recognized by the federal government, and were functioning as member states of the Union at the time of their rejection.

President Andrew Johnson, in his Veto message of March 2, 1867,[25] pointed out that:

"It is not denied that the States in question have each of them an actual government with all the powers, executive, judicial and legislative, which properly belong to a free State. They are organized like the other States of the Union, and, like them, they make, administer, and execute the laws which concern their domestic affairs."

If further proof were needed that these States were operating under legally constituted governments as member States in the Union, the ratification of the 13th Amendment by December 8, 1865 undoubtedly supplies this official proof. If the Southern States were not member States of the Union, the 13th Amendment would not have been submitted to their Legislatures for ratification.

2. The 13th Amendment to the United States Constitution was proposed by Joint Resolution of Congress[26] and was approved February 1, 1865 by President Abraham Lincoln, as required by Article I, Section 7 of the United States Constitution. The President's signature is affixed to the Resolution.

The 13th Amendment was ratified by 27 states of the then 36 states of the Union, including the Southern States of Virginia, Louisiana, Arkansas, South Carolina, Alabama, North Carolina and Georgia. This is shown by the Proclamation of the Secretary of State December 18, 1865.[27] Without the votes of these 7 Southern State Legislatures the 13th Amendment would have failed. There can be no doubt but that the ratification by these 7 Southern States of the 13th Amendment again established the fact that their Legislatures and State governments were duly and lawfully constituted and functioning as such under their State Constitutions.

3. Furthermore, on April 2, 1866, President Andrew Johnson issued a proclamation that, "the insurrection which heretofore existed in the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi and Florida is at an end, and is henceforth to be so regarded."[28]

---

[18] House Journal 1866–1867, p. 108—Senate Journal 1866–1867, p. 101.

[19] McPherson, Reconstruction, p. 194; Annual Encyclopedia, p. 452.

[20] House Journal 1867, p. 223—Senate Journal 1867, p. 176.

[21] House Journal 1867, p. 1141—Senate Journal 1867, p. 808.

[22] McPherson, Reconstruction, p. 194.

[23] House Journal 1868, pp. 44–50—Senate Journal 1868, pp. 33–38.

[24] Minutes of the Assembly 1868, p. 743—Senate Journal 1868, p. 356.

[25] House Journal, 39th Congress, 2nd Session. p. 563 etc.

[26] 13 Stat. p. 567.

[27] 13 Stat. p. 774.

[28] Presidential Proclamation No. 153, General Records of the United States, G.S.A. National Archives and Records Service.

---

On August 20, 1866, President Andrew Johnson issued another proclamation[29] pointing out the fact that the House of Representatives and Senate had adopted identical Resolutions on July 22nd[30] and July 25th, 1861,[31] that the Civil War forced by disunionists of the Southern States, was not waged for the purpose of conquest or to overthrow the rights and established institutions of those States, but to defend and maintain the supremacy of the Constitution and to preserve the Union with all equality and rights of the several states unimpaired, and that as soon as these objects are accomplished, the war ought to cease. The President's proclamation on June 13, 1865, declared the insurrection in the State of Tennessee had been suppressed.[32] The President's proclamation on April 2, 1866,[33] declared the insurrection in the other Southern States, except Texas, no longer existed. On August 20, 1866,[34] the President proclaimed that the insurrection in the State of Texas had been completely ended; and his proclamation continued: "the insurrection which heretofore existed in the State of Texas is at an end, and is to be henceforth so regarded in that State, as in the other States before named in which the said insurrection was proclaimed to be at an end by the aforesaid proclamation of the second day of April, one thousand, eight hundred and sixty-six.

"And I do further proclaim that the said insurrection is at an end, and that peace, order, tranquility, and civil authority now exist, in and throughout the whole of the United States of America."

4. When the State of Louisiana rejected the 14th Amendment on February 6, 1867, making the 10th state to have rejected the same, or more than one-fourth of the total number of 36 states of the Union as of that date, this leaving less than three-fourths of the states possibly to ratify the same, the Amendment failed of ratification in fact and in law, and it could not have been revived except by a new Joint Resolution of the Senate and House of Representatives in accordance with Constitutional requirement.

5. Faced with the positive failure of ratification of the 14th Amendment, both Houses of Congress passed over the veto of the President three Acts known as Reconstruction Acts, between the dates of March 2 and July 19, 1867, especially the third of said Acts, 15 Stat. p. 14 etc., designed illegally to remove with "Military force" the lawfully constituted State Legislatures of the 10 Southern States of Virginia, North Carolina, South Carolina, Georgia, Florida, Alabama, Mississippi, Arkansas, Louisiana and Texas. In President Andrew Johnson's Veto message on the Reconstruction Act of March 2, 1867,[36] he pointed out these unconstitutionalities:

"If ever the American citizen should be left to the free exercise of his own judgment, it is when he is engaged in the work of forming the fundamental law under which he is to live. That work is his work, and it cannot properly be taken out of his hands. All this legislation proceeds upon the contrary Assumption that the people of each of these States shall have no constitution, except such as may be arbitrarily dictated by Congress, and formed under the restraint of military rule. A plain statement of facts makes this evident.

---

[29] 14 Stat. p. 814.

[30] House Journal, 37th Congress, 1st Sessn. p. 123 etc.

[31] Senate Journal, 37th Congress, 1st Sessn. p. 91 etc.

[32] 13 Stat. 763.

[33] 14 Stat. p. 811.

[34] 14 Stat. 814.

[36] House Journal, 39th Congress, 2nd Sessn. p. 563 etc.

---

"In all these States there are existing constitutions, framed in the accustomed way by the people. Congress, however, declares that these constitutions are not 'loyal and republican,' and requires the people to form them anew. What, then, in the opinion of Congress, is necessary to make the constitution of a State 'loyal and republican'? The original act answers the question: 'It is universal negro suffrage, a question which the federal Constitution leaves exclusively to the States themselves. All this legislative machinery of martial law, military coercion, and political disfranchisement; is avowedly for that purpose and none other. The existing constitutions of the ten States conform to the acknowledged standards of loyalty and republicanism. Indeed, if there are degrees in republican forms of government, their constitutions are more republican now, than when these States—four of which were members of the original Union—first became members of the Union."

In President Andrew Johnson's Veto message on the Reconstruction Act on July 19, 1867,[37] he pointed out various unconstitutionalities as follows:

"The veto of the original bill of the 2d of March was based on two distinct grounds, the interference of Congress in matters strictly appertaining to the reserved powers of the States, and the establishment of military tribunals for the trial of citizens in time of peace.

* * * * *

"A singular contradiction is apparent here. Congress declares these local State governments to be illegal governments, and then provides that these illegal governments shall be carried on by federal officers, who are to perform the very duties on its own officers by this illegal State authority. It certainly would be a novel spectacle if Congress should attempt to carry on a legal State government by the agency of its own officers. It is yet more strange that Congress attempts to sustain and carry on an illegal State government by the same federal agency.

* * * * *

"It is now too late to say that these ten political communities are not States of this Union. Declarations to the contrary made in these three acts are contradicted again and again by repeated acts of legislation enacted by Congress from the year 1861 to the year 1867.

"During that period, while these States were in actual rebellion, and after that rebellion was brought to a close, they have been again and again recognized as States of the Union. Representation has been apportioned to them as States. They have been divided into judicial districts for the holding of district and circuit courts of the United States, as States of the Union only can be districted. The last act on this subject was passed July 23, 1866, by which every one of these ten States was arranged into districts and circuits.

"They have been called upon by Congress to act through their legislatures upon at least two amendments to the Constitution of the United States. As States they have ratified one amendment, which required the vote of twenty-seven States of the thirty-six then composing the Union. When the requisite twenty-seven votes were given in favor of that amendment—seven of which votes were given by seven of these ten States—it was proclaimed to be a part of the Constitution of the United States, and slavery was declared no longer to exist within the United States or any place subject to their jurisdiction. If these seven States were not legal States of the Union, it follows as an inevitable consequence that in some of the States slavery yet exists. It does not exist

---

[37] 40th Congress, 1st Sessn. House Journal p. 232 etc.

in these seven States, for they have abolished it also in their State constitutions; but Kentucky not having done so, it would still remain in that State. But, in truth, if this assumption that these States have no legal State governments be true, then the abolition of slavery by these illegal governments binds no one, for Congress now denies to these States the power to abolish slavery by denying to them the power to elect a legal State legislature, or to frame a constitution for any purpose, even for such a purpose as the abolition of slavery.

"As to the other constitutional amendment having reference to suffrage, it happens that these States have not accepted it. The consequence is, that it has never been proclaimed or understood, even by Congress, to be a part of the Constitution of the United States. The Senate of the United States has repeatedly given its sanction to the appointment of judges, district attorneys, and marshals for every one of these States; yet, if they are not legal States, not one of these judges is authorized to hold a court. So, too, both houses of Congress have passed appropriation bills to pay all these judges, attorneys, and officers of the United States for exercising their functions in these States. Again, in the machinery of the internal revenue laws, all these States are districted, not as 'Territories,' but as 'States.'

"So much for continuous legislative recognition. The instances cited, however, fall far short of all that might be enumerated. Executive recognition, as is well known, has been frequent and unwavering. The same may be said as to judicial recognition through the Supreme Court of the United States.

* * * * *

"To me these considerations are conclusive of the unconstitutionality of this part of the bill now before me, and I earnestly commend their consideration to the deliberate judgment of Congress. [And now to the Court.]

"Within a period less than a year the legislation of Congress has attempted to strip the executive department of the government of some of its essential powers. The Constitution, and the oath provided in it, devolve upon the President the power and duty to see that the laws are faithfully executed. The Constitution, in order to carry out this power, gives him the choice of the agents, and makes them subject to his control and supervision. But in the execution of these laws the constitutional obligation upon the President remains, but the powers to exercise that constitutional duty is effectually taken away. The military commander is, as to the power of appointment, made to take the place of the President, and the General of the Army the place of the Senate; and any attempt on the part of the President to assert his own constitutional power may, under pretence of law, be met by official insubordination. It is to be feared that these military officers, looking to the authority given by these laws rather than to the letter of the Constitution, will recognize no authority but the commander of the district and the General of the army.

"If there were no other objection than this to this proposed legislation, it would be sufficient."

No one can contend that the Reconstruction Acts were ever upheld as being valid and constitutional.

They were brought into question, but the Courts either avoided decision or were prevented by Congress from finally adjudicating upon their constitutionality.

In Mississippi v. President Andrew Johnson, (4 Wall. 475–502), where the suit sought to enjoin the President of the United States from enforcing provisions of the Reconstruction Acts, the U.S. Supreme Court held that the Judicial Department of the government to attempt to enforce the performance of

the duties by the President might be justly characterized, in the language of Chief Justice Marshall, as "an absurd and excessive extravagance." The Court further said that if the Court granted the injunction against enforcement of the Reconstruction Acts, and if the President refused obedience, it is needless to observe that the Court is without power to enforce its process.

In a joint action, the states of Georgia and Mississippi brought suit against the President and the Secretary of War, (6 Wall. 50–78, 154 U.S. 554).

The Court said that:

"The bill then sets forth that the intent and design of the Acts of Congress, as apparent on their face and by their terms, are to overthrow and annul this existing state government, and to erect another and different government in this place, unauthorized by the Constitution and in defiance of its guaranties; and that, in furtherance of this intent and design, the defendants, the Secretary of War, the General of the Army, and Major-General Pope, acting under orders of the President, are about setting in motion a portion of the army to take military possession of the state, and threaten to subvert her government and subject her people to military rule; that the state is holding inadequate means to resist the power and force of the Executive Department of the United States; and she therefore insists that such protection can, and ought to be afforded by a decree or order of his court in the premises."

The applications for injunction by these two states to prohibit the Executive Department from carrying out the provisions of the Reconstruction Acts directed to the overthrow of their government, including this dissolution of their state legislatures, were denied on the grounds that the organization of the government into three great departments, the executive, legislative and judicial, carried limitations of the powers of each by the Constitution. This case when the same way as the previous case of Mississippi against President Johnson and was dismissed without adjudicating upon the constitutionality of the Reconstruction Acts.

In another case, ex parte William H. McCardle (7 Wall. 506–515), a petition for the writ of habeas corpus for unlawful restraint by military force of a citizen not in the military service of the United States was before the United States Supreme Court. After the case was argued and taken under advisement, and before conference in regard to the decision to be made, Congress passed an emergency Act, (Act March 27, 1868, 15 Stat. at L. 44), vetoed by the President and repassed over his veto, repealing the jurisdiction of the U.S. Supreme Court in such case. Accordingly, the Supreme Court dismissed the appeal without passing upon the constitutionality of the Reconstruction Acts, under which the non-military citizen was held by the military without benefit of writ of habeas corpus, in violation of Section 9, Article I of the U.S. Constitution which prohibits the suspension of the writ of habeas corpus.

That act of Congress placed the Reconstruction Acts beyond judicial recourse and avoided tests of constitutionality.

It is recorded that one of the Supreme Court Justices, Grier, protested against the action of the Court as follows:

"This case was fully argued in the beginning of this month. It is a case which involves the liberty and rights, not only of the appellant but of millions of our fellow citizens. The country and the parties had a right to expect that it would receive the immediate and solemn attention of the court. By the postponement of this case we shall subject ourselves, whether justly or unjustly, to the imputation that we have evaded the performance of a duty imposed

on us by the Constitution, and waited for Legislative interposition to supersede our action, and relieve us from responsibility. I am not willing to be a partaker of the eulogy or opprobrium that may follow. I can only say . . . I am ashamed that such opprobrium should be cast upon the court and that it cannot be refuted."

The ten States were organized into Military Districts under the unconstitutional "Reconstruction Acts," their lawfully constituted Legislature illegally were removed by "military force," and they were replaced by rump, so-called Legislatures, seven of which carried out military orders and pretended to ratify the 14th Amendment, as follows:

Arkansas on April 6, 1868;[38]
North Carolina on July 2, 1868;[39]
Florida on June 9, 1868;[40]
Louisiana on July 9, 1868;[41]
South Carolina on July 9, 1868;[42]
Alabama on July 13, 1868;[43] and Georgia on July 21, 1868.[44]

6. Of the above 7 States whose Legislatures were removed and replaced by rump, so-called Legislatures, six (6) Legislatures of the States of Louisiana, Arkansas, South Carolina, Alabama, North Carolina and Georgia had ratified the 13th Amendment, as shown by the Secretary of State's Proclamation of December 18, 1865, without which 6 States' ratifications, the 13th Amendment could not and would not have been ratified because said 6 States made a total of 27 out of 36 States or exactly three-fourths of the number required by Article V of the Constitution for ratification.

Furthermore, governments of the States of Louisiana and Arkansas had been re-established under a Proclamation issued by President Abraham Lincoln December 8, 1863.[45]

The government of North Carolina had been re-established under a Proclamation issued by President Andrew Johnson dated May 29, 1865.[46]

The government of Georgia had been re-established under a proclamation issued by President Andrew Johnson dated June 17, 1865.[47]

The government of Alabama had been re-established under a Proclamation issued by President Andrew Johnson dated June 21, 1865.[48]

The government of South Carolina had been re-established under a Proclamation issued by President Andrew Johnson dated June 30, 1865.[49]

These three "Reconstruction Acts"[50] under which the above State Legislatures were illegally removed and unlawful rump or puppet so-called Legislatures were substituted in a mock effort to ratify the 14th Amendment, were unconstitutional, null and void, ab initio, and all acts done thereunder were also null and void, including the purported ratification of the 14th Amendment by said 6 Southern puppet State Legislatures of

[38] McPherson, Reconstruction, p. 53.
[39] House Journal 1868, p. 15, Senate Journal 1868, p. 15.
[40] House Journal 1868, p. 9, Senate Journal 1868, p. 8.
[41] Senate Journal 1868, p. 21.
[42] House Journal 1868, p. 50, Senate Journal 1868, p. 12.
[43] Senate Journal, 40th Congress, 2nd Sessn, p. 725.
[44] Vol. I, pp. 289–306; Vol. II, pp. 1429–1448—"The Federal and State Constitutions," etc., compiled under Act of Congress on June 30, 1906, Francis Newton Thorpe, Washington Government Printing Office (1908).
[45] Same, Thorpe, Vol. V, pp. 2799–2800.
[46] Same, Thorpe, Vol. II, pp. 809–822.
[47] Same, Thorpe, Vol. I, pp. 116–132.
[48] Same, Thorpe, Vol. I, pp. 50.
[49] Same, Thorpe, Vol. VI, pp. 3269–3281.
[50] 14 Stat. p. 428, etc. 15 Stat. p. 14, etc.

Arkansas, North Carolina, Louisiana, South Carolina, Alabama and Georgia.

Those Reconstruction Acts of Congress and all acts and things unlawfully done thereunder were in violation of Article IV, Section 4 of the United States Constitution, which required the United States to guarantee every State in the Union a republican form of government. They violated Article I, Section 3, and Article V of the Constitution, which entitled every State in the Union to two Senators, because under provisions of these unlawful Acts of Congress, 10 States were deprived of having two Senators, or equal suffrage in the Senate.

7. The Secretary of State expressed doubt as to whether three-fourths of the required states had ratified the 14th Amendment, as shown by his Proclamation of July 20, 1868.[51] Promptly on July 21, 1868, a Joint Resolution[52] was adopted by the Senate and House of Representatives declaring that three-fourths of the several States of the Union had ratified the 14th Amendment. That resolution, however, included purported ratifications by the unlawful puppet Legislatures of 5 States, Arkansas, North Carolina, Louisiana, South Carolina and Alabama, which had previously rejected the 14th Amendment by action of their lawfully constituted Legislatures, as above shown. This Joint Resolution assumed to perform the function of the Secretary of State in whom Congress, by Act of April 20, 1818, had vested the function of issuing such proclamation declaring the ratification of Constitutional Amendments.

The Secretary of State bowed to the action of Congress and issued his Proclamation of July 28, 1868,[53] in which he stated that he was acting under authority of the Act of April 20, 1818, but pursuant to said Resolution of July 21, 1868. He listed three-fourths or so of the then 37 states as having ratified the 14th Amendment, including the purported ratification of the unlawful puppet Legislatures of the States of Arkansas, North Carolina, Louisiana, South Carolina and Alabama. Without said 5 unlawful purported ratifications there would have been only 25 states left to ratify out of 37 when a minimum of 28 states was required for ratification by three-fourths of the States of the Union.

The Joint Resolution of Congress and the resulting Proclamation of the Secretary of State also included purported ratifications by the States of Ohio and New Jersey, although the Proclamation recognized the fact that the Legislatures of said states, several months previously, had withdrawn their ratifications and effectively rejected the 14th Amendment in January, 1868, and April, 1868.

Therefore, deducting these two states from the purported ratifications of the 14th Amendment, only 23 State ratifications at most could be claimed; whereas the ratification of 28 States, or three-fourths of 37 States in the Union, were required to ratify the 14th Amendment.

From all of the above documented historic facts, it is inescapable that the 14th Amendment never was validly adopted as an article of the Constitution, that it has no legal effect, and it should be declared by the Courts to be unconstitutional, and therefore null, void and of no effect.

THE CONSTITUTION STRIKES THE 14TH AMENDMENT WITH NULLITY

The defenders of the 14th Amendment contend that the U.S. Supreme Court has finally decided upon its validity. Such is not the case.

In what is considered the leading case, Coleman v. Miller, 307 U.S. 448, 59 S. Ct. 972, the U.S. Supreme Court did not uphold the validity of the 14th Amendment.

---

[51] 15 Stat. p. 706.
[52] House Journal, 40th Congress, 2nd Sessn. p. 1126 etc.
[53] 15 Stat. p. 708.

In that case, the Court brushed aside constitutional questions as though they did not exist. For instance, the Court made the statement that:

"The legislatures of Georgia, North Carolina and South Carolina had rejected the amendment in November and December, 1866. New governments were erected in those States (and in others) under the direction of Congress. The new legislatures ratified the amendment, that of North Carolina on July 4, 1868, that of South Carolina on July 9, 1868, and that of Georgia on July 21, 1868."

And the Court gave no consideration to the fact that Georgia, North Carolina and South Carolina were three of the original states of the Union with valid and existing constitutions on an equal footing with the other original states and those later admitted into the Union.

What constitutional right did Congress have to remove those state governments and their legislatures under unlawful military power set up by the unconstitutional "Reconstruction Acts," which had for their purpose, the destruction and removal of these legal state governments and the nullification of their Constitutions?

The fact that these three states and seven other Southern States had existing Constitutions, were recognized as states of the Union, again and again; had been divided into judicial districts for holding their district and circuit courts of the United States; had been called upon by Congress to act through their legislatures upon two Amendments, the 13th and 14th, and by their ratifications had actually made possible the adoption of the 13th Amendment; as well as their state governments having been re-established under Presidential Proclamation, as shown by President Andrew Johnson's Veto message and proclamations, were all brushed aside by the Court in Coleman by the statement that: "New governments were erected in those States (and in others) under the direction of Congress," and that these new legislatures ratified the Amendment.

The U.S. Supreme Court overlooked that it previously had held that at no time were these Southern States out of the Union. White v. Hart, 1871, 13 Wall. 646, 654.

In Coleman, the Court did not adjudicate upon the invalidity of the Acts of Congress which set aside these state Constitutions and abolished their state legislatures,—the Court simply referred to the fact that their legally constituted legislatures had rejected the 14th Amendment and that the "new legislatures" had ratified the Amendment.

The Court overlooked the fact, too, that the State of Virginia was also one of the original states with its Constitution and Legislature in full operation under its civil government at the time.

The Court also ignored the fact that the other six Southern States, which were given the same treatment by Congress under the unconstitutional "Reconstruction Acts", all had legal constitutions and a republican form of government in each state, as was recognized by Congress by its admission of those states into the Union. The Court certainly must take judicial cognizance of the fact that before a new state is admitted by Congress into the Union, Congress enacts an Enabling Act to enable the inhabitants of the territory to adopt a Constitution to set up a republican form of government as a condition precedent to the admission of the state into the Union, and upon approval of such Constitution, Congress then passes the Act of Admission of such state.

All this was ignored and brushed aside by the Court in the Coleman case. However, in Coleman the Court inadvertently said this:

"Whenever official notice is received at the Department of State that any amendment proposed to the Constitution of the United

States has been adopted, according to the provisions of the Constitution, the Secretary of State shall forthwith cause the amendment to be published, with his certificate, specifying the States by which the same may have been adopted, and that the same has become valid, to all intents and purposes, as a part of the Constitution of the United States."

In Hawke v. Smith, 1920, 253 U.S. 221, 40 S. Ct. 227, the U.S. Supreme Court unmistakably held:

"The fifth article is a grant of authority by the people to Congress. The determination of the method of ratification is the exercise of a national power specifically granted by the Constitution; that power is conferred upon Congress, and is limited to two methods, by action of the Legislatures of three-fourths of the states, or conventions in a like number of states. Dodge v. Woolsey, 18 How. 331, 348, 15 L. Ed. 401. The framers of the Constitution might have adopted a different method. Ratification might have been left to a vote of the people, or to some authority of government other than that selected. The language of the article is plain, and admits of no doubt in its interpretation. It is not the function of courts or legislative bodies, national or state, to alter the method which the Constitution has fixed."

We submit that in none of the cases, in which the Court avoided the constitutional issues involved in the composition of the Congress which adopted the Joint Resolution for the 14th Amendment, did the Court pass upon the constitutionality of the Congress which purported to adopt the Joint Resolution for the 14th Amendment, with 80 Representatives and 23 Senators, in effect, forcibly ejected or denied their seats and their votes on the Joint Resolution proposing the Amendment, in order to pass the same by a two-thirds vote, as pointed out in the New Jersey Legislature Resolution on March 27, 1868.

The constitutional requirements set forth in Article V of the Constitution permit the Congress to propose amendments only whenever two-thirds of both houses shall deem it necessary,—that is, two-thirds of both houses as then constituted without forcible ejections.

Such a fragmentary Congress also violated the constitutional requirements of Article V that no state, without its consent, shall be deprived of its equal suffrage in the Senate.

There is no such thing as giving life to an amendment illegally proposed or never legally ratified by three-fourths of the states. There is no such thing as amendment by laches; no such thing as amendment by waiver; no such thing as amendment by acquiescence; and no such thing as amendment by any other means whatsoever except the means specified in Article V of the Constitution itself.

It does not suffice to say that there have been hundreds of cases decided under the 14th Amendment to supply the constitutional deficiencies in its proposal or ratification as required by Article V. If hundreds of litigants did not question the validity of the 14th Amendment, or questioned the same perfunctorily without submitting documentary proof of the facts of record which made its purported adoption unconstitutional, their failure cannot change the Constitution for the millions in America. The same thing is true of laches; the same thing is true of acquiescence; the same thing is true of ill considered court decisions.

To ascribe constitutional life to an alleged amendment which never came into being according to specific methods laid down in Article V cannot be done without doing violence to Article V itself. This is true, because the only question open to the courts is whether the alleged 14th Amendment became a part of the Constitution through a

method required by Article V. Anything beyond that which is called upon to hold in order to validate an amendment, would be equivalent to writing into Article V another mode of the amendment which has never been authorized by the people of the United States.

On this point, therefore, the question is, was the 14th Amendment proposed and ratified in accordance with Article V?

In answering this question, it is of no real moment that decisions have been rendered in which the parties did not contest or submit proper evidence, or the Court assumed that there was a 14th Amendment. If a statute never in fact passed by Congress, through some error of administration and printing got into the published reports of the statutes, and if under such supposed statute courts had levied punishment upon a number of persons charged under it, and if the error in the published volume was discovered and the fact became known that no such statute had ever passed in Congress, it is unthinkable that the Courts would continue to administer punishment in similar cases, on a non-existent statute because prior decisions had done so. If that be true as to a statute we need only realize the greater truth when the principle is applied to the solemn question of the contents of the Constitution.

While the defects in the method of proposing and the subsequent method of computing "ratification" is briefed elsewhere, it should be noted that the failure to comply with Article V began with the first action by Congress. The very Congress which proposed the alleged 14th Amendment under the first part of Article V was itself, at that very time, violating the last part as well as the first part of Article V of the Constitution. We shall see how this was done.

There is one, and only one, provision of the Constitution of the United States which is forever immutable—which can never be changed or expunged. The Courts cannot alter it; the executives cannot change it; the Congress cannot change it; the States themselves—even all the States in perfect concert—cannot amend it in any manner whatsoever, whether they act through conventions called for the purpose or through their legislatures. Not even the unanimous vote of every voter in the United States could amend this provision. It is a perpetual fixture in the Constitution, so perpetual and so fixed that if the people of the United States desired to change or exclude it, they would be compelled to abolish the Constitution and start afresh.

The unalterable provision is this: "that no State, without its consent, shall be deprived of its equal suffrage in the Senate."

A state, by its own consent, may waive this right of equal suffrage, but that is the only legal method by which a failure to accord this immutable right of equal suffrage in the Senate can be justified. Certainly not by forcible ejection and denial by a majority in Congress, as was done for the adoption of the Joint Resolution for the 14th Amendment.

Statements by the Court in the Coleman case that Congress was left in complete control of the mandatory process, and therefore it was a political affair for Congress to decide if an amendment had been ratified, does not square with Article V of the Constitution which shows no intention to leave Congress in charge of deciding whether there has been a ratification. Even a constitutionally recognized Congress is given but one volition in Article V, that is, to vote whether to propose an Amendment on its own initiative. The remaining steps by Congress are mandatory. If two-thirds of both houses shall deem it necessary. Congress shall propose amendments; if the Legislatures of two-thirds of the States make application, Congress shall call a convention. For the Court to give Congress any power beyond that to be

found in Article V is to write the new material into Article V.

It would be inconceivable that the Congress of the United States could propose, compel submission to, and then give life to an invalid amendment by resolving that its effort had succeeded—regardless of compliance with the positive provisions of Article V.

It should need no further citations to sustain the proposition that neither the Joint Resolution proposing the 14th Amendment nor its ratification by the required three-fourths of the States in the Union were in compliance with the requirements of Article V of the Constitution.

When the mandatory provisions of the Constitution are violated, the Constitution itself strikes with nullity the Act that did violence to its provisions. Thus, the Constitution strikes with nullity the purported 14th Amendment.

The Courts, bound by oath to support the Constitution, should review all of the evidence herein submitted and measure the facts proving violations of the mandatory provisions of the Constitution with Article V, and finally render judgment declaring said purported Amendment never to have been adopted as required by the Constitution.

The Constitution makes it the sworn duty of the judges to uphold the Constitution which strikes with nullity the 14th Amendment.

And, as Chief Justice Marshall pointed out for a unanimous Court in Marbury v. Madison (1 Cranch 136 @ 179):

"The framers of the constitution contemplated the instrument as a rule for the government of courts, as well as of the legislature."

* * * * *

"Why does a judge swear to discharge his duties agreeably to the constitution of the United States, if that constitution forms no rule for his government?"

* * * * *

"If such be the real state of things, that is worse than solemn mockery. To prescribe, or to take this oath, becomes equally a crime."

* * * * *

"Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions * * * courts, as well as other departments, are bound by that instrument."

The federal courts actually refuse to hear argument on the invalidity of the 14th Amendment, even when the issue is presented squarely by the pleadings and the evidence as above.

Only an aroused public sentiment in favor of preserving the Constitution and our institutions and freedoms under constitutional government, and the future security of our country, will break the political barrier which now prevents judicial consideration of the unconstitutionality of the 14th amendment.

---

## THE MIDEAST CRISIS—NOT BACKWARD TO BELLIGERENCY BUT FORWARD TO PEACE

Mr. PRYOR. Mr. Speaker, I ask unanimous consent that the gentleman from New York [Mr. TENZER] may extend his remarks at this point in the RECORD and include extraneous matter.

The SPEAKER pro tempore. Is there objection to the request of the gentleman from Arkansas?

There was no objection.

Mr. TENZER. Mr. Speaker, the distinguished Foreign Minister of the State

of Israel, Abba Eban, in his address to the United Nations Security Council on June 6, 1967, set the theme for a lasting peace in the Middle East so much desired by all the peace-loving nations of the world. His address was entitled, "Not Backward to Belligerency but Forward to Peace."

On June 7, 1967, following the first United Nations resolution calling for a cease-fire in the Middle East, I stated to a distinguished group of Americans who visited me in Washington as follows:

I deem it most imperative that the terms of the agreement to follow the cease fire provide effective guarantees, to the end that permanent peace may be established in the Middle East.

The interests of world peace would best be served if the terms provide:

1. For recognition of the validity of the sovereignty of the State of Israel by the U.A.R. and other Arab states.

2. A reaffirmation that the Gulf of Aqaba is an international waterway and will remain open for free passage to shipping of all nations through the Straits of Tiran.

3. An opening of the Suez Canal to shipping of all nations.

4. An ending of terrorism and border raids so that Israel may carry out its desire to live in peace with its neighbors.

5. For direct negotiations between Israel and her Arab neighbors for the resolution of other pending issues.

Indeed, it is within the province of the sovereign State of Israel to speak its mind on the terms of the agreement to follow the cease-fire—the terms which in its view will best insure permanent peace in the Middle East. We on the other hand take the opportunity to make suggestions which in our opinion will best secure the peace of the world—thereby also serving the best interests of the United States.

An elaboration of the five points suggested on June 7, 1966, is accordingly in order.

I. THE STATE OF ISRAEL A SOVEREIGN NATION

The State of Israel is a member of the United Nations—a full-fledged member of the family of nations. Though the integrity of her borders were guaranteed by the major powers—three times in 20 years—the State of Israel was obliged to go to war to put a stop to the violation of her boundary lines.

It is therefore basic to any plan for permanent peace in the Middle East that the sovereignty of the State of Israel be recognized by her neighbors. This fact cannot be questioned—this truth is and should not be negotiable because its import was underlined by the events of the past 10 days.

The foundation for a permanent peace in the Middle East must be the absolute and unqualified recognition by the Arab States of the right of the State of Israel to exist as a sovereign state among other sovereign states. When this foundation is laid, then Israel and her Arab neighbors can, through direct negotiations, begin to build the structure leading to permanent peace.

II. STRAIT OF TIRAN AN INTERNATIONAL WATERWAY

Since 1950, Egypt has repeatedly given assurances that the Strait of Tiran would remain open for "innocent passage



INTERNET ARCHIVE

WayBackMachine

http://constitution    Go

SEP  MAR  APR
      11
2015  2016  2017

Exhibit 2



The following images show the Statement of Facts that was presented to the Superior Common Law Court, Nevada republic, concerning the "Missing" 13th Amendment to
the Constitution for the United States of America.

The said court being convened with the power and the authority established by the 7th Article of the Bill of Rights,

The Superior Common Law Court Jury found that the "Missing" 13th Amendment was properly ratified and has been unlawfully removed
from the Constitution for the United States of Ameica by persons unknown,
and that said 13th Amendment was, and is now, the true law of the land.

Its decision cannot be reviewed by any other court of the land

(

20041025-0002951

Fee: $36.00
WFC Fee: $0.00

10/25/2004                    11:41:24
T20041011031:2
Requestor:
  JAMES COMET BARRUS JR

Frances Deane
Clark County Recorder    Pgs: 23

Return to:
  James Comet, Barrus Jr
  % temporary mailing location
  7194 South 2740 East
  Salt Lake City, Utah [84121]

# FINDING OF FACTS

### THE ORIGINAL THIRTEENTH AMENDMENT

|                        |          |
|------------------------|----------|
| Finding of Fact        | 7 pages  |
| Supporting documents   | 15 pages |

2

RECEIVED    ORIGINAL FILED

OCT 1 2          OCT 1 8 2004

Nevada state court                              Nevada state court

**Nevada state court**
superior court common law venue
original and exclusive jurisdiction
**united States of America**
Nevada Republic (organic)

Nevada state court

Nevada Republic

united States of
America

To:
1. **COUNTY OF CLARK (sic)**
2. **STATE OF NEVADA (sic)**
3. UNITED STATES (sic)

# FINDINGS OF FACT

Comes now Brent                and hereby presents the following facts of truth to the Common Law Justices on the 18th day of October, 2004 for their consideration of truth and fact.

## Facts

1.     There are ongoing unlawful attempts by legislators, judges and bureaucrats to abrogate and modify our Constitution. Our freedom is under attack. Not from an armed outside enemy, but from trusted officials whom we have elected, or appointed, to watch over our Life, Liberty, and the Pursuit of Happiness. The no more insidious assault than an attack by trusted individuals from within the system. These people have violated their Constitutional duties.

2.     "Titles of nobility" were prohibited in both Article VI of the Articles of Confederation (1777) and in Article I, Sections 9 and 10 of the Constitution for the united States (1787);

Articles of Confederation:  Article VI. No State, without the consent of the United States in Congress assembled, shall send any embassy to, or receive any embassy from, or enter into any conference, agreement, alliance or treaty with any King, Prince or State; nor shall any person holding any office of profit or trust under the United States, or any of them, accept any present, emolument, office or title of any kind whatever from any King, Prince or foreign State; nor shall the United States in Congress assembled, or any of them, grant any title of nobility.

Constitution:  Article I, Section 9: No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

Nevada state court
Page 1 of 7

3

ORIGINAL

Section. 10. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility

3.     Although already prohibited by the Constitution, an additional "title of nobility" amendment was proposed in 1789, and again in 1810, known as the 13th Amendment. The Founding Fathers wanted an Amendment that provided a punishment for those who defied the Law. The 1810 Amendment was properly ratified by the States and thus became a part of the Constitution, and thereby the law of the land.

4.     The founding fathers saw such a serious threat in "titles of nobility" and "honors" that anyone receiving them would forfeit their citizenship, and never again be able to hold any office in either the federal or State government. Since the government prohibited them several times over four decades, and went through the amending process (even though "titles of nobility" were already prohibited by the Constitution), the Amendment carries much more significance for our Founding Fathers than is readily apparent today.

5.     In an attempt to unlawfully change the Constitution, the predecessors of the above listed individuals quietly removed a valid Amendment to the Constitution for the united States of America. Their actions were timed to coincide with the tumult and confusion of the War of 1812, when the Capital Building and many of the original records were destroyed by the British. The removal was completed following the Civil War. This Amendment, the 13th, was properly ratified in 1812. It has never been reversed, and so, it is still the law of the land, Today. The 13th Amendment bars all individuals who claim a title of nobility from holding any office of honor or trust.

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour, or shall without the consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the united States, and shall be incapable of holding any office of trust or profit under them, or either of them."

The true 13th Amendment to the Constitution for the united states of America

6.     When the Proposed Amendment was passed by the Congress there were 17 States. Ratification requires ¾ of the then existing States accept the Amendment. Thirteen States were required to Ratify the Amendment. The order of ratification is:

| | |
|---|---|
| December 25, 1810: | Maryland ratifies the 13th Amendment, the 1st state. |
| January 31, 1811: | Kentucky ratifies the 13th Amendment, the 2nd state. |
| January 31, 1811: | Ohio unanimously ratifies the 13th Amendment, the 3rd state. |
| February 2, 1811: | Delaware ratifies the 13th Amendment, the 4th state. |
| February 6, 1811 | Pennsylvania ratifies the 13th Amendment, the 5th state. |
| February 13, 1811: | New Jersey ratifies the 13th Amendment, the 6th state. |
| October 24, 1811: | Vermont ratifies the 13th Amendment, the 7th state. |
| November 21, 1811: | Tennessee ratifies the 13th Amendment, the 8th state. |
| November 22, 1811: | Georgia ratifies the 13th Amendment, the 9th state. |
| December 23, 1811: | North Carolina ratifies the 13th Amendment, the 10th state. |
| February 27, 1812: | Massachusetts ratifies the 13th Amendment, the 11th state. |
| March 12, 1812: | New York fails ratification of the 13th Amendment. |
| April 30, 1812: | Louisiana becomes the 18th state in the Union, but is not consulted on the pending constitutional amendment. |
| June 12, 1812: | The War of 1812 begins. |
| June 12, 1812: | Governor Plumer of New Hampshire send letter to New Hampshire Legislature accompanied by letters from the Chief Executive Officers of Georgia, North Carolina, Tennessee, _____, and Vermont indicating ratification of the 13th Amendment by their State. ___ ___ ___ ___ state to ratify the Amendment. |
| December 9, 1812: | New Hampshire ratifies the 13th Amendment, the 13th of the 13 states required. |

7.     On March 10, 1819, the Virginia legislature passed Act No. 280 (Virginia Archives of Richmond, "misc." file, p. 299 for micro-film):

Nevada state court
Page 2 of 7

Ɣ



"Be it enacted by the General Assembly, that there shall be published an edition of the Laws of this Commonwealth in which shall be contained the following matters, that is to say, the Constitution of the united States and the amendments thereto..."

This act, by the Virginia General Assembly, was the specific legislated instructions on what was, by law, to be included in the re-publication (a special edition) of the Virginia Civil Code.

The Virginia General Assembly had already agreed that all Acts were to go into effect on the day that the Act to re-publish the Civil Code was enacted. Therefore, if the 13th Amendment had not already been ratified, its official date of ratification would be as of the date of re-publication of the Virginia Civil Code: March 12, 1819.

8.    However, there is evidence that the State of Virginia ratified the Amendment in 1812 and the documentation was either never forwarded to Washington or was lost when the Capital and records were burned in the War of 1812.

9.    In 2003 -- A bill, House Concurrent Resolution 10, was placed before the New Hampshire legislature, to reaffirm New Hampshire's December 9, 1812 ratification of the 13th Amendment... Known as New Hampshire House Concurrent Resolution 10

10.    February 2003 -- Representative Marple, prime sponsor of the New Hampshire Resolution 10 above, sent the 13th Amendment Committee copies of pages from the NH Journal of the Senate, Dated June 12, 1812, that has these surprising statements on pages 48 and 49:

Page 48:

"The following was received from His Excellency the Governor, by the Secretary.

To the Senate and House of Representatives.

I herewith communicate to the Legislature for their consideration, certain laws and resolutions passed by the Legislatures of Georgia, North-Carolina, Tennessee, Virginia and Vermont, upon the subject of amendments of the Constitution of the United States, together with letters from the executive officers of those States.

                                                                                                WILLIAM PLUMER"
                                                                                                June 12, 1812

Page 49:

"Voted, That Messers. Kimball and Ham, with such as the House of Representatives may join, be a committee to take into consideration certain laws and resolutions passed by the Legislatures of Georgia, North-Carolina, Tennessee, Virginia and Vermont, and other documents accompanying the same, communicated this day by His Excellency the Governor, and report thereon. Sent down for concurrence."

11.    The above entry in the Senate Record for New Hampshire clearly shows that Virginia ratified the 13th Amendment prior to June 12, 1812. Early enough before that date that documents from Virginia reached New Hampshire evidencing their ratification of the Amendment.  Governor Plumer, clearly states that he included copies of those documents with his transmittal letter to the New Hampshire Senate and House of Representatives.

12.    The publication of the Constitution for the United States with the Laws of the Commonwealth of Virginia on March 12, 1819 clearly indicates that the Amendment was properly ratified by Virginia.  They also knew there were powerful forces allied against this ratification so they took extraordinary measures to make sure that it was published in sufficient quantity (4,000 copies were ordered, almost triple their usual order), and instructed the printer to send a copy to President James Monroe as well as James Madison and Thomas Jefferson. (The printer, Thomas Ritchie, was bonded. He was required to be extremely accurate in his research and his printing, or he would forfeit his bond.)

13.    There is no Constitutional requirement that any notification be sent to the Secretary of State, or to any other individual, that they had ratified the 13th Amendment.  The Constitution only requires that three-fourths of the states ratify so that an Amendment will be added to the Constitution.  If three-quarters of the states ratify, the Amendment is passed.  No provisions are stated concerning any announcement.

ORIGINAL

14.    Printing the Constitution, with the 13th Amendment, by the Virginia Legislature is prima facie evidence of ratification. The 13th Amendment is now, and has been since 1812, the official Law of the Land and a valid part of the Constitution for the united States of America.

15.    Following Virginia's publication of March 12, 1819, other states and territories quickly followed suit.

> Word of Virginia's publication quickly spread throughout the States and both Rhode Island and Kentucky published the new Amendment in 1822. Ohio first published in 1824. Maine ordered 10,000 copies of the Constitution with the 13th Amendment to be printed for use in the schools in 1825, and again in 1831 for their Census Edition. Indiana Revised Laws of 1831 published the 13th Article on p. 20. Northwestern Territories published in 1833. Ohio published in 1831 and 1833. Then came the Wisconsin Territory in 1839; Iowa Territory in 1843; Ohio again, in 1848; Kansas Statutes in 1855; and Nebraska Territory six times in a row from 1855 to 1860.

16.    The title "Esquire," which Attorneys have freely adopted and claim, is a "title of nobility or honor." They have no right to be a citizen of the united States, and cannot hold any office of trust or profit. All laws passed by a Senate, or a House of Representatives, that has a sitting member who claims the title of Esquire, or any other Title of Nobility, are null and void.

17.    When an Attorney is admitted to the "Bar" they are granted the title "Esquire." In England a knight held the title of "Squire" and his armor bearer was granted the title "Esquire". King George, of Revolutionary War fame, established the International Bar Association (IBA) and authorized the IBA to grant the title of Attorney and the associated title, Esquire, to all Lawyers who joined the IBA.    Because the international Bar Association, to which the other Bar Associations, ABA and State Bars belong, still grants the titles of "Attorney" and "Esquire" as approved and permitted by the King, or Queen of England the titles "Attorney" and "Esquire" are titles of nobility granted by the King or Queen of England.

18.    Every Congress since 1812 has contained individuals who claim titles of nobility. Thus, every Congress since 1812 is unconstitutional.  No valid laws have been passed, no valid Amendments to the US Constitution have been adopted, no additional States have been properly created.  All States formed since 1812 do not exist as valid States.

19.    Every Federal and State Supreme Court is composed of Attorneys who claim the title of "Esquire." These Supreme Courts are unconstitutionally staffed. The constitution does not require that any specific learning or knowledge be had by anyone for any position. Any Sovereign can "sit" on the Supreme Court.

20.    The constitutions of most states formed since 1812 require that the State Attorney General be a member of the Bar.  The Attorney General is serving unlawfully and the provision in the State Constitution is unconstitutional.

21.    In Colonial America, attorneys trained attorneys but most held no "title of nobility" or "honor". There was no requirement that one be a lawyer to hold the position of district attorney, attorney general, or judge; a citizen's "counsel of choice" was not restricted to a lawyer; there were no state or national bar associations. The only organization that certified lawyers was the International Bar Association (IBA), chartered by the King of England, headquartered in London, and closely associated with the international banking system. Lawyers admitted to the IBA received the rank "Esquire" -- a "title of nobility".

22.    Just holding a Title of Nobility is not the basic problem.  The problem lies in the Oath that accompanies the granting of the Title.  You never get anything for nothing.  The Oath requires strict allegiance to the codes of the "Bar" Association.  Even today, an Attorney's first obligation is not to his, or her, client, but to the court. This creates a conflict of interest, because the Attorney has accepted payment from the client.

> No man can serve two masters: for either he will hate the one, and love the other; or else he will hold to the one, and despise the other.  Ye cannot serve God and mammon.
>
> New Testament | Matthew 6:24

23.    All of the laws passed since 1812, are invalid.

Nevada state court

Page 4 of  7

ю

ORIGINAL

from the date of the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted.

"Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it. . .

A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby.

No one is bound to obey an unconstitutional law and no courts are bound to enforce it. "

Black's Law Dictionary, 6th Edition, Page 260.

## CONCLUSION

Pursuant to the facts established. The 13th Amendment to the Constitution for the united States as originally passed in 1812, and as set forth to wit:

"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour, or shall without the consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the united States, and shall be incapable of holding any office of trust or profit under them, or either of them "
The true 13th Amendment to the Constitution for the united states of America

is a true and valid Amendment to the said Constitution and must be recognized as the valid "Law of the Land" in all States and venues.

It is the finding of this Court that this printed Finding of Facts are true and correct, so executed this 18th day of October, 2004.

By the court _____
Signature

Justice _____ county _Clark_
Print

By the court _____
Signature

Justice _____ county _____
Print

By the court _____
Signature

Justice _____ county _____
Print

By the court _____
Signature

Justice _____ county _____
Print



ORIGINAL

By the court _Samuel Mac_
                  Signature

Justice _Samuels Mac_                county _Clark_
            Print

By the court _Darrell George_
                  Signature

Justice _Darrell George_             county _clark_
            Print

By the court _Ronald Doyle_
                  Signature

Justice _Ronald Doyle_               county _clerk_
            Print

By the court _Michael Francese_
                  Signature

Justice _Michael Francese_           county _clark_
            Print

By the court
                  Signature

Justice _Richard Lee_                county _anchorage_
            Print

By the court _S D John_
                  Signature

Justice _Steven John_                county _El Paso_
            Print

By the court _Robert Arthur_
                  Signature

Justice _Robert Arthur_              county _Brown_
            Print

By the court _Delant Cary_
                  Signature

Justice _Delant Cary_                county _Jackson_

Nevada state court
Page 6 of 7



## ORIGINAL

Harry

I, _____ duly appointed and commissioned, hereby witness to the above signatures, being the one's identified as the Justices, called by Clark county common law court on this _18_ day of _October_ , Anno domini 2004, and called to order by, Brent Hadlon; Gundersen, to hear and establish the facts as stated herein, and as those facts being true, correct and certain, to any matter relating to Brent Hadlon; Gundersen.

TO WIT: _Brent_ _____
                    Sign Manual

Under the full Faith and Credit of the several states.



Harry
dejure Notary by necessity
Clark county, Nevada state
Commission expires - Life

_Harry_ _____
      Common law Notary

My commission expires _Life_ _____

fee _1. 00_ _____

      

Nevada state court
Page 7 of 7

PRIVATE PUBLICATIONS

In addition to the Public and Official Publications shown above the following Private Publications also show the Amendment in its proper place and validly existing as a part of the Constitution for the united States of America.

"The History of the World", Samuel Maunder, Harper, New York, 1850, vol. 2, p.462. Republished by Wm. Bortis, Baltimore, 1856, vol. 2, p.462.

"The Rights of an American Citizen", Benj. Oliver, Counsellor at Law, Boston, 1832, p. 89.

"Laws of the United States of America", Bioren and Duane, Philadelphia & Washington, 1815, vol. 1, p.74. [See: Note below]

"The American Politician", M. Sears, Boston, 1842, p.27.

"Constitution of the United States", C.A. Cummings, Lynn, Massachusetts, not dated, p.35.

"Political Text Book Containing the Declaration of Independence", Edward Currier, Blake, Holliston, Mass. 1841, p.129.

"Brief Exposition of the Constitution of the United States for the use of Common Schools", John S. Hart, A.M. (Principal of Philadelphia High School and Professor of Moral Mental and Political Science), Butler and Co., Philadelphia, 1850, p.100.

"Potter's Justice", H. Potter, U.S. District Court Judge, Raleigh, North Carolina, 1828, p.404, 2nd Edition [the 1st Ed., 1816, does not have "Titles of Nobility"].

Notary Public - State of Nevada
County of Clark
GREGORY W.
My Appointment Expires
September 1, 2008
No. 00-64360-1

State of Nevada
County of Clark

I certify that this is a true and correct copy of a document in the possession of

_BRENT HAGLUND_

on _Oct. 25, 2004_

_____
(Signature of Notary)

10

## Military Laws of the United States

Authorized by Secretary of War John C. Calhoun.
Published in Washington D.C.



16

tinct lists of all persons voted for as president, and of all persons voted for as vice-president, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the president of the senate; the president of the senate shall, in the presence of the senate and house of representatives, open all the certificates, and the votes shall then be counted; the person having the greatest number of votes for president, shall be the president, if such number be a majority of the whole number of electors appointed; and if no person have such majority, then from the persons having the highest numbers, not exceeding three, on the list of those voted for as president, the house of representatives shall choose immediately, by ballot, the president. But in choosing the president, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the house of representatives shall not choose a president whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the vice-president shall act as president, as in the case of the death or other constitutional disability of the president.

2. The person having the greatest number of votes as vice-president, shall be the vice-president, if such number be a majority of the whole number of electors appointed; and if no person have a majority, then from the two highest numbers on the list, the senate shall choose the vice-president; a quorum for the purpose shall consist of two-thirds of the whole number of senators, and a majority of the whole number shall be necessary to a choice.

3. But no person constitutionally ineligible to the office of president shall be eligible to that of vice-president of the United States.

## ARTICLE XIII.

If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honor, or shall, without the consent of congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince, or foreign power, such person shall cease to be a citizen of the United States, and shall be incapable of holding any office of trust or profit under them, or either of them.

12

Exhibit 3

# District of Columbia
# Organic Act of 1871

Case: 4:21-cr-00465-CDP     Doc. #: 152-1     Filed: 04/09/24     Page: 38 of 117 PageID #: 635

For expenses under the neutrality act, twenty thousand dollars.

For expenses incurred under instructions of the Secretary of State, of bringing home from foreign countries persons charged with crimes, and expenses incident thereto, including loss by exchange, five thousand dollars.

*Neutrality.*
*1818, ch. 88.*
*Vol. iii. p. 447.*
*Persons charged with crime.*

For relief and protection of American seamen in foreign countries, one hundred thousand dollars.

*American seamen.*

For expenses which may be incurred in acknowledging the services of masters and crews of foreign vessels in rescuing American citizens from shipwreck, five thousand dollars.

*Rescuing seamen.*

For payment of the seventh annual instalment of the proportion contributed by the United States toward the capitalization of the Scheldt dues, fifty-five thousand five hundred and eighty-four dollars ; and for such further sum, not exceeding five thousand dollars, as may be necessary to carry out the stipulations of the treaty between the United States and Belgium.

*Scheldt dues.*
*Vol. xiii. p. 649.*

To pay to the government of Great Britain and Ireland, the second and last instalment of the amount awarded by the commissioners under the treaty of July one, eighteen hundred and sixty-three, in satisfaction of the claims of the Hudson's Bay and of the Puget Sound Agricultural Company, three hundred and twenty-five thousand dollars in gold coin : *Provided,* That before payment shall be made of that portion of the above sum awarded to the Puget Sound Agricultural Company, all taxes legally assessed upon any of the property of said company covered by said award, before the same was made, and still unpaid, shall be extinguished by said Puget Sound Agricultural Company ; or the amount of such taxes shall be withheld by the government of the United States from the sum hereby appropriated.

*Award to Hudson's Bay and Puget Sound Agricultural Companies.*
*Vol. xiii. p. 651.*
*Certain taxes to be settled before payment of award;*
*or amount withheld.*

Approved, February 21, 1871.

―――――

CHAP. LXII. — *An Act to provide a Government for the District of Columbia.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all that part of the territory of the United States included within the limits of the District of Columbia be, and the same is hereby, created into a government by the name of the District of Columbia, by which name it is hereby constituted a body corporate for municipal purposes, and may contract and be contracted with, sue and be sued, plead and be impleaded, have a seal, and exercise all other powers of a municipal corporation not inconsistent with the Constitution and laws of the United States and the provisions of this act.

*Feb. 21, 1871.*
*Vol. xvii. p. 16.*
*District of Columbia constituted a body corporate for municipal purposes.*
*Powers, &c.*

Sec. 2. *And be it further enacted,* That the executive power and authority in and over said District of Columbia shall be vested in a governor, who shall be appointed by the President, by and with the advice and consent of the Senate, and who shall hold his office for four years, and until his successor shall be appointed and qualified. The governor shall be a citizen of and shall have resided within said District twelve months before his appointment, and have the qualifications of an elector. He may grant pardons and respites for offenses against the laws of said District enacted by the legislative assembly thereof ; he shall commission all officers who shall be elected or appointed to office under the laws of the said District enacted as aforesaid, and shall take care that the laws be faithfully executed.

*Governor, appointment, and term of office;*
*qualifications;*
*powers and duties.*

Sec. 3. *And be it further enacted,* That every bill which shall have passed the council and house of delegates shall, before it becomes a law, be presented to the governor of the District of Columbia ; if he approve, he shall sign it, but if not, he shall return it, with his objections, to the house in which it shall have originated, who shall enter the objections at

*Veto power.*

budgets demonstrates that higher taxes and new spending stick while spending cuts manage to slip away, as the snow is slipping away in Washington today. It is worth nothing that conservative estimates are that the President's program will actually result in $3 of spending for each new dollar of taxes raised.

It is true, debate and commentary in recent weeks have focused more on where to cut spending. This is good news for most Americans. Many of my colleagues on this side of the aisle particularly have accepted the President's challenge and proposed specific ways to cut waste and redundancy and to reprioritize our Federal spending—reducing the deficit without raising taxes on the American people.

I repeat, reducing the deficit without raising taxes on the American people is the goal of this side of the aisle. As the distinguished ranking member of the Budget Committee, the gentleman from Ohio [Mr. KASICH], said, we have set a new standard for budget cutting specifics this year.

In this Member's book that is good. That is a change for the better—as long as we live up to the demands our constituents are making to cut wasteful spending first. First, before we raise taxes. First, before we set out on new spending adventures. There are many of us in this House—and especially among the 110 new Members—who believe a line-item veto and a balanced budget amendment are crucial to holding Congress to its pledge to cut the deficit.

As I speak, the Rules Committee is meeting to determine the structure for tomorrow's debate on specific amendments to this budget resolution, and it is my sincere hope that we will see a process that is open and fair and allows for ample opportunity to consider all legitimate amendments. After all, it is the collective wisdom of this body that should work its will on the biggest challenge of this session. If we shortchange that, I daresay that we inevitably diminish our chances of fullest success.

I understand the majority is requesting something less. In fact, the majority wants only entire substitutes made in order, noting that to do so has generally been our practice in the House for many years.

Well, Mr. Speaker, dare I say that the people of our country want change. I keep hearing about it, change—and yet the majority seems to be using business-as-usual practices to justify muzzling those who would add valuable amendments to the debate—which may well be the mother of all debates this year.

Certainly the American people are expecting that.

People are willing to sacrifice for the good of our country, that is clear—and that is wonderful. We cannot keep abusing that generosity by wasting tax dollars on frivolous projects, redundant programs, bureaucratic bloat, special interest rewards, and the like. We must redefine our national priorities and shape our funding fairly and prudently. Now is that time. Tax dollars are not endless and they are not forever.

Our Rules Committee has an important job to do in ensuring that this debate we begin today does not diminish the American people's right to have the whole Congress carefully consider all the legitimate options to produce the most responsible budget blueprint. Those of us in the minority of the Rules Committee are ready to debate this crucial subject for as long as it takes—but the simple math of nine majority votes to our four means that it is up to the majority of the Rules Committee to make those responsible choices. I encourage them to rise to the challenge.

Mr. Speaker, I reserve the balance of my time.

Mr. BEILENSON. Mr. Speaker, for purposes of debate only, I yield 5 minutes to the gentleman from Ohio [Mr. TRAFICANT].

Mr. TRAFICANT. Mr. Speaker, we are here now in chapter 11.

Members of Congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history, the U.S. Government.

We are setting forth hopefully a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise.

I am going to support the rule. I am not sure yet if I will support this budget. I want to hear an awful lot more, not being a member of the committee, and I am not going to vote for things I do not understand or do not like, but let there be no mistake. After 12 years of Ronald Reagan and George Bush, we are standing here.

Let me say this to the minority party. Every program that Ronald Reagan wanted in 1981, he got. Reagan got it. There was a Republican Senate majority and there were 70 Democrats in this House that might as well have been Republicans, and we have the program.

The major assumption was very simple. We are going to cut taxes, put money in the pockets of the American people, and when they spend this money our gross national product is going to rise so great that even though we reduced your tax liability on a percentile basis, we will balance the budget, quoting Ronald Reagan. In 1982. It is going to take the fall of our Congress, I think, for that to happen.

Mr. Speaker, let us give this new administration a chance. Democrats gave Ronald Reagan a chance.

But let me give one word of caution here today. America already has race wars, let us be honest about it. We already have gender wars, let us be honest about it. We already have age wars, let us be honest about it.

One thing this Congress had better not get involved in and get trapped into is a class war on money. In America, if you can not earn all that you can, there is something wrong and there is no more a spirit of free enterprise.

I want to say this to the Members. We may talk about taxing the rich, but the rich people have already taken their companies and their jobs out of America. Be careful that the rich people do not take their money out of America, because the government already raises our kids, defends our families, educates our kids, feeds our families, houses our kids, and the government is doing a very poor job of it. I think mom and dad would be better utilized there once again.

So I am going to listen to the debate. I do not know if I will vote for this budget.

Finally, I do not know if the budget makes one damn bit of difference, because we waive it all the time and I do not think we have ever followed it. I think we have an excellent chairman who worked hard. If we are going to have budget, we should follow it. If not, we once again as Members waste both our time and the people's time.

Let me say this just in closing. Today is not the mother of all debates and the mother of all decisions. When that tax package comes, you will have the mother of all votes on the floor.

Let me say this, I am not for voting any more taxes on the backs of the American people, because I believe the tax of 1990 put on right here today, and I am very concerned about the tax package being discussed in this Congress.

I am one Democrat who believes we should stimulate the private sector. We already have more government jobs than factory jobs, and I think that is an indictment of our Congress.

One basic tenet to this Constitution is life, liberty, and the pursuit of happiness, and there can be no life, liberty, or pursuit of happiness in America without jobs.

I would like to see the mother of all debates center around the jobs bill.

Mr. GOSS. Mr. Speaker, I yield 4 minutes to the gentleman from Georgia [Mr. GINGRICH], the distinguished minority whip.

Mr. GINGRICH. Mr. Speaker, I appreciate the opportunity to speak, and I appreciate my friend, the gentleman from Florida, yielding me this time.

Let me say first of all, the American people apparently today and tomorrow are going to see a very, very sad spectacle of the Democratic leadership attempting to pass two rules that are as restrictive, as narrow, as tight and deprive Members on both sides of any opportunity to offer legitimate amendments. I think that is sad. I think it is

*Exhibit 4a*

# The Bankruptcy of The United States

*United States* [Congressional Record](#), *March 17, 1993 Vol. 33, page H-1303*

Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House:

"Mr. Speaker, we are here now in chapter 11.. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise.



It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only.

The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being an established Socialist/Communist order under a new governor for America. This act was instituted and established by transferring and/or placing the Office of the Secretary of Treasury to that of the Governor of the International Monetary Fund. Public Law 94-564, page 8, Section H.R. 13955 reads in part: "The U.S. Secretary of Treasury receives no compensation for representing the United States?'

Gold and silver were such a powerful money during the founding of the united states of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money?' The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, -gold and silver coin.

It is essential that we comprehend the distinction between real money and paper money substitute. One cannot get rich by accumulating money substitutes, one can only get deeper into debt. We the People no longer have any "money." Most Americans have not been paid any "money" for a very long time, perhaps not in their entire life. Now do you comprehend why you feel broke? Now, do you understand why you are "bankrupt," along with the rest of the country?

Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). when ever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs.

Inflation is an invisible form of taxation that irresponsible governments inflict on their citizens. The Federal Reserve Bank who controls the supply and movement of FRNs has everybody fooled. They have access to an unlimited supply of FRNs, paying only for the printing costs of what they need. FRNs are nothing more than promissory notes for U.S. Treasury securities (T-Bills) - a promise to pay the debt to the Federal Reserve Bank.

There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the sovereign power structure that has no interest in money, law, equity or justice because they have so much wealth already.

Their lust is for power and control. Since the inception of central banking, they have controlled the fates of nations.

The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3]

The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same.

Assets of the debtor can also be hypothecated (to pledge something as a security without taking possession of it.) as security by the lender or underwriter. The Federal Reserve Act stipulated that the interest on the debt was to be paid in gold. There was no stipulation in the Federal Reserve Act for ever paying the principle.

Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913)

"Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System.

In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the unpayable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.

Unwittingly, America has returned to its pre-American Revolution, feudal roots whereby all land is held by a sovereign and the common people had no rights to hold allodial title to property. Once again, We the People are the tenants and sharecroppers renting our own property from a Sovereign in the guise of the Federal Reserve Bank. We the people have exchanged one master for another.

This has been going on for over eighty years without the "informed knowledge" of the American people, without a voice protesting loud enough. Now it's easy to grasp why America is fundamentally bankrupt.

Why don't more people own their properties outright?

Why are 90% of Americans mortgaged to the hilt and have little or no assets after all debts and liabilities have been paid? Why does it feel like you are working harder and harder and getting less and less?

We are reaping what has been sown, and the results of our harvest is a painful bankruptcy, and a foreclosure on American property, precious liberties, and a way of life. Few of our elected representatives in Washington, D.C. have dared to tell the truth. The federal United States is bankrupt. Our children will inherit this unpayable debt, and

Exhibit 5

This text is from a booklet, published before zip codes, entitled *"Congressman Louis T. McFadden on the Federal Reserve Corporation: Remarks in Congress, 1934"*. It is merger of two different speeches, one in 1932 and another, given after FDR became president. It was released by The Forum Publishing Company of Boston, Massachusetts. Facsimile or Text of the original 1932 speech from the Congressional Record

On May 23, 1933, Congressman, Louis T. McFadden, brought formal charges against the Board of Governors of the Federal Reserve Bank system, The Comptroller of the Currency and the Secretary of United States Treasury for numerous criminal acts, including but not limited to, **CONSPIRACY, FRAUD, UNLAWFUL CONVERSION, AND TREASON.**
The petition for Articles of Impeachment as thereafter referred to the Judiciary Committee and has **YET TO BE ACTED ON.**
So, this ELECTRONIC BOOKLET should be reprinted, reposted, set up on web pages and circulated far and wide.

# Congressman McFadden
# on the Federal Reserve Corporation
# Remarks in Congress, 1934
# AN ASTOUNDING EXPOSURE

*Reprinted by permission 1978 Arizona Caucus Club*

# Congressman McFadden's Speech
# On the Federal Reserve Corporation

Quotations from several speeches made on the Floor of the House of Representatives by the Honorable Louis T. McFadden of Pennsylvania. Mr. McFadden, due to his having served as Chairman of the Banking and Currency Committee for more than 10 years, was the best posted man on these matters in America and was in a position to speak with authority of the vast ramifications of this gigantic private credit monopoly. As Representative of a State which was among the first to declare its freedom from foreign money tyrants it is fitting that Pennsylvania, the cradle of liberty, be again given the credit for producing a son that was not afraid to hurl defiance in the face of the money-bund. Whereas Mr. McFadden was elected to the high office on both the Democratic and Republican tickets, there can be no accusation of partisanship lodged against him. Because these speeches are set out in full in the Congressional Record, they carry weight that no amount of condemnation on the part of private individuals could hope to carry.

## The Federal Reserve-A Corrupt Institution

"Mr. Chairman, we have in this Country one of the most corrupt institutions the world has ever known. I refer to the Federal Reserve Board and the Federal Reserve Banks, hereinafter called the Fed. The Fed has cheated the Government of these United States and the people of the United States out of enough money to pay the Nation's debt. The depredations and iniquities of the Fed has cost enough money to pay the National debt several times over.

"This evil institution has impoverished and ruined the people of these United States, has bankrupted itself, and has practically bankrupted our Government. It has done this through the defects of the law under which it operates, through the maladministration of that law by the Fed and through the corrupt practices of the moneyed vultures who control it.

"Some people who think that the Federal Reserve Banks United States Government institutions. They are private monopolies which prey upon the people of these United States for the benefit of themselves and their foreign customers; foreign and domestic speculators and swindlers; and rich and predatory money lender. In that dark crew of financial pirates there are those who would cut a man's throat to get a dollar out of his pocket; there are those who send money into states to buy votes to control our legislatures; there are those who maintain International propaganda for the purpose of deceiving us into granting of new concessions which will permit them to cover up their past misdeeds and set again in motion their gigantic train of crime.

"These twelve private credit monopolies were deceitfully and disloyally foisted upon this Country by the bankers who came here from Europe and repaid us our hospitality by undermining our American institutions. Those bankers took money out of this Country to finance Japan in a war against Russia. They created a reign of terror in Russia with our money in order to help that war along. They instigated the separate peace between Germany and Russia, and thus drove a wedge between the allies in World War. They financed Trotsky's passage from New York to Russia so that he might assist in the destruction of the Russian Empire. They fomented and instigated the Russian Revolution, and placed a large fund of American dollars at Trotsky's disposal in one of their branch banks in Sweden so that through him Russian homes might be thoroughly broken up and Russian children flung far and wide from their natural protectors. They have since begun breaking up of American homes and the dispersal of American children. "Mr. Chairman, there should be no partisanship in matters concerning banking and currency affairs in this Country, and I do not speak with any.

"In 1912 the National Monetary Association, under the chairmanship of the late Senator Nelson W. Aldrich, made a report and presented a vicious bill called the National Reserve Association bill. This bill is usually spoken of as the Aldrich bill. Senator Aldrich did not write the Aldrich bill. He was the tool, if not the accomplice, of the European bankers who for nearly twenty years had been scheming to set up a central bank in this Country and who in 1912 has spent and were continuing to spend vast sums of money to accomplish their purpose.

"We were opposed to the Aldrich plan for a central bank. The men who rule the Democratic Party then promised the people that if they were returned to power there would be no central bank established here while they held the reigns of government. Thirteen months later that promise was broken, and the Wilson administration, under the tutelage of those sinister Wall Street figures who stood behind

Colonel House, established here in our free Country the worm-eaten monarchical institution of the "King's Bank" to control us from the top downward, and from the cradle to the grave.

"The Federal Reserve Bank destroyed our old and characteristic way of doing business. It discriminated against our 1-name commercial paper, the finest in the world, and it set up the antiquated 2-name paper, which is the present curse of this Country and which wrecked every country which has ever given it scope; it fastened down upon the Country the very tyranny from which the framers of the Constitution sough to save us.

## PRESIDENT JACKSON'S TIME

"One of the greatest battles for the preservation of this Republic was fought out here in Jackson's time; when the second Bank of the United States, founded on the same false principles of those which are here exemplified in the Fed was hurled out of existence. After that, in 1837, the Country was warned against the dangers that might ensue if the predatory interests after being cast out should come back in disguise and unite themselves to the Executive and through him acquire control of the Government. That is what the predatory interests did when they came back in the livery of hypocrisy and under false pretenses obtained the passage of the Fed.

"The danger that the Country was warned against came upon us and is shown in the long train of horrors attendant upon the affairs of the traitorous and dishonest Fed. Look around you when you leave this Chamber and you will see evidences of it in all sides. This is an era of misery and for the conditions that caused that misery, the Fed are fully liable. This is an era of financed crime and in the financing of crime the Fed does not play the part of a disinterested spectator.

"It has been said that the draughtsman who was employed to write the text of the Aldrich bill because that had been drawn up by lawyers, by acceptance bankers of European origin in New York. It was a copy, in general a translation of the statues of the Reichsbank and other European central banks. One-half million dollars was spent on the part of the propaganda organized by these bankers for the purpose of misleading public opinion and giving Congress the impression that there was an overwhelming popular demand for it and the kind of currency that goes with it, namely, an asset currency based on human debts and obligations. Dr. H. Parker Willis had been employed by Wall Street and propagandists, and when the Aldrich measure failed- he obtained employment with Carter Glass, to assist in drawing the banking bill for the Wilson administration. He appropriated the text of the Aldrich bill. There is no secret about it. The test of the Federal Reserve Act was tainted from the first.

"A few days before the bill came to a vote, Senator Henry Cabot Lodge, of Massachusetts, wrote to Senator John W. Weeks as follows:

*New York City,*
*December 17, 1913*

*"'My Dear Senator Weeks:*

*"'Throughout my public life I have supported all measures designed to take the Government out of the banking business. This bill puts the Government into the banking business as never before in our history. "'The powers vested in the Federal Reserve Board seen to me highly dangerous especially where there is political control of the Board. I should be sorry to hold stock in a bank subject to such dominations. The bill as it stands seems to me to open the way to a vast inflation of the currency. "'I had hoped to support this bill, but I cannot vote for it cause it seems to me to contain features and to rest upon principles in the highest degree menacing to our prosperity, to stability in business, and to the general welfare of the people of the United States.*

*Very Truly Yours,*
*Henry Cabot Lodge.'"*

"In eighteen years that have passed since Senator Lodge wrote that letter of warning all of his predictions have come true. The Government is in the banking business as never before. Against its will it has been made the backer of horse thieves and card sharps, bootlegger's smugglers, speculators, and swindlers in all parts of the world. Through the Fed the riffraff of every country is operating on the public credit of the United States Government.

## THE GREAT DEPRESSION

"Meanwhile and on account of it, we ourselves are in the midst of the greatest depression we have ever known. From the Atlantic to the Pacific, our Country has been ravaged and laid waste by the evil practices of the Fed and the interests which control them. At no time in our history, has the general welfare of the people been at a lower level or the minds of the people so full of despair.

"Recently in one of our States, 60,000 dwelling houses and farms were brought under the hammer in a single day. 71,000 houses and farms in Oakland County, Michigan, were sold and their erstwhile owners dispossessed. The people who have thus been driven out are the wastage of the Fed. They are the victims of the Fed. Their children are the new slaves of the auction blocks in the revival of the institution of human slavery.

## The Scheme of the Fed

"In 1913, before the Senate Banking and Currency Committee, Mr. Alexander Lassen made the following statement: "The whole scheme of the Fed with its commercial paper is an impractical, cumbersome machinery- is simply a cover to secure the privilege of issuing money, and to evade payment of as much tax upon circulation as possible and then control the issue and maintain, instead of reducing interest rates. It will prove to the advantage of the few and the detriment of the people. It will mean continued shortage of actual money and further extension of credits, for when there is a shortage of money people have to borrow to their cost.' "A few days before the Fed passed, Senator Root denounced the Fed as an outrage on our liberties. He predicted: 'Long before we wake up from

our dream of prosperity through an inflated currency, our gold- which alone could have kept us from catastrophe- will have vanished and no rate of interest will tempt it to return.'

"If ever a prophecy came true, that one did. "The Fed became law the day before Christmas Eve, in the year 1913, and shortly afterwards, the German International bankers, Kuhn, Loeb and Co. sent one of their partners here to run it.

"The Fed Note is essentially unsound. It is the worst currency and the most dangerous that this Country has ever known. When the proponents of the act saw that the Democratic doctrine would not permit them to let the proposed banks issue the new currency as bank notes, they should have stopped at that. They should not have foisted that kind of currency, namely, an asset currency, on the United States Government. They should not have made the Government [liable on the private] debts of individuals and corporations, and, least of all, on the private debts of foreigners. "As Kemerer says: 'The Fed Notes, therefore, in form, have some of the qualities of Government paper money, but in substance, are almost a pure asset currency possessing a Government guarantee against which contingency the Government has made no provision whatever.'

"Hon. L.J.Hill, a former member of the House, said, and truly: "They are obligations of the Government for which the United States received nothing and for the payment of which at any time, it assumes the responsibility: looking to the Fed to recoup itself.'

"If this United States is to redeem the Fed Notes, when the General Public finds it costs to deliver this paper to the Fed, and if the Government has made no provisions for redeeming them, the first element of unsoundness is not far to seek.

"Before the Banking and Currency Committee, when the bill was under discussion Mr. Crozier of Cincinnati said: 'The imperial power of elasticity of the public currency is wielded exclusively by the central corporations owned by the banks. This is a life and death power over all local banks and all business. It can be used to create or destroy prosperity, to ward off or cause stringencies and panics. By making money artificially scarce, interest rates throughout the Country can be arbitrarily raised and the bank tax on all business and cost of living increased for the profit of the banks owning these regional central banks, and without the slightest benefit to the people. The 12 Corporations together cover y and monopolize and use for private gain- every dollar of the public currency and all public revenue of the United States. Not a dollar can be put into circulation among the people by their Government, without the consent of and on terms fixed by these 12 private money trusts.'

"In defiance of this and all other warnings, the proponents of the Fed created the 12 private credit corporations and gave them an absolute monopoly of the currency of these United States- not of the Fed Notes alone- but of all other currency! The Fed Act providing ways and means by which the gold and general currency in the hands of the American people could be obtained by the Fed in exchange for Fed Notes- which are not money- but mere promises to pay.

"Since the evil day when this was done, the initial monopoly has been extended by vicious amendments to the Fed and by the unlawful and treasonable practices of the Fed.

## Money for the Scottish Distillers

"Mr. Chairman, if a Scottish distiller wishes to send a cargo of Scotch whiskey to these United States, he can draw his bill against the purchasing bootlegger in dollars and after the bootlegger has accepted it by writing his name across the face of it, the Scotch distiller can send that bill to the nefarious open discount market in New York City where the Fed will buy it and use it as collateral for a new issue of Fed Notes. Thus the Government of these United States pay the Scotch distiller for the whiskey before it is shipped, and if it is lost on the way, or if the Coast Guard seizes it and destroys it, the Fed simply write off the loss and the government never recovers the money that was paid to the Scotch distiller.

"While we are attempting to enforce prohibition here, the Fed are in the distillery business in Europe and paying bootlegger bills with public credit of these United States. "Mr. Chairman, by the same process, they compel our Government to pay the German brewer for his beer. Why should the Fed be permitted to finance the brewing industry in Germany either in this way or as they do by compelling small and fearful United States Banks to take stock in the Isenbeck Brewery and in the German Bank for brewing industries? "Mr. Chairman, if Dynamit Nobel of Germany, wishes to sell dynamite in Japan to use in Manchuria or elsewhere, it can drew its bill against the Japanese customers in dollars and send that bill to the nefarious open discount market in New York City where the Fed will buy it and use it as collateral for a new issue of Fed Notes- while at the same time the Fed will be helping Dynamit Nobel by stuffing its stock into the United States banking system.

"Why should we send our representatives to the disarmament conference at Geneva- while the Fed is making our Government pay Japanese debts to German Munitions makers?

"Mr. Chairman, if a German wishes to raise a crop of beans and sell them to a Japanese customer, he can draw a bill against his prospective Japanese customer in dollars and have it purchased by the Fed and get the money out of this Country at the expense of the American people before he has even planted the beans in the ground. "Mr. Chairman, if a German in Germany wishes to export goods to South America, or any other Country, he can draw his bill against his customers and send it to these United States and get the money out of this Country before he ships, or even manufactures the goods.

"Mr. Chairman, why should the currency of these United States be issued on the strength of German Beer? Why should it be issued on the crop of unplanted beans to be grown in Chili for Japanese consumption? Why should these United States be compelled to issue many billions of dollars every year to pay the debts of one foreigner to another foreigner? "Was it for this that our National Bank depositors had their money taken out of our banks and shipped abroad? Was it for this that they had to lose it? Why should the public credit of these United States and likewise money belonging to our National Bank depositors be used to support foreign brewers, narcotic drug vendors, whiskey distillers, wig makes, human hair merchants, Chilean bean growers, to finance the munition factories of Germany and Soviet Russia?

## THE UNITED STATES HAS BEEN RANSACKED

"The United States has been ransacked and pillaged. Our structures have been gutted and only the

walls are left standing. While being perpetrated, everything the world would rake up to sell us was brought in here at our expense by the Fed until our markets were swamped with unneeded and unwanted imported goods priced far above their value and make to equal the dollar volume of our honest exports, and to kill or reduce our favorite balance of trade. As Agents of the foreign central banks the Fed try by every means in their power to reduce our favorable balance of trade. They act for their foreign principal and they accept fees from foreigners for acting against the best interests of these United States. Naturally there has been great competition among among foreigners for the favors of the Fed.

"What we need to do is to send the reserves of our National Banks home to the people who earned and produced them and who still own them and to the banks which were compelled to surrender them to predatory interests.

"Mr. Chairman, there is nothing like the Fed pool of confiscated bank deposits in the world. It is a public trough of American wealth in which the foreigners claim rights, equal to or greater than Americans. The Fed are the agents of the foreign central banks. They use our bank depositors' money for the benefit of their foreign principals. They barter the public credit of the United States Government and hire it our to foreigners at a profit to themselves.

"All this is done at the expense of the United States Government, and at a sickening loss to the American people. Only our great wealth enabled us to stand the drain of it as long as we did.

"We need to destroy the Fed wherein our national reserves are impounded for the benefit of the foreigners. "We need to save America for Americans.

## SPURIOUS SECURITIES

"Mr. Chairman, when you hold a $10.00 Fed Note in your hand, you are holding apiece of paper which sooner or later is going to cost the United States Government $10.00 in gold (unless the Government is obliged to go off the gold standard). It is based on limburger cheese (reported to be in foreign warehouses) or in cans purported to contain peas (but may contain salt water instead), or horse meat, illicit drugs, bootleggers fancies, rags and bones from Soviet Russia (of which these United States imported over a million dollars worth last year), on wines whiskey, natural gas, goat and dog fur, garlic on the string, and Bombay ducks.

"If you like to have paper money- which is secured by such commodities- you have it in Fed Note. If you desire to obtain the thing of value upon which this paper currency is based, that is, the limburger cheese, the whiskey, the illicit drugs, or any of the other staples- you will have a very hard time finding them.

"Many of these worshipful commodities are in foreign Countries. Are you going to Germany to inspect her warehouses to see if the specified things of value are there? I think more, I do not think that you would find them there if you did go.

"On April 27, 1932, the Fed outfit sent $750,000 belonging to American bank depositors in gold to

Germany. A week later another $300,000 in gold was shipped to Germany. About the middle of May $12,000,000 in gold was shipped to Germany by the Fed. Almost every week there is a shipment of gold to Germany. These shipments are not made for profit on the exchange since the German marks are blow parity with the dollar.

"Mr. Chairman, I believe that the National Bank depositors of these United States have a right to know what the Fed are doing with their money. There are millions of National Bank depositors in the Country who do not know that a percentage of every dollar they deposit in a Member Bank of the Fed goes automatically to American Agents of the foreign banks and that all their deposits can be paid away to foreigners without their knowledge or consent by the crooked machinery of the Fed and the questionable practices of the Fed.

[Ed. Note- Problem with next paragraph in original] "Mr. Chairman, the American people should be told the truth by their servants in office. In 1930, we had over a half billion dollars outstanding daily to finance foreign goods stored in or shipped between several billion billion dollars. What goods are these on which the Fed yearly pledge several billions of dollars. In its yearly total, this item amounts to several billions of dollars of the public credit of these United States?

"What goods are those which are hidden in European and Asiatic stores have not been seen by any officer of our Government but which are being financed on the public credit of the United States Government? What goods are those upon which the 17 United States Government is being obligated by the Fed to issue Fed Notes to the extent of several billions of dollars a year?

## The Bankers' Acceptance Racket

"The Fed have been International Banks from the beginning, with these United States as their enforced banker and supplier of currency. But it is none the less extraordinary to see these these twelve private credit monopolies, buying the debts of foreigners against foreigners, in all parts of the world and asking the Government of these United States for new issues of Fed notes in exchange for them. "The magnitude of the acceptance racket as it has been developed by the Fed, their foreign correspondents, and the predatory European born bankers, who set up the Fed here and taught your own, by and of pirates, how to loot the people: I say the magnitude of this racket is estimated to be in the neighborhood of 9,000,000,000 per year. In the past ten years it is said to have amounted to $90,000,000,000.00. In my opinion it has amounted to several times that much. coupled to this you have to the extent of billions of dollars, the gambling in the United States securities, which takes place in the same open discount market- a gambling on which the Fed is now spending $100,000,000.00 per week.

"Fed Notes are taken from the U.S. Government in unlimited quantities. Is is strange that the burden of supplying these immense sums of money to the gambling fraternity has at last proved too heavy for the American people to endure? Would it not be a national [calamity to] again bind down this burden on the backs of the American people and by means of a long rawhide whip of the credit masters, compel them to enter another seventeen years of slavery?

"They are trying to do that now. They are trying to take $100,000,000.00 of the public credit of the

United States every week, in addition to all their other seizures and they are sending that money to the nefarious open market in a desperate gamble to reestablish their graft as a going concern.

"They are putting the United States Government in debt to the extent of $100,000,000 a week, and with the money they are buying our Government securities for themselves and their foreign principals. Our people are disgusted with the experiences of the Fed. The Fed is not producing a loaf of bread, a yard of cloth, a bushel of corn, or a pile of cordwood by its check-kiting operations in the money market.

"Mr. Speaker, on the 13th of January of this year I addressed the House on the subject of the Reconstruction Finance Corporation. In the course of my remarks I made the following statement: In 1928 the member banks of the Fed borrowed $60,598,690,000. from the Fed on their fifteen-day promissory notes. Think of it. Sixty billion dollars payable on demand in gold in the course of one single year. The actual amount of such obligations called for six times as much monetary gold as there is in the world. Such transactions represent a grant in the course of one single years of about $7,000,000 to every member of the Fed.

"Is it any wonder that American labor which ultimately pays the cost of all banking operations of this Country has at last proved unequal to the task of supplying this huge total of cash and credit for the benefit of the stock market manipulators and foreign swindlers? "In 1933 the Fed presented the staggering amount of $60,598,690,000 to its member banks at the expense of the wage earners and tax payers of these United States. In 1929, the year of the stock market crash, the Fed advanced $58,000,000,000 to member banks.

"In 1930 while the speculating banks were getting out of the stock market at the expense of the general public, the Fed advanced them $13,022,782,000. This shows that when the banks were gambling on the public credit of these United States as represented by the Fed currency they were subsidized to any amount they required by the Fed. When the swindle began to fall, the bankers knew it in advance and withdrew from the market. They got out with whole skins- and left the people of these United States to pay the piper. "My friend from Kansas, Mr. McGugin, has stated that he thought the Fed lent money on rediscounting. So they do, but they lend comparatively little that way. The real discounting that they do has been called a mere penny in the slot business. It is too slow for genuine high flyers. They discourage it. They prefer to subsidize their favorite banks by making them $60,000,000,000 advances and they prefer to acquire assistance in the notorious open discount market in New York, where they can use it to control the price of stocks and bonds on the exchanges.

"For every dollar they advanced on discounts in 1928, they lent $33.00 to their favorite banks for whom they do a business of several billion dollars income tax on their profits to these United States.

## The John Law Swindle

"This is the John Law swindle over again. The theft of Teapot Dome was trifling compared to it. What King ever robbed his subject to such an extent as the Fed has robbed us? Is it any wonder that there have been lately ninety cases of starvation in one of the New York hospitals? Is there any wonder that the children are being abandoned?

"The government and the people of these United States have been swindled by swindlers deluxe to whom the acquisition of American or a parcel of Fed Notes presented no more difficulty than the drawing up of a worthless acceptance in a Country not subject to the laws of these United States, by sharpers not subject to the jurisdiction of these United States, sharpers with strong banking "fence" on this side of the water, a "fence" acting as a receiver of a worthless paper coming from abroad, endorsing it and getting the currency out of the Fed for it as quickly as possible exchanging that currency for gold and in turn transmitting the gold to its foreign confederates.

## Ivar Kreuger, the Match King!

"Such were the exploits of Ivar Krueger, Mr. Hoover's friend, and his rotten Wall Street bakers. Every dollar of the billions Kreuger and his gang drew out of this Country on acceptances was drawn from the government and the people of the United States through the Fed. The credit of the United States Government was peddled to him by the Fed for their own private gain. That is what the Fed has been doing for many years.

"They have been peddling the credit of this Government and the [signature of this] Government to the swindlers and speculators of all nations. That is what happens when a Country forsakes its Constitution and gives its sovereignty over the public currency to private interests. Give them the flag and they will sell it.

"The nature of Kreuger's organized swindle and the bankrupt condition of Kreuger's combine was known here last June when Hoover sought to exempt Kreuger's loan to Germany of $125,000,000 from the operation of the Hoover Moratorium. The bankrupt condition of Krueger's swindle was known her last summer when $30,000,000 was taken from the American taxpayers by certain bankers in New York for the ostensible purpose of permitting Krueger to make a loan to Colombia. Colombia never saw that money.

"The nature of Krueger's swindle was known here in January when he visited his friend, Mr. Hoover, at the White House. It was known here in March before he went to Paris and committed suicide.

"Mr. Chairman, I think the people of the United States are entitled to know how many billions of dollars were placed at the disposal of Krueger and his gigantic combine by the Fed, and to know how much of our Government currency was issued and lost in the financing of that great swindle in the years during which the Fed took care of Krueger's requirements.

"A few days ago, the President of the United States with a white face and shaking hands, went before the Senate of behalf of the moneyed interests and asked the Senate to levy a tax on the people so that foreigners might know that these United States would pay its debt to them.

"Most Americans thought it was the other way around. What does these United States owe foreigners? When and by whom was the debt incurred? It was incurred by the Fed, when they peddled the signature of the Government to foreigners- for a Price. It is what the United States Government has to pay to redeem the obligations of the Fed.

## Thieves Go Scot Free

"Are you going to let these thieves get off scot free? Is there one law for the looter who drives up to the door of the United States Treasury in his limousine and another for the United States Veterans who are sleeping on the floor of a dilapidated house on the outskirts of Washington?

"The Baltimore and Ohio Railroad is here asking for a large loan from the people, and the wage earners and the taxpayers of these United States. It is begging for a handout from the Government. It is standing, cap in hand, at the door of the R.F.C. where all the jackals have gathered to the feast. It is asking for money that was raised from the people by taxation and wants this money of the poor for the benefit of Kuhn, Loeb and Co., the German International Bankers.

"Is there one law for the Baltimore and Ohio Railroad and another for the hungry veterans it threw off its freight cars the other day? Is there one law for sleek and prosperous swindlers who call themselves bankers and another law for the soldiers who defended the flag? "The R.F.C. is taking over these worthless securities from the Investment Trusts with United States Treasury money at the expense of the American taxpayer and the wage earner.

"It will take twenty years to redeem our Government. Twenty years of penal servitude to pay off the gambling debts of the traitorous Fed and to vast flood of American wages and savings, bank deposits, and the United States Government credit which the Fed exported out of this country to their foreign principals.

"The Fed lately conducted an anti-hoarding campaign here. They they took that extra money which they had persuaded the American people to put into the banks- they sent it to Europe- along with the rest. In the last several months, they have sent $1,300,000,000 in gold to their foreign employers, their foreign masters, and every dollar of that gold belonged to the people of these United States and was unlawfully taken from them.

## Fiat Money

"Mr. Chairman, within the limits of the time allowed me, I cannot enter into a particularized discussion of the Fed. I have singled out the Fed currency for a few remarks because there has lately been some talk here of "fiat money". What kind of money is being pumped into the open discount market and through it into foreign channels and stock exchanges? Mr. Mills of the Treasury has spoken here of his horror of the printing presses and his horror of dishonest money. He has no horror of dishonest money. If he had, he would be no party to the present gambling of the Fed in the nefarious open discount market of New York, a market in which the sellers are represented by 10 discount corporations owned and organized by the very banks which own and control the Fed.

"Fiat money, indeed!

"What Mr. Mills is fighting for is the preservation, whole and entire, of the banker's monopoly of all the currency of the United States Government.

"Mr. Chairman, last December, I introduced a resolution here asking for an examination and an audit of the Fed and all related matters. If the House sees fit to make such an investigation, the people of these United States will obtain information of great value. This is a Government of the people, by the people, for the people. Consequently, nothing should be concealed from the people. The man who deceives the people is a traitor to these United States.

"The man who knows or suspects that a crime has been committed and who conceals and covers up that crime is an accessory to it. Mr. Speaker, it is a monstrous thing for this great nation of people to have its destinies presided over by a traitorous government board acting in secret concert with international usurers.

"Every effort has been made by the Fed to conceal its powers- but the truth is- the Fed has usurped the Government. It controls everything here and it controls all of our foreign relations. It makes and breaks governments at will.

"No man and no body of men is more entrenched in power than the arrogant credit monopoly which operated the Fed. What National Government has permitted the Fed to steal from the people should now be restored to the people. The people have a valid claim against the Fed. If that claim is enforced the Americans will not need to stand in the bread line, or to suffer and die of starvation in the streets. Women will be saved, families will be kept together, and American children will not be dispersed and abandoned.

"Here is a Fed Note. Immense numbers of the notes are now held abroad. I am told that they amount to upwards of a billion dollars. They constitute a claim against our Government and likewise a claim against our peoples' money to the extent of $1,300,000,000 which has within the last few months been shipped abroad to redeem Fed Notes and to pay other gambling debts of the traitorous Fed. The greater part of our money stock has been shipped to other lands.

"Why should we promise to pay the debts of foreigners to foreigners? Why should the Fed be permitted to finance our competitors in all parts of the world? Do you know why the tariff was raised? It was raised to shut out the flood of Fed Goods pouring in here from every quarter of the globe- cheap goods, produced by cheaply paid foreign labor, on unlimited supplies of money and credit sent out of this Country by the dishonest and unscrupulous Fed.

"The Fed are spending $100,000,000 a week buying government securities in the open market and are making a great bid for foreign business. They are trying to make rates so attractive that the human hair merchants and the distillers and other business entities in foreign land will come her and hire more of the public credit of the United States Government to pay the Fed outfit for getting it for them.

## World Enslavement Planned

"Mr. Chairman, when the Fed was passed, the people of these United States did not perceive that a world system was being set up here which would make the savings of the American school teacher available to a narcotic-drug vendor in Acapulco. They did not perceive that these United States was to be lowered to the position of a coolie country which has nothing but raw material and heart, that

Russia was destined to supply the man power and that this country was to supply the financial power to an "international superstate". A superstate controlled by international bankers, and international industrialists acting together to enslave the world for their own pleasure?

"The people of these United States are being greatly wronged. They have been driven from their employments. They have been dispossessed from their homes. They have been evicted from their rented quarters. They have lost their children. They have been left to suffer and die for lack of shelter, food, clothing and medicine.

"The wealth of these United States and the working capital have been taken away from them and has either been locked in the vaults of certain banks and the great corporations or exported to foreign countries for the benefit of the foreign customers of these banks and corporations. So far as the people of the United States are concerned, the cupboard is bare.

"It is true that the warehouses and coal yards and grain elevators are full, but these are padlocked, and the great banks and corporations hold the keys.

"The sack of these United States by the Fed is the greatest crime in history.

"Mr. Chairman, a serious situation confronts the House of Representatives today. We are trustees of the people and the rights of the people are being taken away from them. Through the Fed the people are losing the rights guaranteed to them by the Constitution. Their property has been taken from them without due process of law. Mr. Chairman, common decency requires us to examine the public accounts of the Government and see what crimes against the public welfare have been committed.

"What is needed here is a return to the Constitution of these United States.

"The old struggle that was fought out here in Jackson's time must be fought our over again. The independent United States Treasury should be reestablished and the Government should keep its own money under lock and key in the building the people provided for that purpose.

"Asset currency, the devise of the swindler, should be done away with. The Fed should be abolished and the State boundaries should be respected. Bank reserves should be kept within the boundaries of the States whose people own them, and this reserve money of the people should be protected so that the International Bankers and acceptance bankers and discount dealers cannot draw it away from them.

"The Fed should be repealed, and the Fed Banks, having violated their charters, should be liquidated immediately. Faithless Government officials who have violated their oaths of office should be impeached and brought to trial.

"Unless this is done by us, I predict, that the American people, outraged, pillaged, insulted and betrayed as they are in their own land, will rise in their wrath, and will sweep the money changers out of the temple.

"Mr. Chairman, the United States is bankrupt: It has been bankrupted by the corrupt and dishonest Fed. It has repudiated its debts to its own citizens. Its chief foreign creditor is Great Britain, and a British bailiff has been at the White House and the British Agents are in the United States Treasury making inventory arranging terms of liquidations!

## Great Britain, Partner in Blackmail

"Mr. Chairman, the Fed has offered to collect the British claims in full from the American public by trickery and corruption, if Great Britain will help to conceal its crimes. The British are shielding their agents, the Fed, because they do not wish that system of robbery to be destroyed here. They wish it to continue for their benefit! By means of it, Great Britain has become the financial mistress of the world. She has regained the position she occupied before the World War.

"For several years she has been a silent partner in the business of the Fed. Under threat of blackmail, or by their bribery, or by their native treachery to the people of the United States, the officials in charge of the Fed unwisely gave Great Britain immense gold loans running into hundreds of millions of dollars. They did this against the law! Those gold loans were not single transactions. They gave Great Britain a borrowing power in the United States of billions. She squeezed billions out of this Country by means of her control of the Fed.

"As soon as the Hoover Moratorium was announced, Great Britain moved to consolidate her gains. After the treacherous signing away of American rights at the 7-power conference at London in July, 1931, which put the Fed under the control of the Bank of International Settlements, Great Britain began to tighten the hangman's noose around the neck of the United States.

"She abandoned the gold standard and embarked on a campaign of buying up the claims of foreigners against the Fed in all parts of the world. She has now sent her bailiff, Ramsey MacDonald, here to get her war debt to this country canceled. But she has a club in her hands! She has title to the gambling debts which the corrupt and dishonest Fed incurred abroad.

"Ramsey MacDonald, the labor party deserter, has come here to compel the President to sign on the dotted line, and that is what Roosevelt is about to do! Roosevelt will endeavor to conceal the nature of his action from the American people. But he will obey the International Bankers and transfer the war debt that Great Britain should pay to the American people, to the shoulders of the American taxpayers.

"Mr. Chairman, the bank holiday in the several States was brought about by the corrupt and dishonest Fed. These institutions manipulated money and credit, and caused the States to order bank holidays.

"These holidays were frame-ups! "They were dress rehearsals for the national bank holiday which Franklin D. Roosevelt promised Sir Ramsey MacDonald that he would declare.

"There was no national emergency here when Franklin D. Roosevelt took office excepting the bankruptcy of the Fed- a bankruptcy which has been going on under cover for several years and which has been concealed from the people so that the people would continue to permit their bank deposits and their bank reserves and their gold and the funds of the United States Treasury to be impounded in

these bankrupt institutions.

"Under cover, the predatory International Bankers have been stealthily transferring the burden of the Fed debts to the people's Treasury and to the people themselves. They the farms and the homes of the United States to pay for their thievery! That is the only national emergency that there has been here since the depression began.

"The week before the bank holiday ws declared in New York State, the deposits in the New York savings banks were greater than the withdrawals. There were no runs on New York Banks. There was no need of a bank holiday in New York, or of a national holiday.

## Roosevelt and the International Bankers

"Roosevelt did what the International Bankers ordered him to do!

"Do not deceive yourself, Mr. Chairman, or permit yourself to be deceived by others into the belief that Roosevelt's dictatorship is in any way intended to benefit the people of the United States: he is preparing to sign on the dotted line! "He is preparing to cancel the war debts by fraud!

"He is preparing to internationalize this Country and to destroy our Constitution itself in order to keep the Fed intact as a money institution for foreigners. "Mr. Chairman, I see no reason why citizens of the United States should be terrorized into surrendering their property to the International Bankers who own and control the Fed. The statement that gold would be taken from its lawful owners if they did not voluntarily surrender it, to private interests, show that there is an anarchist in our Government.

"The statement that it is necessary for the people to give their gold- the only real money- to the banks in order to protect the currency, is a statement of calculated dishonesty!

"By his unlawful usurpation of power on the night of March 5, 1933, and by his proclamation, which in my opinion was in violation of the Constitution of the United States, Roosevelt divorced the currency of the United States from gold, and the United States currency is no longer protected by gold. It is therefore sheer dishonesty to say that the people's gold is needed to protect the currency.

"Roosevelt ordered the people to give their gold to private interests- that is, to banks, and he took control of the banks so that all the gold and gold values in them, or given into them, might be handed over to the predatory International Bankers who own and control the Fed.

"Roosevelt cast his lot with the usurers. "He agreed to save the corrupt and dishonest  at the expense of the people of the United States.

"He took advantage of the people's confusion and weariness and spread the dragnet over the United States to capture everything of value that was left in it. He made a great haul for the International Bankers.

"The Prime Minister of England came here for money! He came here to collect cash!

"He came here with Fed Currency and other claims against the Fed which England had bought up in all parts of the world. And he has presented them for redemption in gold.

"Mr. Chairman, I am in favor of compelling the Fed to pay their own debts. I see no reason why the general public should be forced to pay the gambling debts of the International Bankers.

## Roosevelt Seizes the Gold

"By his action in closing the banks of the United States, Roosevelt seized the gold value of forty billions or more of bank deposits in the United States banks. Those deposits were deposits of gold values. By his action he has rendered them payable to the depositors in paper only, if payable at all, and the paper money he proposes to pay out to bank depositors and to the people generally in lieu of their hard earned gold values in itself, and being based on nothing into which the people can convert it the said paper money is of negligible value altogether.

"It is the money of slaves, not of free men. If the people of the United States permit it to be imposed upon them at the will of their credit masters, the next step in their downward progress will be their acceptance of orders on company stores for what they eat and wear. Their case will be similar to that of starving coal miners. They, too, will be paid with orders on Company stores for food and clothing, both of indifferent quality and be forced to live in Company-owned houses from which they may be evicted at the drop of a hat. More of them will be forced into conscript labor camps under supervision.

"At noon on the 4th of March, 1933, FDR with his hand on the Bible, took an oath to preserve, protect and defend the Constitution of the U.S. At midnight on the 5th of March, 1933, he confiscated the property of American citizens. He took the currency of the United States standard of value. He repudiated the internal debt of the Government to its own citizens. He destroyed the value of the American dollar. He released, or endeavored to release, the Fed from their contractual liability to redeem Fed currency in gold or lawful money on a parity with gold. He depreciated the value of the national currency.

"The people of the U.S. are now using unredeemable paper slips for money. The Treasury cannot redeem that paper in gold or silver. The gold and silver of the Treasury has unlawfully been given to the corrupt and dishonest Fed. And the Administration has since had the effrontery to raid the country for more gold for the private interests by telling our patriotic citizens that their gold is needed to protect the currency.

"It is not being used to protect the currency! It is being used to protect the corrupt and dishonest Fed. "The directors of these institutions have committed criminal offense against the United States Government, including the offense of making false entries on their books, and the still more serious offense of unlawfully abstracting funds from the United States Treasury! "Roosevelt's gold raid is intended to help them out of the pit they dug for themselves when they gambled away the wealth and savings of the American people.

## Dictatorship

"The International Bankers set up a dictatorship here because they wanted a dictator who would protect them. They wanted a dictator who would protect them. They wanted a dictator who would issue a proclamation giving the Fed an absolute and unconditional release from their special currency in gold, or lawful money of any Fed Bank.

"Has Roosevelt relieved any other class of debtors in this country from the necessity of paying their debts? Has he made a proclamation telling the farmers that they need not pay their mortgages? Has he made a proclamation to the effect that mothers of starving children need not pay their milk bills? Has he made a proclamation relieving householders from the necessity of paying rent?

## Roosevelt's Two Kinds of Laws

"Not he! He has issued one kind of proclamation only, and that is a proclamation to relieve international bankers and the foreign debtors of the United States Government.

"Mr. Chairman, the gold in the banks of this country belongs to the American people who have paper money contracts for it in the form of national currency. If the Fed cannot keep their contracts with United States citizens to redeem their paper money in gold, or lawful money, then the Fed must be taken over by the United States Government and their officers must be put on trial.

"There must be a day of reckoning. If the Fed have looted the Treasury so that the Treasury cannot redeem the United States currency for which it is liable in gold, then the Fed must be driven out of the Treasury.

"Mr. Chairman, a gold certificate is a warehouse receipt for gold in the Treasury, and the man who has a gold certificate is the actual owner of a corresponding amount of gold stacked in the Treasury subject to his order.

"Now comes Roosevelt who seeks to render the money of the United States worthless by unlawfully declaring that it may No Longer be converted into gold at the will of the holder.

"Roosevelt's next haul for the International Bankers was the reduction in the pay of all Federal employees.

"Next in order are the veterans of all wars, many of whom are aged and infirm, and other sick and disabled. These men had their lives adjusted for them by acts of Congress determining the amounts of the pensions, and, while it is meant that every citizen should sacrifice himself for the good of the United States, I see no reason why those poor people, these aged Civil War Veterans and war widows and half-starved veterans of the World War, should be compelled to give up their pensions for the financial benefit of the International vultures who have looted the Treasury, bankrupted the country and traitorously delivered the United States to a foreign foe.

"There are many ways of raising revenue that are better than that barbaric act of injustice.

"Why not collect from the Fed the amount they owe the U.S. Treasury in interest on all the Fed currency they have taken from the Government? That would put billions of dollars into the U.S.

Treasury.

"If FDR is as honest as he pretends to be, he will have that done immediately. And in addition, why not compel the Fed to disclose their profits and to pay the Government its share?

"Until this is done, it is rank dishonesty to talk of maintaining the credit of the U.S. Government. "My own salary as a member of Congress has been reduced, and while I am willing to give my part of it that has been taken away from me to the U.S. Government, I regret that the U.S. has suffered itself to be brought so low by the vultures and crooks who are operating the roulette wheels and faro tables in the Fed, that is now obliged to throw itself on the mercy of its legislators and charwomen, its clerks, and it poor pensioners and to take money out of our pockets to make good the defalcations of the International Bankers who were placed in control of the Treasury and given the monopoly of U.S. Currency by the misbegotten Fed. "I am well aware that the International Bankers who drive up to the door of the United States Treasury in their limousines, look down with scorn upon members of Congress because we work for so little, while they draw millions a year. The difference is that we earn, or try to earn, what we get- and they steal the greater part of their takings.

## Enemies of the People They Rob

"I do not like to see vivisections performed on human beings. I do not like to see the American people used for experimental purposes by the credit masters of the United States. They predicted among themselves that they would be able to produce a condition here in which American citizens would be completely humbled and left starving and penniless in the streets.

"The fact that they made that assertion while they were fomenting their conspiracy against the United States that they like to see a human being, especially an American, stumbling from hunger when he walks. "Something should be done about it, they say. Five-cent meals, or something! "But FDR will not permit the House of Representatives to investigate the condition of the Fed. FDR will not do that. He has certain International Bankers to serve. They not look to him as the man Higher Up who will protect them from the just wrath of an outraged people.

"The International Bankers have always hated our pensioners. A man with a small pension is a ward of the Government. He is not dependent upon them for a salary or wages. They cannot control him. They do not like him. It gave them great pleasure, therefore, to slash the veterans.

"But FDR will never do anything to embarrass his financial supporters. He will cover up the crimes of the Fed.

"Before he was elected, Mr. Roosevelt advocated a return to the earlier practices of the Fed, thus admitting its corruptness. The Democratic platform advocated a change in the personnel of the Fed. These were campaign bait. As a prominent Democrat lately remarked to me; "There is no new deal. The same old crowd is in control."

"The claims of foreign creditors of the Fed have no validity in law. The foreign creditors were the receivers- and the willing receivers- of stolen goods! They have received through their banking fences

immense amounts of currency, and that currency was unlawfully taken from the United States Treasury by the Fed.

"England discovered the irregularities of the Fed quite early in its operations and through fear, apparently, the Fed have for years suffered themselves to be blackmailed and dragoon ting England to share in the business of the Fed. "The Fed have unlawfully taken many millions of dollars of the public credit of the United States and have given it to foreign sellers on the security of the Debt paper of foreign buyers in purely foreign transactions, and when the foreign buyers refused to meet their obligations and the Fed saw no honest way of getting the stolen goods back into their possession, they decided by control of the executive to make the American people pay their losses!

## Conspiracy of War Debts

"They likewise entered into a conspiracy to deprive the people of the U.S. of their title to the war debts and not being able to do that in the way they intended, they are now engaged in an effort to debase the American dollar so that foreign governments will have their debts to this country cut in two, and then by means of other vicious underhanded arrangements, they propose to remit the remainder.

"So far as the U.S. is concerned, the gambling counters have no legal standing. The U.S. Treasury cannot be compelled to make good the gambling ventures of the corrupt and dishonest Fed. Still less should the bank deposits of the U.S. be used for that purpose. Still less should the national currency have been made irredeemable in gold so that the gold which was massed and stored to redeem the currency for American citizens may be used to pay the gambling debts of the Fed for England's benefit. "The American people should have their gold in their own possession where it cannot be held under secret agreement for any foreign control bank, or world bank, or foreign nation. Our own citizens have the prior claim to it. The paper [money men] have in their possession deserves redemption far more than U.S. currency and credit which was stolen from the U.S. Treasury and bootlegged abroad.

"Why should the foreigners be made preferred creditors of the bankrupt U.S.? Why should the U.S. be treated as bankrupt at all? This Government has immense sums due it from the Fed. The directors of these institutions are men of great wealth. Why should the guilty escape the consequences of their misdeeds? Why should the people of these U.S. surrender the value of their gold bank deposits to pay off the gambling debts of these bankers? Why should Roosevelt promise foreigners that the U.S. will play the part of a good neighbor, 'meeting its obligations'?

"Let the Fed meet their own obligations.

"Every member of the Fed should be compelled to disgorge, and every acceptance banker and every discount corporation which has made illegal profits by means of public credit unlawfully bootlegged out of the U.S. Treasury and hired out by the crooks and vultures of the Fed should be compelled to disgorge.

## Federal Reserve Pays No Taxes

"Gambling debts due to foreign receivers of stolen goods should not be paid by sacrificing our title to our war debts, the assets of the U.S. Treasury- which belong to all the people of the U.S. and which it is our duty to preserve inviolate in the people's treasury.

"The U.S. Treasury cannot be made liable for them. The Fed currency must be redeemed by the Fed banks or else these Fed banks must be liquidated.

"We know from assertions made here by the Hon. John N. Garner, Vice-President of the U.S. that there is a condition in the [United States such] would cause American citizens, if they knew what it was, to lose all confidence in their government.

"That is a condition that Roosevelt will not have investigated. He has brought with him from Wall Street, James Warburg, the son of Paul M. Warburg. Mr. Warburg, alien born, and the son of an alien who did not become naturalized here until several years after this Warburg's birth, is a son of a former partner of Kuhn, Loeb and Co., a grandson of another partner, a nephew of a former partner, and a nephew of a present partner.

"He holds no office in our Government, but I am told that he is in daily attendance at the Treasury, and that he has private quarters there! In other words, Mr. Chairman, Kuhn, Loeb and Company now has control and occupy the U.S. Treasury.

## Preferred Treatment for Foreigners

"The text of the Executive order which seems to place an embargo on shipments of gold permits the Secretary of the Treasury, a former director of the corrupt, to issue licenses at his discretion for the export of gold coin, or bullion, earmarked or held in trust for a recognized foreign government or foreign central bank for international settlement. Now, Mr. Chairman, if gold held in trust for those foreign institutions may be sent to them, I see no reason why gold held in trust for American as evidenced by their gold certificates and other currency issued by the U.S. Government should not be paid to them. "I think that American citizens should be entitled to treatment at least as good as that which the person is extending to foreign governments, foreign central banks, and the bank of International Settlements. I think a veteran of the world war, with a $20.00 gold certificate, is at least as much entitled to receive his own gold for it, as any international banker in the city of New York or London.

"By the terms of this executive order, gold may be exported if it is actually required, for the fulfillment of any contract entered into prior to the date of this order by an applicant who, in obedience to the executive order of April 5, 1933, has delivered gold coin, gold bullion, or gold certificates. "This means that gold may be exported to pay the obligations abroad of the Fed which were incurred prior to the date of the order, namely, April 20, 1933.

"If a European Bank should send 100,000,000 dollars in Fed currency to a bank in this country for redemption, that bank could easily ship gold to Europe in exchange for that currency. Such Fed currency would represent "contracts" entered into prior to the date of the order. If the Bank of International Settlements or any other foreign bank holding any of the present gambling debt paper of

the Fed should draw a draft for the settlement of such obligation, gold would be shopped to them because the debt contract would have been entered into prior to the date of order.

# Crimes and Criminals

"Mr. Speaker, I rise to a question of constitutional privilege.

"Whereas, I charge. . .Eugene Meyer, Roy A. Young, Edmund Platt, Eugene B. Black, Adolph Casper Miller, Charles S. Hamlin, George R. James, Andrew W. Mellon, Ogden L. Mills, William H. Woo W. Poole, J.F.T. O'Connor, members of the Federal Reserve Board; F. H. Curtis, J.H. Chane, R.L. Austin, George De Camp, L.B. Williams, W.W. Hoxton, Oscar Newton, E.M. Stevens, J.S. Wood, J.N. Payton, M.L. McClure, C.C. Walsh, Isaac B. Newton, Federal Reserve Agents, jointly and severally, with violations of the Constitution and laws of the United States, and whereas I charge them with having taken funds from the U.S Treasury which were not appropriated by the Congress of the United States, and I charge them with having unlawfully taken over $80,000,000,000 from the U.S. Government in the year 1928, the said unlawful taking consisting of the unlawful creation of claims against the U.S. Treasury to the extent of over $80,000,000,000 in the year 1928; and I charge them with similar thefts committed in 1929, 1930, 1931, 1932 and 1933, and in years previous to 1928, amounting to billions of dollars; and

"Whereas I charge them, jointly and severally with having unlawfully created claims against the U.S. Treasury by unlawfully placing U.S. Government credit in specific amounts to the credit of foreign governments and foreign central banks of issue; private interests and commercial and private banks of the U.S. and foreign countries, and branches of foreign banks doing business in the U.S., to the extent of billions of dollars; and with having made unlawful contracts in the name of the U.S. Government and the U.S. Treasury; and with having made false entries on books of account; and

"Whereas I charge them jointly and severally, with having taken Fed Notes from the U.S. Treasury ansued Fed Notes and with having put Fed Notes into circulation without obeying the mandatory provision of the Fed Act which requires the Fed Board to fix an interest rate on all issues of Fed Notes supplied to Fed Banks, the interest resulting therefrom to be paid by the Fed Banks to the government of the U.S. for the use of the Fed Notes, and I charge them of having defrauded the U.S. Government and the people of the U.S. of billions of dollars by the commission of this crime, and

"Whereas I charge them, jointly and severally, with having purchased U.S. Government securities with U.S. Government credit unlawfully taken and with having sold the said U.S. Government securities back to the people of the U.S. for gold or gold values and with having again purchased U.S. Government securities with U.S. Government credit unlawfully taken and with having again sold the said U.S. Government security for gold or gold values, and I charge them with having defrauded the U.S. Government and the people of the U.S. by this rotary process; and

"Whereas I charge them, jointly and severally, with having unlawfully negotiated U.S. Government securities, upon which the Government liability was extinguished, as collateral security for Fed Notes and with having substituted such securities for gold which was being held as collateral security for Fed

Notes, and with having by the process defrauded the U.S. Government and the people of the U.S., and I charge them with the theft of all the gold and currency they obtained by this process; and

"Whereas I charge them, jointly and severally, with having unlawfully issued Fed currency on false, worthless and fictitious acceptances and other circulating evidence of debt, and with having made unlawful advances of Fed currency, and with having unlawfully permitted renewals of acceptances and renewals of other circulating evidences of debt, and with having permitted acceptance bankers and discount dealer corporations and other private bankers to violate the banking laws of the U.S.; and

"Whereas I charge them, jointly and severally, with having conspired to have evidences of debt to the extent of $1,000,000,000 artificially created at the end of February, 1933, and early in March 1933, and with having made unlawful issues and advances of Fed currency on the security of said artificially created evidences of debt for a sinister purpose, and with having assisted in the execution of said sinister purpose; and

"Whereas I charge them, jointly and severally, with having brought about the repudiation of the currency obligations of the Fed Banks to the people of the U.S. and with having conspired to obtain a release for the Fed Board and the Fed Banks from their contractual liability to redeem all Fed currency in gold or lawful money at the Fed Bank and with having defrauded the holders of Fed currency, and with having conspired to have the debts and losses of the Fed Board and the Fed Banks unlawfully transferred to the Government and the people of the U.S., and

"Whereas I charge them, jointly and severally, with having unlawfully substituted Fed currency and other irredeemable paper currency for gold in the hands of the people after the decision to repudiate the Fed currency and the national currency was made known to them, and with thus having obtained money under false pretenses; and

"Whereas I charge them, jointly and severally, with having brought about a repudiation of the n of the U.S. in order that the gold value of the said currency might be given to private interests, foreign governments, foreign central banks of issues, and the Bank of International Settlements, and the people of the U.S. to be left without gold or lawful money and with no currency other that a paper currency irredeemable in gold, and I charge them with having done this for the benefit of private interests, foreign governments, foreign central banks of issue, and the bank of International Settlements; and

"Whereas I charge them, jointly and severally, with conniving with the Edge Law banks, and other Edge Law institutions, accepting banks, and discount corporations, foreign central banks of issue, foreign commercial banks, foreign corporations, and foreign individuals with funds unlawfully taken from the U.S. Treasury; and I charge them with having unlawfully permitted and made possible 'new financing' for foreigners at the expense of the U.S. Treasury to the extent of billions of dollars and with having unlawfully permitted and made possible the bringing into the United States of immense quantities of foreign securities, created in foreign countries for export to the U.S. and with having unlawfully permitted the said foreign securities to be imported into the U.S. instead of gold, which was lawfully due to the U.S. on trade balances and otherwise, and with having lawfully permitted and facilitated the sale of the said foreign securities in the U.S., and

"Whereas I charge them, jointly and severally, with having unlawfully exported U.S. coins and currency for a sinister purpose, and with having deprived the people of the U.S. of their lawful medium of exchange, and I charge them with having arbitrarily and unlawfully reduced the amount of money and currency in circulation in the U.S. to the lowest rate per capita in the history of the Government, so that the great mass of the people have been left without a sufficient medium of exchange, and I charge them with concealment and evasion in refusing to make known the amount of U.S. money in coins and paper currency exported and the amount remaining in the U.S. as a result of which refusal the Congress of the U.S. is unable to ascertain where the U.S. coins and issues of currency are at the present time, and what amount of U.S. currency is now held abroad; and

"Whereas I charge them, jointly and severally, with having arbitrarily and unlawfully raised and lowered the rates of money and with having arbitrarily increased and diminished the volume of currency in circulation for the benefit of private interests at the expense of the Government and the people of the U.S. and with having unlawfully manipulated money rates, wages, salaries and property values both real and personal, in the U.S. by unlawful operations in the open discount market and by resale and repurchase agreements unsanctioned by law, and

"Whereas I charge them jointly and severally, with having brought about the decline in prices on the New York Stock Exchange and other exchanges in October, 1929, by unlawful manipulation of money rates and the volume of U.S. money and currency in circulation: by theft of funds from the U.S. Treasury by gambling in acceptances and U.S. Government securities; by service rendered to foreign and domestic speculators and politicians, and by unlawful sale of U.S. gold reserves abroad, and

"Whereas the unconstitutional inflation law imbedded in the so-called Farm Relief Act by which the Fed Banks are given permission to buy U.S. Government securities to the extent of $3,000,000,000 and to drew forth currency from the people's Treasury to the extent of $3,000,000,000 is likely to result in connivance on the part of said accused with others in the purchase by the Fed of the U.S. Government securities to the extent of $3,000,000,000 with U.S. Government's own credit unlawfully taken,-it being obvious that the Fed do no not intend to pay anything of value to the U.S. Government for the said U.S. Government securities no provision for payment in gold or lawful money appearing in the so-called Farm Relief bill- and the U.S. Government will thus be placed in a position of conferring a gift of $3,000,000,000 in the U.S. Government securities on the Fed to enable them to pay more on their bad debts to foreign governments, foreign central banks of issue, private interests, and private and commercial banks, both foreign and domestic, and the Bank of International Settlements, and

"Whereas the U.S. Government will thus go into debt to the extent of $3,000,000,000 and will then have an additional claim of $3,000,000,000 in currency unlawfully created against it and whereas no private interest should be permitted to buy U.S. Government securities with the Government's own credit unlawfully taken and whereas currency should not be issued for the benefit of said private interest or any interests on U.S. Government securities so acquired, and whereas it has been publicly stated and not denied that the inflation amendment of the Farm Relief Act is the matter of benefit which was secured by Ramsey MacDonald, the Prime Minister of Great Britain, upon the occasion of his latest visit to the U.S. Treasury, and whereas there is grave danger that the accused will employ the

provision creating U.S. Government securities to the extent of $3,000,000,000 and three millions in currency to be issuable thereupon for the benefit of themselves and their foreign principals, and that they will convert the currency so obtained to the uses of Great Britain by secret arrangements with the Bank of England of which they are the agents, and for which they maintain an account and perform services at the expense of the U.S. Treasury, and that they will likewise confer benefits upon the Bank of International Settlements for which they maintain an account and perform services at the expense of the U.S. Treasury; and

"Whereas I charge them, jointly and severally, with having concealed the insolvency of the Fed and with having failed to report the insolvency of the Fed to the Congress and with having conspired to have the said insolvent insititutions continue in operation, and with having permitted the said insolvent institutions to receive U.S. Government funds and other deposits, and with having permitted them to exercise control over the gold reserves of the U.S. and with having permitted them to transfer upward of $100,000,000,000 of their debts and losses to the general public and the Government of the U.S., and with having permitted foreign debts of the Fed to be paid with the property, the savings, the wages, and the salaries of the people of the U.S. and with the farms and the homes of the American people, and whereas I charge them with forcing the bad debts of the Fed upon the general public covertly and dishonestly and and with taking the general wealth and savings of the people of the U.S. under false pretenses, to pay the debts of the Fed to foreigners; and

"Whereas I charge them, jointly and severally, with violations of the Fed Act and other laws; with maladministration of the h evasions of the Fed Law and other laws; and with having unlawfully failed to report violations of law on the part of the Fed Banks which, if known, would have caused the Fed Banks to lose their charters, and

"Whereas I charge them, jointly and severally, with failure to protect and maintain the gold reserves and the gold stock and gold coinage of the U.S. and with having sold the gold reserves of the U.S to foreign Governments, foreign central banks of issue, foreign commercial and private banks, and other foreign institutions and individuals at a profit to themselves, and I charge them with having sold gold reserves of the U.S. so that between 1924 and 1928 the U.S. gained no gold on net account but suffered a decline in its percentage of central gold reserves from the 45.9 percent in 1924 to 37.5 percent in 1928 notwithstanding the fact that the U.S. had a favorable balance of trade throughout that period, and

"Whereas I charge them, jointly and severally, with having conspired to concentrate U.S. Government securities and thus the national debt of the U.S. in the hands of foreigners and international money lenders and with having conspired to transfer to foreigners and international money lenders title to and control of the financial resources of the U.S.; and

"Whereas I charge them, jointly and severally, with having fictitiously paid installments on the national debt with Government credit unlawfully taken; and

"Whereas I charge them, jointly and severally, with the loss of the U.S. Government funds entrusted to their care; and

"Whereas I charge them, jointly and severally, with having destroyed independent banks in the U.S. and with having thereby caused losses amounting to billions of dollars to the said banks, and to the general public of the U.S., and

"Whereas I charge them, jointly and severally, with the failure to furnish true reports of the business operations and the true conditions of the Fed to the Congress and the people, and having furnished false and misleading reports to the congress of the U.S., and

"Whereas I charge them, jointly and severally, with having published false and misleading propaganda intended to deceive the American people and to cause the U.S. to lose its independence; and

"Whereas I charge them, jointly and severally, with unlawfully allowing Great Britain to share in the profits of the Fed at the expense of the Government and the people of the U.S.; and

"Whereas I charge them, jointly and severally, with having entered into secret agreements and illegal transactions with Montague Norman, Governor of the Bank of England; and

"Whereas I charge them, jointly and severally, with swindling the U.S. Treasury and the people of the U.S. in pretending to have received payment from Great Britain of the amount due on the British ware debt to the U.S. in December, 1932; and

"Whereas I charge them, jointly and severally, with having conspired with their foreign principals and others to defraud the U.S. Government and to prevent the people of the U.S. from receiving payment of the war debts due to the U.S. from foreign nations; and

"Whereas I charge them, jointly and severally, with having robbed the U.S Government and the people of the U.S. by their theft and sale of the gold reserves of the U.S. and other unlawful transactiving created a deficit in the U.S. Treasury, which has necessitated to a large extent the destruction of our national defense and the reduction of the U.S. Army and the U.S. Navy and other branches of the national defense; and

"Whereas I charge them, jointly and severally, of having reduced the U.S. from a first class power to one that is dependent, and with having reduced the U.S. from a rich and powerful nation to one that is internationally poor; and

"Whereas I charge them, jointly and severally, with the crime of having treasonable conspired and acted against the peace and security of the U.S. and with having treasonable conspired to destroy constitutional Government in the U.S.

"Resolve, That the Committee on the Judiciary is authorized and directed as a whole or by subcommittee, to investigate the official conduct of the Fed agents to determine whether, in the opinion of the said committee, they have been guilty of any high crime or misdemeanor which in the contemplation the Constitution requires the interposition of the Constitutional powers of the House. Such Committee shall report its finding to the House, together with such resolution or resolutions of impeachment or other recommendations as it deems proper.

"For the purpose of this resolution the Committee is authorized to sit and act during the present Congress at such times and places in the District of Columbia or elsewhere, whether or not the House is sitting, has recessed or has adjourned, to hold such clerical, stenographic, and other assistants, to requnce of such witnesses and the production of such books, papers, and documents, to take such testimony, to have such printing and binding done, and to make such expenditures as it deems necessary."

After some discussion and upon the motion of Mr. Byrns, the resolution and charge was referred to the Committee on the Judiciary.

## "Attacks on McFadden's Life Reported"

Commenting on Former Congressman Louis T. McFaddens's "heart-failure sudden-death" on Oct. 3, 1936, after a "dose" of "intestinal flue," "Pelley's Weekly" of Oct. 14 says:

```
Now that this sterling American patriot has made the Passing, it can be
revealed that no long after his public utterance against the
encroaching powers of Judah, it became known among his intimates that
he had suffered two attacks against his life. The first attack came in
the form of two revolver shots fired at him from ambush as he was
alighting from a cab in front of one of the Capital hotels. Fortunately
both shots missed him, the bullets burying themselves in the structure
of the cab.

"He became violently ill after partaking of food at a political banquet
at Washington. His life was only saved from what was subsequently
announce as a poisoning by the presence of a physician friend at the
banquet, who at once procured a stomach pump and subject the
Congressman to emergency treatment."

                    /s/ Robert Edward Edmondson (Publicist-Economist)
```

New York, October 14, 1963

The Federal Reserve Bank of New York reports in June, 1961, greatly expanded trade in their "acceptance" securities market.

This market has already bankrupted the Nation in the 1930's, said Congressman McFadden. After bankruptcy comes the Referee, or DICTATOR!

President Andrew Jackson to the Bankers, 1831?: "You are a den of vipers and thieves. I intend to rout you out, and by the Eternal God, I will rout you out."

* * *

"Now's the day and now's the hour; See the front o' battle hour. Liberty's in every blow! Let us do or

die." -Robert Burns

# INDEX

Acceptance racket costing the American people, 90 billions yearly

American Government made responsible to pay debts of one foreigner to another

Anti-hoarding campaign

Asset currency forced on the U.S.

Baltimore & Ohio R.R. asks for loan

Bankers' acceptance racket

Banks gambling $13 billions of the people's money & credit yearly

Bankers hate pensioners

Bank holiday declared by Roosevelt

Bankruptcy of the U.S.

Britain now financial mistress of the world

British shielding the Fed

British shielding robbery

Children the new slaves

Colonel Mandel House betrays America

Company stores

Concealing crimes and criminals

Country ravaged and laid wasted

Criminals and their crimes

Criminal offense against the Government

Deceivers are traitors

Dynamite for Japan at America's expense

Evading tax on circulation

European origin of the Fed

Federal Reserve corrupt

not government institution

twelve branches

currency unsound

has usurped the government

conspires to take away peoples title to war debts

debts transferred to the people by Roosevelt

pool of American confiscated bank deposits

Forcing small banks to buy stock

Foreign and domestic swindlers

Faithless government officials

Fiat money and Mr. Mills of the Treasury

Financing beans for Japan

distilleries in Europe

German brewers

Financial pirates

Financed Trotsky in promoting Russian Revolution

Finding the securities put-up for Fed loans

Five-cent meals for the people

Gambling counter have no legal standing

German exports to South America paid for by U.S. before shipment

Granting gift of $7 millions to every member of the Federal Reserve yearly

Greatest crime in history

Great depression brought on by evil practices of the Fed

Great Britain, partner in blackmail

Great haul for the International Bankers

Gold standard abandoned by Britain

Government in the banking business as never before

Government liable for debts of individuals and corporations in foreign lands

responsible for Federal Reserve notes issued by the Fed

the backer of bootleggers, smugglers, speculators and swindlers in all parts of the world

Highly dangerous powers of the Federal Reserve law

Horrors of the dishonest Fed

Hypocrisy of the embargo on the shipment of gold

Immense gold loans to Great Britain

Impractical, cumbersome machinery of the Fed

International Bankers, enemies of the people they rob

International propagandists

Internationalists spend half million dollars to get the Federal Reserve law through Congress

Ivar Krueger, match king

Killing our favorable trade balance

King's bank, a worm-eaten fraudulent institution

Kuhn, Loeb and Co. take over the U.S. Treasury

send a partner to run the Fed

Money for Scotch distillers

of Fed the money of slaves-not free men

Nature of the Ivar Krueger Swindle

Oakland County, Michigan, has bankrupt sale of 71,000 homes and farms

Our gold sent to Germany

Old struggle of Jackson's time

One law for bankers-another for Veterans

Paying bootleggers' bills

Paying no income taxes

Peddling our government's credit

People's gold wrongfully and illegally taken

People's right to know

Predatory interests of the centuries

President Hoover's friend (Ivar Krueger)

President Jackson's battle with the bankers

Promoted separate peace between Germany and Russia, World War I

Public credit of the U.S. used all over the world at our risk

Raising money for Kuhn, Loeb and Co.

Ramsey MacDonald, labor party deserter

Redeeming bad debts of the Fed

Re-discounting

Repeal the Fed

Resolution for audit of the Fed

Return to the Constitution

Roosevelt casts his lot with the usurers and money changers

    destroyed the value of the American dollar

    dictatorship

    prepares to destroy the Constitution

    reduces the pay of Federal employees

    released bankers from debts and charge the people instead

    servant of International bankers

    his two kinds of laws

    will not permit the Congress to investigate the condition of the Fed

Shortage of actual money

Senator Aldrich's bill used in the Federal Reserve law

Carter Glass gets his name on the bill

Lodge of Massachusetts opposes the bill

Root denounces the Fed

Spurious securities for good U.S. funds

State boundaries should be respected in connection with State funds

Throwing Veterans off B.& O. freight cars

Traitorous and dishonest officials

Trotsky breaks up Russian homes with American funds

Twelve private money trusts

Two-named paper wrecked every country where tried

U.S. being ransacked and pillaged

Unlawful usurpation of power by Roosevelt, in bank holiday, March 5, 1933

Wealth of U.S. exported to foreign countries with all profit to the Fed

We need to destroy the Fed.

Wilson administration establishes the worm-eaten King's bank

World enslavement planned

World riff-raff operating on the public credit of the U.S.


"Freedom must be won anew each generation"


end of file

<u>Text</u> of the original 1932 speech from the Congressional Record
<u>Facsimile</u> of the Congressional Record, 1932, pages 12595 and 12596

## *<u>Back to Citizens for Better Government</u>*

*Revised  March 4, 2001*

*Exhibit 6*

1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEVADA

Robert Blair, Thomas Deegan, Jeremy Lowe, Peter Ostrowski, Don Bailey, Stephen Duane Curry
(in private capacity by special appearance only)

                         : CRIMINAL ACTION FOR FULL
                             PUNITIVE DAMAGES:
             v.                 **COMMON GRAND JURY DEMANDED:**
                            CONCERNING SEPTEMBER ELEVENTH
                            BLACK-OP ATTACK ON AMERICA
                          : 99-9920

RICHARD CHENEY, JOHN BRENNAN, JOHN ASHCROFT, ROBERT MUELLER, GEORGE W. BUSH, GEORGE H.W. BUSH, KEVIN SPACEY, BARACK OBAMA, JOHN MCCAIN, JAMES BAKER, EDGAR BRONFMAN SR., PAUL WOLFOWITZ, RICHARD PERLE, PETER MUNK, CONDALEEZA RICE, GEORGE SOROS, JOHN KERRY, BANDAR BIN SULTAN, DAVID ROCKEFELLER, BRENT SNOWCROFT, ZBIGNIEW BRZEDINSKI and HILLARY RODHAM CLINTON (Cheney, Brennan et. all with prejudice)

## MEMORANDUM AND ORDER FOR FORMAL PROSECUTION FOR BLACK-OP ATTACK OF SEPTEMBER 11th 2001

Hon. Jim Hardesty,
December 22, 2017

The alarming allegations in relation to the purported **black-op** attacks of

**SEPTEMBER 11, 2001** (9/11) are enough to warrant yet another superseding

indictment concerning only those events. In the wider context of this

issue, each of the accused parties including **RICHARD CHENEY** and **BRENT**

**SNOWCROFT** will face the death penalty. Others who have already passed

on, are likewise named for military authorities to recognize every part

they played in this modern atrocity. Accordingly, offenses will be directly

against **RICHARD CHENEY, GEORGE W. BUSH** and **JOHN BRENNAN** in their public

and private capacities rather than only public for all venues.[Latin for commerce.]

The wider context this had with regard to **URANIUM ONE** is also explored.

Your honor, with treason only a *"use of force"* need be proven. As duly noticed on record when it comes to violating 18 U.S.C § 2381 :

(See United States v. Castleman, et al., Pp. 4-10 (b) (Supreme Court)*"common-law concept of "force" encompasses even its indirect application, making it impossible to cause bodily injury without applying force in the common-law sense. Second, the knowing or intentional application of force is a "use" of force. Leocal v. Ashcroft, 543 U. S. 1, distinguished. Pp. 10–13"* https://supreme.justia.com/cases/federal/us/572/12-1371/

Your honors are to note again, when it comes to a crime of treason we need

only prove there is sufficient probable cause to warrant the suspicion.

The overwhelming amount of photos, military testimony and video will easily

surpass that threshold without further delay as we submit to court.

-1-

Exhibit 7



US 20200279585A1

# (19) United States
# (12) Patent Application Publication
Rothschild

(10) Pub. No.: US 2020/0279585 A1

(43) Pub. Date: **Sep. 3, 2020**



(54) **SYSTEM AND METHOD FOR TESTING FOR COVID-19**

(71) Applicant: **Richard A. Rothschild**, London (GB)

(72) Inventor: **Richard A. Rothschild**, London (GB)

(21) Appl. No.: **16/876,114**

(22) Filed: **May 17, 2020**

## Related U.S. Application Data

(63) Continuation-in-part of application No. 16/704,844, filed on Dec. 5, 2019, which is a continuation of application No. 16/273,141, filed on Feb. 11, 2019, now Pat. No. 10,522,188, which is a continuation of application No. 15/495,485, filed on Apr. 24, 2017, now Pat. No. 10,242,713, which is a continuation of application No. 15/293,211, filed on Oct. 13, 2016, now abandoned.

(60) Provisional application No. 62/240,783, filed on Oct. 13, 2015.

## Publication Classification

(51) **Int. Cl.**

| | |
|---|---|
| *G06K 9/00* | (2006.01) |
| *H04N 5/76* | (2006.01) |
| *H04N 9/82* | (2006.01) |
| *G16H 40/63* | (2006.01) |

(52) **U.S. Cl.**

CPC ............ *G11B 27/10* (2013.01); *G11B 27/031* (2013.01); *G06K 9/00892* (2013.01); *G06K 2009/00939* (2013.01); *H04N 9/8205* (2013.01); *G11B 27/102* (2013.01); *G16H 40/63* (2018.01); *H04N 5/76* (2013.01)

## (57) ABSTRACT

A method is provided for acquiring and transmitting biometric data (e.g., vital signs) of a user, where the data is analyzed to determine whether the user is suffering from a viral infection, such as COVID-19. The method includes using a pulse oximeter to acquire at least pulse and blood oxygen saturation percentage, which is transmitted wirelessly to a smartphone. To ensure that the data is accurate, an accelerometer within the smartphone is used to measure movement of the smartphone and/or the user. Once accurate data is acquired, it is uploaded to the cloud (or host), where the data is used (alone or together with other vital signs) to

US11107588

**US Patent # 11 107588**

**53 Page approved US Patent granted in August 31, 2021.**

**The patent is for technology to connect the "internet of things" via Graphene Oxide in the MRNA injections with Satellite and Cell Phone towers across the world** 🌐

**I know conspiracy theory right?   You need to read the patent.**

**Here's the approved patent from the US Patent office.**

https://patentimages.storage.googleapis.com/68/80/73/6a17a66e9ce8e5/US11107588.pdf

## Sent from my iPhone

*Page 2*

*Page 3*

# RBD recombinant protein-based SARS vaccine for biodefense

**Project Number**
4R01AI098775-05

**Former Number**
5R01AI098775-05

**Contact PI/Project Leader**
HOTEZ, PETER JOther PIs

**Awardee Organization**
BAYLOR COLLEGE OF MEDICINE

## 📖 Publications

⬇ Export    › Disclaimer

| Journal (Link to PubMed abstract) | Authors | Publication Year | Similar Publications | CitedBy | iCite RCR |
|---|---|---|---|---|---|

**Receptor-binding domain of MERS-CoV with optimal immunogen dosage and immunization interval protects human transgenic mice from MERS-CoV infection.**

Human vaccines & immunotherapeutics 2017 Jul 03; 13 (7) 1615-1624 — Wang, Yufei; Tai, Wanbo; Yang, Jie; Zhao, Guangyu; Sun, Shihui; Tseng, Chien-Te K; Jiang, Shibo; Zhou, Yusen; Du, Lanying; Gao, Jimin — 2017 — 🗨 G — 🏛 G — iCite 2.00

**Cross-neutralization of SARS coronavirus-specific antibodies against bat SARS-like coronaviruses.**

Science China. Life sciences 2017 12; 60 (12) 1399-1402 — Zeng, Lei-Ping, Ge, Xing-Yi; Peng, Cheng; Tai, Wanbo; Jiang, Shibo; Du, Lanying; Shi Zhengli; — 2017 — 🗨 G — 🏛 G — iCite 1.02

**Recombinant Receptor-Binding Domains of Multiple Middle East Respiratory Syndrome Coronaviruses (MERS-CoVs) Induce Cross-Neutralizing Antibodies against Divergent Human and Camel MERS-CoVs and Antibody Escape Mutants.**

Journal of virology 2017 Jan 01; 91 (1) — Tai, Wanbo; Wang, Yufei; Fett, Craig A; Zhao, Guangyu; Li, Fang; Perlman, Stanley; Jiang, Shibo; Zhou, Yusen; Du, Lanying — 2017 — 🗨 G — 🏛 G — iCite 2.82

**MERS-CoV spike protein: a key target for antivirals.**

Expert opinion on therapeutic targets 2017 Feb; 21 (2) 131-143 — Du, Lanying; Yang, Yang; Zhou, Yusen; Lu, Lu; Li, Fang; Jiang, Shibo — 2017 — 🗨 G — 🏛 G — iCite 8.49

**Optimization of the Production Process and Characterization of the Yeast-Expressed SARS-CoV Recombinant Receptor-Binding Domain (RBD219-N1), a SARS Vaccine Candidate.**

Journal of pharmaceutical sciences 2017 08; 106 (8) 1961-1970 — Chen, Wen-Hsiang; Chag, Shivali M; Poongavanam, Mohan V; Biter, Amadeo B; Ewere, Ebe A; Rezende, Wanderson; Seid, Christopher A; Hudspeth, Elissa M; Pollet, Jeroen; McAtee, C Patrick; Strych, Ulrich; Bottazzi, Maria Elena; Hotez, Peter — 2017 — 🗨 G — 🏛 G — iCite 2.42

US011107588B2

## (12) United States Patent
### Ehrlich et al.

(10) **Patent No.:** **US 11,107,588 B2**
(45) **Date of Patent:** **Aug. 31, 2021**

(54) **METHODS AND SYSTEMS OF PRIORITIZING TREATMENTS, VACCINATION, TESTING AND/OR ACTIVITIES WHILE PROTECTING THE PRIVACY OF INDIVIDUALS**

(71) Applicants: **Gal Ehrlich**, Ramat-Gan (IL); **Maier Fenster**, Petach-Tikva (IL)

(72) Inventors: **Gal Ehrlich**, Ramat-Gan (IL); **Maier Fenster**, Petach-Tikva (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/106,279**

(22) Filed: **Nov. 30, 2020**

(65) **Prior Publication Data**
US 2021/0082583 A1     Mar. 18, 2021

(30) **Foreign Application Priority Data**

| Aug. 11, 2020 | (IL) | ......................................... | 276648 |
| Aug. 11, 2020 | (IL) | ......................................... | 276665 |
| Sep. 1, 2020 | (IL) | ......................................... | 277083 |

(51) **Int. Cl.**
*G06Q 10/00*     (2012.01)
*G16H 50/80*     (2018.01)
(Continued)

(52) **U.S. Cl.**
CPC ............... *G16H 50/80* (2018.01); *G06N 7/005* (2013.01); *G16H 50/30* (2018.01); *H04W 4/023* (2013.01); *H04W 4/029* (2018.02)

(58) **Field of Classification Search**
CPC ........ G16H 50/80; G16H 50/30; G16H 15/00; G16H 10/60; H04W 4/023; H04W 4/029;

H04W 12/069; H04W 4/80; G06N 7/005; G08B 21/02; G07C 9/28; G07C 9/22; G06F 1/163; G06F 3/14; G09G 5/36; (Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,705,723 B2    4/2010 Kahn et al.
8,645,538 B2    2/2014 Pan
(Continued)

OTHER PUBLICATIONS

Office Action and Search Report dated Dec. 17, 2020 From the Israel Patent Office Re. Application No. 276648. (9 Pages.).
(Continued)

*Primary Examiner* — Anh V La

(57) **ABSTRACT**

System and methods for anonymously selecting subjects for treatment against an infectious disease caused by a pathogen. The system comprises a plurality of electronic devices comprising instructions to generate an ID and, when in proximity of another such electronic device, one or both electronic devices transmit/receive the ID to/from the other electronic device. Then, a score is generated based on a plurality of such received IDs. Additionally, based on information received from a server, relevant treatment instructions are displayed to the subjects based on the received information and the score. The server comprises instructions for sending to the plurality of electronic devices the information to be displayed with the relevant treatment instructions, additionally the server and/or the electronic devices comprise instructions to generate a prediction of likelihood of a subject transmitting the pathogen, based on the score of the subject.

**37 Claims, 12 Drawing Sheets**



Receiving information about subject — 202

Analyzing information — 204

Generating score — 206

Optionally allocating in score group — 208

Vaccinating according to score/group score — 210



US008691563B2

(12) **United States Patent**
Pushko et al.

(10) **Patent No.:** **US 8,691,563 B2**
(45) **Date of Patent:** **Apr. 8, 2014**

(54) **IDNA VACCINES AND METHODS FOR USING THE SAME**

(75) Inventors: **Peter Pushko**, Frederick, MD (US); **Igor Lukashevich**, Cockeysville, MD (US)

(73) Assignee: **Medigen, Inc.**, Frederick, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 253 days.

(21) Appl. No.: **13/054,372**

(22) PCT Filed: **Jul. 17, 2009**

(86) PCT No.: **PCT/US2009/004133**
§ 371 (c)(1),
(2), (4) Date: **Jun. 15, 2011**

(87) PCT Pub. No.: **WO2010/008576**
PCT Pub. Date: **Jan. 21, 2010**

(65) **Prior Publication Data**
US 2011/0243989 A1    Oct. 6, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/081,482, filed on Jul. 17, 2008.

(51) **Int. Cl.**
*C12N 15/00* (2006.01)
*C07H 21/02* (2006.01)
*A61K 39/12* (2006.01)

(52) **U.S. Cl.**
USPC ................. **435/320.1**; 536/23.72; 424/218.1

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 6,511,838 B1 | 1/2003 | Flament et al. |
| 6,565,853 B1 * | 5/2003 | Jacobs ..................... 424/202.1 |
| 2005/0276816 A1 | 12/2005 | Yamshchikov |
| 2006/0159704 A1 | 7/2006 | Bonaldo et al. |
| 2006/0198854 A1 | 9/2006 | Pushko |
| 2006/0280757 A1 | 12/2006 | Khromykh |

OTHER PUBLICATIONS

Anishchenko et al., Journal of Virology, Jan. 2004, 78(1):1-8.*
International Search Report corresponding to PCT/US 2009/004133 mailed Mar. 2, 2010.
Troy Querec et al., Yellow fever vaccine YF-17D activates multiple dendritic cell subsets via TLR2, 7, 8, and 9 to stimulate polyvalent immunity. Journal of Experimental Medicine, Feb. 20, 2006, pp. 413-424, vol. 203-No. 2, The Rockefeller University Press.
Extended European Search Report issued on Dec. 22, 2011 by the European Patent Office in corresponding European Patent Application No. 09798313.4.

* cited by examiner

*Primary Examiner* — Stacy B. Chen
(74) *Attorney, Agent, or Firm* — Dentons US LLP

(57) **ABSTRACT**

Described herein are iDNA vectors and vaccines and methods for using the same. The iDNA generates live attenuated vaccines in eukaryotic cells in vitro or in vivo for pathogenic RNA viruses, particularly yellow fever virus and Venezuelan equine encephalitis virus. When iDNA is injected into the vaccine recipient, RNA of live attenuated virus is generated by in vivo transcription in the recipient's tissues. This initiates production of progeny attenuated viruses in the tissues of the vaccine recipient, as well as elicitation of an effective immune response protecting against wild-type, non-attenuated virus.

**18 Claims, 31 Drawing Sheets**



**WIKIPEDIA**
The Free Encyclopedia

P a g e 6

# *Association for Molecular Pathology v. Myriad Genetics, Inc.*

*Association for Molecular Pathology v. Myriad Genetics, Inc.*, 569 U.S. 576 (2013), was a Supreme Court case, which decided that "a naturally occurring DNA segment is a product of nature and not patent eligible merely because it has been isolated."[1] However, as a "bizarre conciliatory prize" the Court allowed patenting of complementary DNA, which contains exactly the same protein-coding base pair sequence as the natural DNA, albeit with introns removed.[2]

The lawsuit in question challenged the validity of gene patents in the United States, specifically questioning certain claims in issued patents owned or controlled by Myriad Genetics that cover isolated DNA sequences, methods to diagnose propensity to cancer by looking for mutated DNA sequences, and methods to identify drugs using isolated DNA sequences.[3] Prior to the case, the U.S. Patent Office accepted patents on isolated DNA sequences as a composition of matter. Diagnostic claims were already under question through the Supreme Court's prior holdings in *Bilski v. Kappos* and *Mayo v. Prometheus*. Drug screening claims were not seriously questioned prior to this case.

Notably, the original lawsuit in this case was not filed by a patent owner against a patent infringer, but by a public interest group (American Civil Liberties Union) on behalf of 20 medical organizations, researchers, genetic counselors, and patients as a declaratory judgement.

The case was originally heard in Southern District Court of New York. The District Court ruled that none of the challenged claims were patent eligible. The majority opinion called patenting isolated or purified natural products a "lawyer's trick" to circumvent the prohibitions on the direct patenting of products of nature.[4]

Myriad then appealed to the United States Court of Appeals for the Federal Circuit (CAFC). The Federal Circuit reversed the district court in part and affirmed in part, ruling that isolated DNA, which does not occur by itself in nature, *can* be patented, and that the drug screening claims were valid, but that Myriad's diagnostic claims were not patentable. The CAFC considered the valid gene claims as directed toward compositions of matter rather than toward information, like the District Court did.

| **Association for Molecular Pathology v. Myriad Genetics, Inc.** | |
|---|---|
|  | |
| **Supreme Court of the United States** | |
| **Argued April 15, 2013** **Decided June 13, 2013** | |
| Full case name | *Association for Molecular Pathology, et al. v. Myriad Genetics, Inc., et al.* |
| Docket no. | 12-398 (https://www.supremecourt.gov/docketfiles/12-398.htm) |
| Citations | 569 U.S. 576 (*more*) 133 S. Ct. 2107; 186 L. Ed. 2d 124; 2013 U.S. LEXIS 4540; 81 USLW 4388; 106 U.S.P.Q.2d 1972; 13 Cal. Daily Op. Serv. 5951; 2013 Daily Journal D.A.R. 7484; 24 Fla. L. Weekly Fed. S 276 |
| **Case history** | |
| Prior | The District Court for the Southern District of New York denied the USPTO's motion to dismiss, 669 F. Supp. 2d 365 (https://www.leagle.com/decision/infdco2009 |





US008757552B1

(12) **United States Patent**

Martin

(10) **Patent No.:**    **US 8,757,552 B1**
(45) **Date of Patent:**    **Jun. 24, 2014**

(54) **DISPERSED SPACE BASED LASER WEAPON**

(71) Applicant: **Rick Martin**, Longmont, CO (US)

(72) Inventor: **Rick Martin**, Longmont, CO (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 53 days.

(21) Appl. No.: **13/922,648**

(22) Filed:    **Jun. 20, 2013**

**Related U.S. Application Data**

(60) Provisional application No. 61/770,125, filed on Feb. 27, 2013.

(51) **Int. Cl.**
    *B64G 1/10*    (2006.01)
    *B64G 1/24*    (2006.01)

(52) **U.S. Cl.**
    CPC ...................................... *B64G 1/242* (2013.01)
    USPC .................. **244/158.4**; 244/158.1; 244/172.7

(58) **Field of Classification Search**
    USPC ........... 244/158.1, 158.4, 159.4, 172.7, 172.8
    See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

3,535,543 A  *  10/1970  Dailey ........................... 307/149
4,402,480 A  *   9/1983  Udell ........................... 244/158.1

OTHER PUBLICATIONS

Ann L. Fischer, Solar from Space, article, Photonics spectra, www.photonics.com/Article.aspx?AIO=386277.
Luis Martinez, Navy's New Laser Weapon Blasts Bad guys from Air, Sea, Yahoo! News, Apr. 8. 2013.
Nestor Armesto, Hao Ma, Mauricio Martinez, Yacine Mehtar-Tani, Carlos A Salgado, Medium-induced soft gluon radiation in DIA. Jul. 5. 2012.
Ramakrishnan Mahadevan, Mohit Chhabra, Puneet Pasrich, Frank Barnes, A review of Batter Technologies:Past, Present & Future, University of Colorado, Boulder.

* cited by examiner

*Primary Examiner* — Philip J Bonzell
*Assistant Examiner* — Nicholas McFall
(74) *Attorney, Agent, or Firm* — Patent Law Offices of Rick Martin, P.C.

(57)    **ABSTRACT**

A dozen or more orbiting solar generators stay in constant touch. They can be congregated rapidly in space at any desired secret location. Once congregated they all focus their energy to a death star. This death star is a newly launched ICBM with a microwave or laser collector. A laser generator uses this huge energy to project a non-nuclear death ray to a target. The target could be a city, a ship or a satellite. In the event of an asteroid approaching earth, this system could destroy an asteroid. In peacetime the orbiting solar generators supply electric power to an earth based power grid.

**11 Claims, 6 Drawing Sheets**



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5





Fig. 6

Fig. 7



US 8,757,552 B1

**1**

## DISPERSED SPACE BASED LASER WEAPON

### CROSS REFERENCE

This is a non-provisional application deriving priority from U.S. Patent Application 61/770,155 filed Feb. 27, 2013.

### FIELD OF INVENTION

The present invention relates to providing a non-nuclear weapon of mass destruction, wherein a plurality of orbiting solar power generators (microwave and/or laser) coordinate their energy to a newly launched death star that focuses this coordinated laser energy to a target.

### BACKGROUND OF THE INVENTION

Death star super weapons have been designed but not implemented. One key reason is the vulnerability of a giant orbiting weapon from ICBM's and/or killer satellites and/or space based nuclear explosions.

The present invention eliminates that vulnerability. Many dozen small orbiting solar generators (cells) are launched so that each cell continuously generates solar energy as exemplified in the international space station. Each cell communicates not only with earth control stations, but with each other. Each cell has an onboard processor that continuously calculates how the group of cells could quickly organize into a small area and focus their energy to one death star.

This death star can be launched at a moment's notice from earth. It is not a sitting duck. Ideally a group of death stars would continually move about the earth on tracks, ships, airplanes or in orbit.

When an attack is ordered at least one death star is launched to the rendezvous point of a group of cells. The death star obtains an orbit and fixes the target(s) in its guidance system.

The death star can have a burst power laser powered by the accumulation of dozens of cells. Or it may be a reverse telescope that focuses multiple laser rays from cells and concentrates a super laser beam to the target.

An enemy would have to obtain and destroy virtually all of the cells to knock the weapon out. Or the enemy would have to obtain and destroy multiple death star ICBM's coming from anywhere on earth.

Even this knock out scenario is not a fatal blow to the system. Since one cell can power a city of 80,000, a dozen cells could power a city of a million people. This system could focus a dozen (or more) cells at a target, such as a city, and produce the equivalent of Sherman's march through Georgia, all in a non-nuclear manner using microwave energy. All this destructive force can be done without the death star at all.

In the ideal scenario the cells would initially function as an orbiting solar generator for a city. A beam of microwave energy, perhaps five miles wide, is generated by a geostationary orbiting solar generator. PG&E is producing one system now.

### THE SOLAR POWER CELL

Solar from Space
By Anne L. Fischer

The sun shines 24/7 in outer space, so it is not surprising that solar power seekers worldwide are setting up shop out there—or at least taking steps in that direction.

Solar power drawn from space-based satellites is not a new concept. It was prevent in the Journal Science in 1968 and patented by Dr. Peter E. Glaser in 1973. During the energy

**2**

crisis of the 1970's the US Department of Energy studied space-based power, proving that, although technically feasible, it was economically impractical and less efficient than other forms of energy.

In the 1990's, NASA revived the concept with the "Fresh Look" study and, by 2007, with a revived focus on renewable energy sources, many groups—both government and industry—had stepped up the studies and the investment. Over the course of three decades, the US government and NASA have collectively invested about $80 million in the study of space—based solar.

The most common approach to space—based solar power generation would place satellites into geostationary orbit—a 24-hour revolution synchronized with the Earth's rotation—at an altitude of 22,500 miles. The satellite would be equipped with photovoltaic solar panels that would collect sunlight and, using solid-state power amplifiers, would convert the solar power to 2.45 or 5.8 GHz microwaves that would be beamed to a receiver on Earth. The receiver, called a rectenna, would convert microwave energy into electricity, which would be sent to a local power grid.

John C. Mankins, who formerly managed NASA's space solar power studies and who now owns Managed Energy Technologies of Ashburn, Va., said that this is no small undertaking. Speaking with Jeff Young on National public Radio's "Living on Earth" program, he said that the transmitter would measure about a half mile across, or the equivalent of approximately 20 international space stations. The beam would be about a half mile wide in space and would spread to about four miles wide when received on Earth.

"You'd certainly want to take the right precautions, keep the energy density, the amount of power that's in a square meter of the beam low enough to be safe," he told Young.
Not without Challenges

As with the development of all forms of solar power, a huge challenge is the generation power cheaply, reliably and safely. Generating it in space adds variables, including finding materials that can withstand high temperatures, placing huge satellite transmitters into space and placing receivers on Earth, and ensuring that the beams sent to Earth are not harmful to humans or to the environment.

Research and development costs aside, the biggest ticket item is expected to be the cost of launching the satellites. Space Energy AG of Switzerland has made great strides toward developing its solar from space concept, and its business plan allocates about $125 million just to hoist its satellite into space.

The beam of microwave energy would measure a mile or two across and would pass through the atmosphere easily. Some energy would be lost, although exactly how much is not yet know, and skeptics could raise disaster ridden questions: What if the beam strays? Could birds or humans be harmed? Would the beam affect weather or cause other changes to the environment?

Dr. James Logan, former chief of medical operations at NASA's Johnson Space Center, has studied these issues and has answers to many of the questions: If the beam strayed, for example, it could be defocused. If birds passed through the beam, they would feel some warmth, but microwave radiation is nonionizing and cannot make a charged particle that would damage DNA or biomolecules.
Signing Up

Pacific Gas and Electric Co. (PG&E) of San Francisco recently signed a supply agreement with Solaren Corp. of Manhattan Beach, Calif., for 200 MW of electricity generated in space and transmitted by microwave beam to a receiving

US 8,757,552 B1

3

station in Fresno County, Calif. The contract calls for the power to begin to flow in 2016.

In an interview posted on PG&E's Next 100 Web site, Solaren CEO Gary Spimak said he is confident that, by using proven technology and designs, and through extensive testing, the company will be able to deliver on the contract.

Others also are working at commercializing space based solar power. Space Energy is developing solar satellites, and the Japanese Aerospace Exploration Agency (JAXA) plans to have a 1-GW satellite in orbit by 2030 but has not decided whether it will beam microwave or laser beams back to Earth. In conjunction with Mitsubishi Electric and Electronic USA of Cypress, Calif., it is working on the concept of a space solar power system composed of multiple satellites orbiting in formation.

Another group, sponsored by The Discovery Channel, conducted land—based tests last year, sending a microwave beam from solar collectors on a mountaintop in Maui, Hi. The beam was transmitted about 90 miles, or the equivalent of the distance it would have to penetrate from space. The transmission was successful but sent only about 20 W with a limited setup.

Turning Talk into Action

No one country owns space, so it makes sense to work on an international level to resolve many of the hurdles. A global dialogue has been taking place in many forms. For example, in September, the International Symposium on Space—Based Solar Energy will take place in Toronto, sponsored by SPACE Canada in cooperation with the International Academy of Astronautics. A lot of the talk will be focused on perhaps the greatest hurdles for space—based solar: regulatory and licensing issues around frequency allocations, orbital slots and liability. Nonetheless, with promises such as that made by Solaren, space—based solar may be moving into the sphere of reality.

Solar-Powered Space Station

The International Space Station is a great example of solar power at work. The largest spacecraft ever in orbit, it has a wingspan of approximately 361 ft. and a length of 262 ft. It weights 1 million pounds and orbits at an altitude of approximately 220 nautical miles. Six astronauts currently are conducting experiments in its six laboratories.

The space station is powered by four power modules with two solar arrays on each. The eight arrays produce around 120 kW of usable electricity—enough to run about 42 average size homes. The arrays play a critical role, supplying power to such things as the systems that provide or control the air the astronauts breathe, food storage and temperature controls.

Each wing uses 32,800 solar cells manufactured by Spectrolab Inc. of Sylmar, Calif., a Boeing Corp. company. The fourth set of solar arrays was attached in March by two space walking astronauts, with the assistance of a robotic arm that held the $300 million, 14-ton power module. With the power supplied by the fourth wing, the space station now provides living quarters of six astronauts, double the number prior to the new installation. The astronauts also have enough power for life support and for taking on additional scientific studies.

Designed in the 1990s, the solar cells are silicon-based. Spectrolab President David Lillington describes the cells as being the largest produced at the time, measuring just over 60 cm². He said that the cells can turn about 14.5 percent of the solar spectrum into electricity. Uniquely designed, the front contacts to the solar cells wrap through to the back side via small holes drilled through the cells.

The space station provides an ideal environment of evaluation of new solar cell technologies and materials through NASA's Materials International Space Station Experiment

4

test bed. In addition, much can be learned about the effects of atomic oxygen, Lillington said.

Solar cells in space are not without their tormentors. Space debris can take them out quickly. Carter Reznick, a Boeing engineer, said that, because working on or replacing the cells is not a simple process, the station is equipped with far more of them than necessary. A cell's power drops off over time, but constant monitoring via sensors has shown that all 82 circuits are working and that there has been no measurable drop thus far. END.

Thus, America could maintain perhaps one solar generator per state. The costs would in part be paid by the space based electrical energy.

For wartime use these cells could be scattered all over various orbits. Then the death star(s) completes a rendezvous. The totality of the microwaves from just ten cells could power a city of one million.

The death star laser generator focuses this energy into a beam. Directing this beam over targets such as cities, military bases or ships would define a weapon of mass destruction, without nuclear blowback.

SUMMARY OF THE INVENTION

The main aspect of the present invention is to disperse an enormous orbiting power generator array of cells such that it is not possible to obtain and destroy all the power generating cells.

Another aspect of the present invention is to continuously communicate location data among the cells so that a rapid rendezvous of multiple cells could be setup anywhere over the earth.

Another aspect of the present invention is to produce an ICBM energy collector such as a microwave or laser concentrator. This ICBM is called a death star.

Another aspect of the present invention is to continuously move a plurality of death stars all around the earth ready to launch.

Another aspect of the present invention is to coordinate the launch of a death star and the rendezvous of several power generating cells rapidly.

Another aspect of the present invention is to combine the discharging of multiple cells into the death star and create a non-nuclear weapon of mass destruction.

Another aspect of the present invention is to direct several cells' microwave energy onto a target, thus, the heat can be turned up gradually.

Another aspect of the present invention is to utilize the cells as orbiting electrical generators in peacetime.

Other aspects of this invention will appear from the following description and appended claims, reference being made to the accompanying drawings forming a part of this specification wherein like reference characters designate corresponding parts in the several views.

LGM-118A Peacekeeper—a Potential ICBM Launch Vehicle

The post-boost vehicle system is made up of a maneuvering rocket, and a guidance and control system. The vehicle rides atop the boost system, weighs about 3,000 pounds (1,363 kilograms) and is 4 feet (1.21 meters) long.

Aboard the ICBM could be a super capacitor made, for example, from a Graphene—cu compound structure. See Harvesting and Storing Laser Irradiation *Energy With Graphene*—cu Compound Structure, Wenbin Gong, Cornell University Library, arXIV.org>physics>arXIV:1207.3131, 13 Jul. 2012 revised 15 Aug. 2012.



US 8,757,552 B1

**5**

Graphene-metal compound structure has been reported as a novel and outstanding component used in electrical and optical devices. Publicly known is a first-principles study of graphene-cu compound structure, showing its capacity of converting laser energy into electrical power and storing the harvested energy for a long time. A real-time and real-space time-dependent density functional method (TDDFT) is applied for the simulation of electrons dynamics and energy absorption. The laser-induced charge transfer from copper layer to graphene layer is observed and represented by plane-averaged electron difference and dipoles. The effects of laser frequency on the excitation energy and charge transfer are studied as well. The enhancement of C-C $\sigma$-bond and decreasing of electron density corresponding to $\mu$-bond within graphene layer are responsible for the ability of storing the harvested energy for a long time.

At present, graphene is considered to be an excellent candidate for development of carbon-based electronics and optoelectronics, thanks to its properties, such as very high electron mobility, high current-carrying density and excellent heat dissipation. Recent progress in converting solar and mechanical energy into electric power by using carbon based materials has opened a door for a brand-new way of energy harvesting with high conversion efficiency. Up to ten times the storage to weight efficiency now known can potentially be achieved. In addition carbon-based supercapacitor shows its outstanding property of high values of capacitance and energy density which indicates the possibility of storing electrical charges efficiently. Of particular interest is the fact that graphene-based materials have demonstrated controllable surface and interface properties as well as tailored work functions via fictionalization during synthesis and/or post-treatment. Since the graphene can be n-type or p-type doped through contacting with different metals, it inspires fascination applications of harvesting irradiation energies such as laser. Previous works have studied the electronic transport through metal-graphene junction and the global photo-response in epitaxial graphene with metal contact, it is advantageous to explore the full picture of the electronic dynamic of the contacts at the nanometer scale with the experience of a laser.

It is found that electron transfer from copper layer to graphene sheet occurs when the compound structure is under the laser irradiation. Due to the electronic oscillation of graphene sheet, the external applied lasers with different frequency result in different electron transfers. The in plane $\sigma$-bond of graphene enhances after the laser irradiation while $\mu$-bond decreases its electronic density. We infer this is responsible for the long-time life storage of the harvested energy based on this compound structure. A plane capacitor model could be used to describe this structure, then harvesting and storing laser irradiation energy is the procedure of charging the capacitor.

Presently public analysis suggests the use of a plane capacitor model to describe the compound structure under the irradiation of laser pulses; the induced charge distribution is then modeled as two sheets of charge. Harvesting and storing laser irradiation energy is the procedure of charging the capacitor.

The simulations of electron dynamics under irradiation of laser pulses are performed by using TDDFT method. The graphene-Cu compound structure is found to be an appropriate material to harvest laser energy and convert the absorbed energy into electric power. The mechanism of conversion is investigated in our study and the effects of laser frequency as well. It is found that by subjecting the compound structure to external alternation electric fields parallel to the layers,

**6**

charge transfer occurs from the copper layer to graphene sheet. At the same pulse energy, the laser with longer wavelength induces more charge transfer. The enhancement of in-plane $\sigma$-bond in graphene should be the key point to store the harvested energy for quite a long time. The basic information on graphene-cu compound structure obtained in this work is useful for developing novel energy harvesting and storing other super capacitor modules might use barium titanate which can hold ten to one hundreds times the energy of to the capacitors. Estimates of energy storage known today are 44 MJ/m cubed. The potential output powers are very high for a short time. Then the super capacitor can be re-charged by the cells.

The Laser Weapon

The laser weapon on board the ICBM and its super capacitor energy source could be a weapons grade laser. This technology is publicly available as a ship board laser weapon. See news.yahoo.com/navys-laser-weapon-blasts-bad-215808231.html,©2013.

Early next year the Navy will place a laser weapon aboard a ship in the Persian Gulf where it could be used to fend off approaching unmanned aerial vehicles of speedboats.

The Navy calls its futuristic weapon LAWS, which stands for the Laser Weapon Systems. What looks like a small telescope is actually a weapon that can track a moving target and fire a steady laser beam strong enough to burn a hole through steel.

A Navy video of testing conducted last summer off the coast of California shows how a laser beam fired from a Navy destroyer was able to set aflame an approaching UAV or drone, sending it crashing into the ocean.

"There was not a single miss" during the testing, said Rear Admiral Matthew Klunder, chief of Naval Research. The laser was three for tree in bringing sown an approaching unmanned aerial vehicle and 12 for 12 when previous testes are factored in.

Navy officials have provided a few unclassified details. For example, the laser is designed to be a "plug and play" system that integrates into a ship's existing targeting technologies and power grids. Those factors make it a surprisingly cheap weapon.

Klunder says each pulse of energy from the laser "costs under a dollar" and it can be used against weapon systems that are significantly more expensive.

Rear Admiral Thomas Eccles, Navy Sea Systems Commander, says the beam can be turned on instantly and the ultimately "the generation of power is essentially your magazine. It's the clip we have" instead of bullets. "We deliver precision with essentially an endless supply of rounds."

The strength of the beam is flexible enough that at a lower intensity level it can be used to warn approaching ships and UAV's not to get too close to a Navy ship. Instead of using machine guns to fire non-lethal warning shots as navy ships do now, the laser can be aimed to "dazzle" the viewing sensors aboard the craft. That light effect warns the pilot of a small water craft or UAV that they are being targeted by a laser and to turn away. If they don't, the laser's power can be boosted to destroy the approaching craft.

Based on earlier testing the Navy is confident the laser is ready for real-world testing aboard the USS Ponce in the Persian Gulf. The ship was selected because of its mission to be an enduring presence in the Gulf to counter Iranian maritime threats in the region.

The laser could be a hundreds of megawatts per square centimeter. It could be a red helium neon laser. It could be pulsed so as to provide a deep penetrating using a Gaussian beam. This type of beam could generate high heat below the

US 8,757,552 B1

7

surface of a target. This high heat could cause an explosion beneath the surface of the target, thus, gaining a maximum destructive force from the space based laser beam.

In summary each orbiting solar cell could aim its laser beam at the ICBM super capacitor. The death star could fire at its target. The cluster of solar cells could replenish the super capacitor. The entire system could be re-located if an attacking missile(s) were detected.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a space perspective view of a plurality of solar generation cells in use.

FIG. 2 is a space perspective view of a collection of cells moved into a cluster, and a death star launched to a rendezvous location.

FIG. 3 is a space perspective of the death star attacking a ship.

FIG. 4 is a side elevation view of a cell.

FIG. 5 is a top plan view of a cell.

FIG. 6 is a land perspective view of a multi-target attack by a death star.

FIG. 7 is a space based perspective view of a multi-cell attack without a death star.

Before explaining the disclosed embodiment of the present invention in detail, it is to be understood that the invention is not limited in its application to the details of the particular arrangement shown, since the invention is capable of other embodiments. Also, the terminology used herein is for the purpose of description and not of limitation.

DETAILED DESCRIPTION OF THE DRAWINGS

Referring first to FIG. 1 the earth E is shown from outer space with Canada and the northern half of the United States of America showing. Three geostationary orbiting solar generation cells are numbered 1A, 1B, 1C. Cell 1A is in orbit 10. Cell 1B is in orbit 11. Cell 1C is in orbit 9. Each cell collects solar energy on its panels. Each cell has a microwave converter which converts the collected solar energy to microwave energy. The microwave energy is transmitted to earth in beams 6, 7, 8. Each beam has an earth diameter D1 of perhaps five miles wide so as not to disrupt the atmosphere. Earth collector 3 converts microwave energy beam 6 to local electrical energy. Earth collector 4 converts microwave energy beam 7 to local electrical energy. Earth collector 5 converts microwave energy beam 8 to local electrical power.

Thus, this space based energy harvesting system 16 is a commercially viable earth power generator. The sun is labeled S.

Referring to FIG. 2 the system 16W is now a weapon of mass destruction. A cluster 2 of cells 1A, 1B, 1C etc. has been rapidly coordinated into a super power generator. Constant calculations among the cells and between an earth communications center (not shown, this could be a mobile unit), has created this cluster over a quadrant of the earth where a target has been identified. Alternately an incoming asteroid could be targeted. A cluster of death stars may be coordinated to destroy an asteroid or any space debris. At the same time the cluster 2 is formed, a death star ICBM 14 has been launched from a silo 12 into an orbit adjacent to the cluster 2. This silo 12 could be a mobile silo. Track 13 shows the path of the death star 14 into orbit. Once the path of the death star 14 is in orbit the cells of the cluster 2 are controlled to energize via beams 15, the laser inside of death star 14. High tech capacitance circuitry in death star 14 stores this accumulated energy until the target in FIG. 3 is in range of the death star 14 when the

8

super laser beam 19 is unleashed on the target 20. This load and fire sequence can be repeated.

Also the array of cluster 2 and death star 14 can be reassembled in hours over any target on earth. Also the target could be an intruding asteroid from outer space. Such a system could also destroy the accumulating space garbage mankind has launched for fifty years. It is feasible this super laser beam 19 could also be used for mining purposes. Orbit 17 shows the orbit of death star 14. Another possible use for super laser beam 19 is steam generation off a coastline to promote rain downwind.

Referring next to FIGS. 4, 5 a cell 1A is shown. The solar panels 21 collect sunlight and convert this energy to electricity in the central station 23. The electrical to microwave converter 24 is controlled to beam the microwave energy to either a stationary earth based electrical power plant 3 in FIG. 1, or to a death star 14 in FIG. 2. The onboard computer has duplicate navigation and communication subsystems to keep all cells in constant wartime readiness to deploy. Rocket thrusters 22 are guided to move the cell to a designated orbital location. It is envisioned that a single rocket launch could put dozens of cells in orbit.

Referring next to FIG. 6 the system 16W is taking on multiple targets. Ship 20 using beam 25 and building 27 using beam 26 are hit at the same time.

Referring next to FIG. 7 no death star is needed to enable system 16 to be a weapon of mass destruction. Target 200 is hit with a multitude of microwave beams 6, 7, 8 all focused on target 200 rather than on an electricity generator.

The target can be incrementally heated up as a surrender tactic or blasted with dozens of beams 6, 7, 8.

Although the present invention has been described with reference to the disclosed embodiments, numerous modifications and variations can be made and still the result will come within the scope of the invention. No limitation with respect to the specific embodiments disclosed herein is intended or should be inferred. Each apparatus embodiment described herein has numerous equivalents.

I claim:

1. A space based weapons system comprising:
   a plurality of orbiting solar powered cells;
   each of said cells comprising an onboard computer and transceiver;
   said onboard computer capable of receiving an instruction to move to a space location over the earth using an onboard thruster assembly;
   each of said cells comprising a solar energy transmitting means functioning to send an energy ray to a first target;
   said first target comprising an orbiting laser weapon having an onboard energy storage device;
   wherein said energy storage device can receive energy from the plurality of orbiting solar powered cells; and
   wherein said orbiting laser weapon can fire a laser beam at an acquired target using energy from the energy storage device.

2. The weapons system of claim 1, wherein at least one of the plurality of orbiting solar powered cells and its solar energy transmitting means provides an energy beam to earth which is converted into electric energy on a grid.

3. The weapons system of claim 1, wherein the first target and its orbiting laser weapon and its onboard energy storage device further comprise an onboard coordinating computer and earth transceiver, said on board coordinating computer further comprising a communicating link to the plurality of orbiting solar powered cells so as to coordinate a designated locating pattern of the plurality of orbiting solar powered cells



US 8,757,552 B1

9

10

to direct their respective energy rays to the onboard energy storage device on the first target.

4. The weapons system of claim 3, wherein the first target further comprises a component from an intercontinental ballistic missile (ICBM).

5. The weapons system of claim 4, wherein the first target further comprises a component of an earth based defense system that deploys the first target to a designated orbit and directs the first target to acquire its acquired target and fire its laser beam, said earth based defense system also directs the plurality of orbiting solar powered cells to rendezvous with the first target.

6. The weapons system of claim 1, wherein the instruction to move to a space location is sent by an earth transceiver.

7. The weapons system of claim 1, wherein the instruction to move to a space location is sent by an orbiting solar powered cell.

8. The weapons system of claim 1, wherein the instruction to move to a space location is sent by a space vehicle.

9. The weapons system of claim 1, wherein the onboard energy storage device further comprises a super capacitor.

10. The weapons system of claim 1, wherein the solar energy transmitting means energy ray further comprises a microwave energy ray.

11. The weapons system of claim 1, wherein the solar energy transmitting means energy ray further comprises a laser energy ray.

* * * * *



Exhibit 8

This is to certify that this is a true and correct Reproduction of the record filed in the Wisconsin Department of Health and Social Services, Division of Health.

*R. D. Nashold*

Date: *April 12, 1978*

R. D. Nashold, Ph. D.
State Registrar

STATE OF WISCONSIN
DEPARTMENT OF HEALTH AND SOCIAL SERVICES
DIVISION OF HEALTH
ORIGINAL CERTIFICATE OF LIVE BIRTH

FORM NO. VE-1
200M-REV. 1-58

STATE FILING DATE      DEC 16 1977
STATE BIRTH NO.     148- '77 210532

LOCAL FILE NUMBER   10532

| | FATHER | MOTHER | CHILD | |
|---|---|---|---|---|
| 1. CHILD—NAME | First: Scott | Middle: Taggart | Last: ROETHLE | |
| 2a. DATE OF BIRTH | 2a. October 27, 1977 | | | 2b. 12:35 PM HOUR |
| 3. SEX | ☒ Male ☐ Female | 4a. THIS BIRTH, Single, Twin, Triplet, Etc. Single | 4b. (Specify) IF NOT SINGLE BIRTH Born First, Second, Etc. | |
| 5a. HOSPITAL—NAME | St. Joseph's Hospital | 5b. CITY OR VILLAGE (If Rural, Name Township) | 5c. ☒ Yes ☐ No Inside City or Village Limits | 5d. COUNTY OF BIRTH Milwaukee |
| 6. MOTHER—MAIDEN NAME | First: Joan | Middle: Taggart | Last: Miller | 6a. AGE 26 |
| 6b. STATE OF BIRTH (If not in U.S.A., Name of Country) Kentucky | | | | |
| 7a. RESIDENCE—STATE Wisconsin | 7b. COUNTY Waukesha | 7c. NAME OF CITY, VILLAGE (If Rural, Name Township) Waukesha | 7d. ☒ Yes ☐ No Inside City or Village Limits | 7e. MAILING ADDRESS 1247 Market Pl. |
| 8. FATHER—NAME | First: Gary | Middle: Frederick | Last: Roethle | 8a. AGE 26 |
| 8b. STATE OF BIRTH (If not in U.S.A., Name of Country) Wisconsin | | | | |
| 9a. INFORMANT—SIGNATURE | | | | 9b. RELATION TO CHILD Mother |
| I Certify That The Above Named Child Was Born Alive at The Place and Time on The Date Stated | | | | ATTENDANT ☒ M.D. ☐ D.O. ☐ Midwife ☐ Other (Specify) |
| 10a. Signature | | 10b. DATE SIGNED 11/2/77 | 10c. City of Village Milwaukee | |
| 10d. CERTIFIER—NAME Type or Print Dr. Kuhn Jr. | | 10e. MAILING ADDRESS 4900 W. Burleigh Street or R.F.D. No. | 10f. State Wisconsin | 10g. Zip 53210 |
| 11a. REGISTRAR—SIGNATURE | | | 11b. DATE RECEIVED BY LOCAL REGISTRAR Month NOV Day 7 Year 1977 | |



Exhibit 9

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:21-CR-000465 RLW (SRW) |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT T. ROETHLE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO COMPEL DISCOVERY AND
## DISCLOSURE OF EXCULPATORY AND IMPEACHMENT EVIDENCE

Comes now Defendant, Scott T. Roethle, by and through undersigned Counsel, and asks the Court to compel the production of discovery and all exculpatory or favorable evidence and impeachment evidence pursuant to Rule 16 FRCP and *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny (collectively *Brady).*[1]  In support thereof, Defendant asserts the following:

1.     The Government has asserted that Defendant Scott Roethle has both conspired to and committed health care fraud. The Government has alleged that Defendant processed fraudulent claims through a number of telemarketing/telemedicine electronic platforms like Encore, Locum Tenens, HealthSplash, etc. The evidence relied upon by the Government is exclusively electronic or digital. Electronic data and metadata is literally "the scene of the crime." The discovery provided contains no statements of any witnesses who will point to Defendant and identify him as a person they consulted with or who submitted a claim for payment. The Government relies upon agent

---

[1]*See, Pennsylvania v. Ritchie*, 480 U.S. 39 (1986); *Delaware v. Van Arsdall*, 475 U.S. 673 (1986); *United States v. Bagley*, 473 U.S. 667 (1985); *United States v. Agurs*, 427 U.S. 97 (1976); *Giglio v. United States*, 405 U.S. 150 (1972); *Kyles v. Whitley*, 514 U.S. 419 (1995); *Strickler v. Green*, 527 U.S. 263, 288 (1999).

created spreadsheets of summary extracted electronic data stored in a repository for these purposes. As a consequence, production of electronic data is essential to defend against these claims.

2.    In this electronic "whodunnit", metadata in an electronic crime scene is like DNA at an actual crime scene. Metadata contains artifacts that are crucial identifiers as to things like "who, what, why, when, where, and how" of the source of the electronic data, i.e., user, enabling the government to identify the criminal conduct and the individual under investigation and enables the government to exclude the innocent.

3.    A review of the various motions for extensions has set out the significance and scope of the electronic discovery requested.

4.    The discovery provided in this matter is voluminous and complex. The Government has disclosed approximately sixty-five gigabytes of data which includes 63,507 PDF files. The manner of production of these documents by the Government unnecessarily complicated an already complex disclosure by failing to include load files and metadata.

5.    The format of the disclosure has caused delay and inefficiency in viewing files, filtering, searches and tagging in review software.

~~6.~~    The Defendant, in order to overcome this deficiency, has, at his own cost, hired a legal IT expert to create a database for searching and linking the native and image files, creating a searchable PDF platform, and spreadsheets of the data that may be sorted by file type while maintaining the integrity of the material produced.  and ~~to~~ ensure that the PDFs are searchable. To be sure, the database does not include any underlying metadata since it was never produced by the government.

7.    The Defendant has filed six different motions for the extension of time setting forth the mechanical problems with the discovery provided. (Doc. #s 18, 25, 33, 41, 45, and 47). A

2

seventh motion for extension of time was due to an unexpected death in co-counsel's family (Doc. #51).

       8.    Upon review of the discovery provided so far, the Defendant sent additional requests for discovery on March 18, 2022 and again on April 11, 2022. (Exhibits 1 and 2 attached hereto). These letters were incorporated into the fourth motion for extension of time (Doc. #41). To date, no response has been provided to the letter of April 11, 2022 and a limited response was provided to the March 18, 2022 letter.

       9.    In the request for discovery letter dated March 18, 2022, the following information was requested:

    A. In the indictment, there are twenty-five (25) "patients" identified by initials in the various counts and six (6) in the overt acts. Given only the initials, we are unable to identify the patient's names with certainty and determine whether we have the appropriate files. Please identify the patients who are listed in the Counts 2-25 and the overt acts. (Paragraph 1 of March 18, 2022 letter). (Rule 16(a)(1)(A), (B), (E)).

    B. The reports of any expert witnesses. (Paragraph 2 of March 18, 2022 letter). (Rule 16(a)(1)(F).

    C. The government has provided a number of excel worksheets which are summaries or compilations of records. These summaries appear to include matters like billing information, payment histories and medical records. We request the underlying records utilized in creating the summaries or compilations. (Paragraph 3 of March 18, 2022 letter).

    D. Brady and Giglio Materials and Disclosures: We believe the following materials should be produced pursuant to Brady v. Maryland and are not Jencks materials. In particular, the prosecution of Robin Durnell sets forth an elaborate scheme of misrepresentations to lure physicians into the conspiracy as you know she did with Roethle. As a consequence, the evidence in her case appears exculpatory and at least contains impeaching information. Similarly, the Premier Medical information in South Carolina would clearly fit into the category of exculpatory evidence. Please provide the following: (Paragraphs 4(a) through 4(j) of March 18, 2022 letter).

       a. We request the production of any statements made by Robin Darnell involving directly or indirectly Scott Roethle. This should include any debriefing, written statements, recorded interviews, presentence reports, emails that she would have had with government agents surrounding the alleged acts of Roethle or

any alleged coconspirators including but not limited to Steven Richardson, Robert Berton, Beau Berton, DJ Wells or others connected to the Darnell prosecution. (*Brady v. Maryland*). (*Brady* material).

b. The names of all physicians identified as part of the Darnell investigations, i.e., the names of physicians who are identified by their initials in the Darnell indictment. In addition, please include statements made by the physicians regarding the conduct of Darnell and any agreements reached with the physicians regarding prosecution in this matter. (Exculpatory evidence).

c. We request that you produce the documents and evidence relied upon in preparing the Darnell indictment. (*Brady* material).

d. Discovery provided to Defendant Darnell, including, but not limited to emails, billing information, and statements of Scott Roethle. (*Brady* material and Rule 16(a)(1)(A)).

e. Statements made by Robert Berton, Beau Berton, Steven Richardson, DJ Wells, as well as other Locum Tenens USA, its subsidiaries, Encore employees, whether in written form or through interviews regarding Scott Roethle, including any statements that they claim are attributable to Roethle. (Exculpatory evidence under *Brady*).

f. Any agreements with any of the above-named individuals, Locum Tenens USA, its subsidiaries, Encore or any telemarketers, pharmacies or medical suppliers regarding prosecution, deferral of prosecution, or settlement agreements arising from or related to the investigation of Roethle.

g. Documentation of Premier Medical Laboratories in Greenville, South Carolina. Specifically, we are requesting the requisition forms for each of the 600+ lab requests that were attributed to Scott Roethle; The government did not produce any Premier Medical to us.  Everything was provided by Scott from Premier. (Rule 16(a)(1)(A)).

h. Any and all information relating to the use of Roethle's medical credentials and electronic signature arising from the investigation conducted by the United States Attorney's Office in South Carolina including but not limited to communications between Robin Darnell and David Santana, Conclave Medical and Premier Medical or Premier Labs of Greenville, South Carolina. (*Brady* material).

i. Statements of David Santana of Conclave who was identified by Premier Labs as having submitted the Premier Lab requests. (*Brady* material).

j. Documents generated by a company called Physician Acquisition or Physician Acquisition Services related to Robin Darnell or Locum Tenens, USA, it's

4

subsidiary or affiliated companies mentioning Scott Roethle or Premier Labs. (*Brady* material).

10.     In response and as discussed below, the Government provided a partial response of twenty-one names without reference to specific counts in the Indictment, ~~and~~ three purported transcripts of recorded telephone interviews between an FBI agent and Robin Darnell, and a FD-302 Report dated 03/29/2021 of a proffer by Robin Darnell on 02/19/2021.

11.     A central actor to this conspiracy claim is Robin Darnell. She served as a physician recruiter and also held herself out to physician recruits as a registered nurse who could assist in gathering patient intake information. Darnell has plead guilty to fraud and admitted lying to physician recruits. (U.S.A. vs. Robin Darnell, Southern District of Georgia; Cause No: 421-080).

12.     The following records/documents have been requested based upon the Darnell disclosure:

A.  Any written communications between Darnell and Rob or Beau Berton or Steven Richardson or Richard Garipoli regarding Dr. Roethle.  Any documents which outline the terms of Darnell's employment or work, job descriptions and duties, and compensation with or from Encore, Locum Tenens, Expansion Media, Lotus Healthcare or any other telemedicine or telemarketing companies or their agents. (Paragraph 1 of April 11, 2022 letter). (*Brady* material – exculpatory statements).

B.  Any written communications or recorded conversations regarding Darnell's representation of being a nurse or Medical Assistant or having such persons on staff for the purposes of patient intake or consultations to any physicians. (Paragraph 2 of April 11, 2022 letter). (*Brady* material – exculpatory evidence).

C.  Patient complaints that were made regarding Dr. Roethle or allegations or concerns by patients of alleged fraud. (Paragraph 3 of April 11, 2022 letter).

D.  Communications between any Encore, Locum Tenens or Expansion Media staff with other staff members, clients, pharmacies, DME suppliers and doctors regarding complaints, allegations, or concerns of alleged fraud. (Paragraph 4 of April 11, 2022 letter).

E.  Communications to Encore, Locum Tenens, Expansion Media or their agents from CMS, Medicare/Medicaid, contractors, Express Scripts, or other insurers regarding Dr.

Roethle and/or improper claims, to include notifications of improper methods or claims from third parties. (Paragraph 5 of April 11, 2022 letter). (*Brady* material).

F. Any written or recorded records and conversations kept by Darnell or the government of all her intake or verification calls to include, but not limited to, all calls on behalf of Dr. Roethle, intake or verification calls for Encore, Locum Tenens, Expansion Media, Richardson, Lotus Health, Garipoli, David Santana, Conclave Medical/Conclave Media, Blue Mosaic Platform, HealthSplash and DMERx Platform and Leo Johnson. (Paragraph 6 of April 11, 2022 letter). (*Brady* material).

G. Telephone records of Darnell for the period of Oct 1, 2017 through February of 2021. (Paragraph 7 of April 11, 2022 letter). (*Brady* material).

H. Darnell bank records, tax records and other payment records reflecting payments from Encore, Tenens/Locum, Expansion Media, all physicians, Encore clients, DME providers, pharmacies, labs, telemarketers and alleged telemedicine providers, including but not limited to, Expansion Media, Richardson, Lotus Health, Garipoli, Santana and Conclave. (Paragraph 8 of April 11, 2022 letter). (*Brady* material).

I. Darnell bank records, tax records, check stubs, wires and evidence of cash records to show all outgoing payments to any employees, associates or independent contractors who were assisting her in intake, consultation or verification calls related to Dr. Roethle, Encore, Locum Tenens and Expansion Media. (Paragraph 9 of April 11, 2022 letter).

J. Any records or lists of intakes, verifications or consults done by Darnell or her associates, employees or independent contractors associated with Dr. Roethle or his NPI number. (Paragraph 10 of April 11, 2022 letter). (Rule 16(a)(1)(A) and *Brady* material).

K. All written documentations including emails between Darnell, Garipoli, Richardson, Santana, Jarred Wright, Leo Johnson, Rob Berton, Beau Berton or any others discussing the use of doctor signatures, processing consults or orders. (Paragraph 14 of April 11, 2022 letter). (*Brady* material).

L. Lotus Health/Garipoli cloud storage account from Box.com with two email accounts of Garipoli, telephone records of both, Medicare claims data relative to both and bank records. It should be noted that these records were seized and disclosed and are in possession of the United States Attorney's Office in the Southern District of Florida under case number 19-CR-80196. (Paragraph 15 of April 11, 2022 letter). (*Brady* material).

M. Materials relative to selling, purchasing and kickbacks of patient information and doctor's orders, including Dr. Roethle's, for genetic tests and labs including but not limited Lotus Health, Garipoli, MedSymphony, Dial4MD, Kelly Wolf, Ashley Hoobler Parris, Lab Solutions, Cleo Labs, Performance Labs, and Lazarus Labs/Lazarus

Services, LLC. These records are in possession of United States Attorney's Office for the Southern District of Florida under case number 19-CR-80196 and case number 19-CR-80181, and the Middle District of Florida under case number 20-CR-01475 in the Eastern District of Louisiana under case number 21-0028 and the Southern District of Georgia under case number 21-CR-80. (Paragraph 16 of April 11, 2022 letter). (*Brady* material).

13.    The Government has alleged that Defendant, in his position as a physician, has

conspired to defraud a health care benefit program by creating false documentation, including

patient assessments, evaluation records, treatment orders, and prescriptions (Indictment, Paragraph

18). As a result, Defendant requested the following discovery:

A.  Any records or lists of intakes, verifications or consults done by Darnell or her associates, employees or independent contractors associated with Dr. Roethle or his NPI number. (Paragraph 10 of April 11, 2022 letter). (Rule 16(a)(1)(A) and *Brady* material).

B.  Any documentation regarding patient consults and orders utilizing Dr. Roethle's signature or NPI through HealthSplash, DMERx, Box.com or any other platform as identified by Darnell in her February 19, 2021, proffer setting forth the way in which such consults or intakes were processed or reviewed, the required time frame for review or processing, and a description of what happened to the consult if it was not reviewed in a timely fashion. (Paragraph 13 of April 11, 2022 letter). (Rule 16(a)(1)(A)).

C.  Records and communications regarding payments made to Encore, Locum Tenens, Expansion Media from their clients and other entities related to telemedicine alleged kickbacks or related telehealth schemes. (Paragraph 17 of April 11, 2022 letter). (*Brady* material).

D.  Records from Biologistics Solutions, 7th Wellness, Blue Mosaic, Dial4MD, Mazal, Lotus Health, MedSymphony, Consults Direct, Curo MD, Carexd and Firefly relative to Dr. Roethle consults and the IP address utilized for the Roethle consult. (Paragraph 18 of April 11, 2022 letter). (Rule 16(a)(1)(A)).

E.  Records and communications regarding any alleged fraudulent scheme with Premier Medical, including but not limited to, Robin Darnell, David Santana and Conclave Medical/Media relative to Dr. Roethle including selling and purchasing doctor signatures or NPI numbers, obtaining genetic patient samples for testing, payments and claims. These records are available under cause number 18-CV-00165 in the District of South Carolina. (Paragraph 19 of April 11, 2022 letter). (Rule 16(a) (1)(A) and *Brady* material).

F.  As to the Excel spreadsheets, each of those appears to be a summary of other records maintained related to patient claims. Specifically, files identified as gov, 0182769.xlsb through 0182774, government 01985.xlsb through 0185299, gov 0001602.xlx, 1603, 1855689, 185740, 185760, 185794, 185933, 185955, 185978, 185997, 186017, 186028, 186039, 186050, 186061, 186072, 186075, 186086, 186097, 186018, 186119, 186130, 186141, 186152, 186175, 186186, and 186197. As you can see, we have attempted to include all of the Microsoft Excel spreadsheets that were prepared in this matter. They are designated either as xlsb or xlsx files. Each of these are summaries of other records. We are requesting the records upon which these summaries relied in summarizing the documents. (Paragraph 20 of April 11, 2022 letter).

G.  Records supporting paragraphs 34 and 35 of the Indictment. (Paragraph 21 of April 11, 2022 letter). (Rule 16(a)(1)(A)).

H.  All known IP addresses which the government identifies as Dr. Roethle's or utilized by him or under his control from October 2017 through February 2021. (Paragraph 23 of April 11, 2022 letter). (Rule 16(a)(1)(A)).

I.  Medical records and claims submitted for each of the named individuals in the included counts, the overt acts and paragraph 33 of the indictment. The only records that appear to have been produced are health/encounter and notes for Theresa Ellefson (Count 9), health/encounter notes for DME (Expansion Media) probably for Josephine Morgan (though the count referring to Josephine Morgan appears to be for topicals, not DME) and a single email from Peoples Choice regarding Sandra Hammond for topicals with an attached unsigned order. Beyond that, we have no medical records, intake, consult records or claims of these identified individuals. We specifically request that you provide these records. (Paragraph 25 of April 11, 2022 letter).

14.  In addition to the medical records identified above, Defendant has requested the production of all things that would identify him as the person who created assessments, evaluations, treatment orders, and prescriptions. All of the evidence relied upon by the Government is electronic or digital. All rely upon computer transmitted information. All of that information has an identifying component. Defendant has requested that information which identifies the source of the documents, as follows:

A.  Records from Biologistics Solutions, 7th Wellness, Blue Mosaic, Dial4MD, Mazal, Lotus Health, MedSymphony, Consults Direct, Curo MD, Carexd and Firefly relative to Dr. Roethle consults and the IP address utilized for the Roethle consult. (Paragraph 18 of April 11, 2022 letter). (Rule 16(a)(1)(A)).

B. Records supporting paragraphs 34 and 35 of the Indictment. (Paragraph 21 of April 11, 2022 letter). (Rule 16(a)(1)(A)).

C. All known IP addresses which the government identifies as Dr. Roethle's or utilized by him or under his control from October 2017 through February 2021. (Paragraph 23 of April 11, 2022 letter). (Rule 16(a)(1)(A)).

D. All records, to include but not limited to, communications, claims, IP addresses, and requisitions relative to Premier Medical/Premier Labs submitted under Dr. Roethle's name or NPI from October 2017 to February 2021, including but not limited, to David Santana, Robin Darnell, Conclave Media/Medical and agents of Premier Medical/Premier Labs. (Paragraph 24 of April 11, 2022 letter). (Rule 16(a)(1)(A) and *Brady* material).

15.    Defendant has attached the written discovery requests and incorporates their contents by reference. (Exhibit 1, Exhibit 2).

16.    The requested information is essential to determine what motions need to be filed regarding Fourth and Fifth Amendment issues, the sufficiency of the Indictment, and other necessary pre-trial motions.

Wherefore, the Defendant requests this Court enter an order compelling production of the identified records and for such other and further orders this Court deems just in the premises.

BRUNTRAGER & BILLINGS, P.C.

/s/ Neil J. Bruntrager
Neil J. Bruntrager, #29688
225 S. Meramec Ave., Suite 1200
St. Louis, Missouri 63105
(314) 646-0066
(314) 646-0065 Fax
Email: njbatty@aol.com

/s/ Michael D. Hepperly
Michael D. Hepperly, #09542 (KS)
Michael D. Hepperly law office, chtd.
310 W. Central, Suite 119
Wichita, KS 67202
tel: 316-267-5330
fax: 316-267-6589
email: mhepperly@aol.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2022, the foregoing **Motion to Compel Discovery** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Neil J. Bruntrager



BRUNTRAGER
&
BILLINGS P.C.
ATTORNEYS AT LAW

225 SOUTH MERAMEC AVE.
SUITE 1200
ST. LOUIS, MISSOURI 63105
(314) 646-0066
FAX (314) 646-0065

WWW.LAW-STL.COM

CHARLES H. BILLINGS
NEIL J. BRUNTRAGER
DANIEL J. BRUNTRAGER
MARY BUTTS BRUNTRAGER*
CHARLES W. BILLINGS
JONATHAN N. BRUNTRAGER
PETER O. BRUNTRAGER*

*ALSO LICENSED IN ILLINOIS

OF COUNSEL
EDWARD C. BRUNTRAGER**

**ALSO LICENSED IN VIRGINIA

RAYMOND A. BRUNTRAGER, SR.
(1924-2014)

RAYMOND A. BRUNTRAGER, JR.
(1948-1979)

PARALEGALS:
RENEE L. PARKS

ADMINISTRATIVE STAFF:
GABRIELLA PATANA
DIANE QUEENSEN

March 18, 2022

Ms. Dorothy McMurtry
Office of the Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102

RE:    Scott Roethle

Dear Dorothy,

I hope this finds you well. I would like to address some of the ongoing discovery issues both with what has been produced and what has not been produced.

First, we are still having difficulty opening some of the encrypted materials. Specifically, we are unable to open the Tricare spreadsheet and GOV 018625.pdf in the same folder. Both files are password protected and none of the provided passwords work. Please instruct on how to open this spreadsheet and the pdf file.

Second, in reviewing the Roethle materials which we could access, there are necessary and relevant materials which are not included in the discovery provided. Please accept this as a request for the production of the following material evidence pursuant to Rule 16 and Brady/Giglio requirements.

1.  In the indictment, there are twenty-five (25) "patients" identified by initials in the various counts and six (6) in the overt acts. Given only the initials, we are unable to identify the patient's names with certainty and determine whether we have the appropriate files. Please identify the patients who are listed in the Counts 2-25 and the overt acts;

2.  The reports of any expert witnesses;



EXHIBIT
1

3. The government has provided a number of excel worksheets which are summaries or compilations of records. These summaries appear to include matters like billing information, payment histories and medical records. We request the underlying records utilized in creating the summaries or compilations;

4. Brady and Giglio Materials and Disclosures: We believe the following materials should be produced pursuant to Brady v. Maryland and ate not Jencks materials. In particular, the prosecution of Robin Darnell sets forth an elaborate scheme of misrepresentations to lure physicians into the conspiracy as you know she did with Roethle. As a consequence, the evidence in her case appears exculpatory and at least contains impeaching information. Similarly, the Premier Medical information in South Carolina would clearly fit into the category of exculpatory evidence. Please provide the following:

   a. We request the production of any statements made by Robin Darnell involving directly or indirectly Scott Roethle. This should include any debriefing, written statements, recorded interviews, presentence reports, emails that she would have had with government agents surrounding the alleged acts of Roethle or any alleged coconspirators including but not limited to Steven Richardson, Robert Berton, Beau Berton, DJ Wells or others connected to the Darnell prosecution;

   b. The names of all physicians identified as part of the Darnell investigations, i.e., the names of physicians who are identified by their initials in the Darnell indictment. In addition, please include statements made by the physicians regarding the conduct of Darnell and any agreements reached with the physicians regarding prosecution in this matter;

   c. We request that you produce the documents and evidence relied upon in preparing the Darnell indictment;

   d. Discovery provided to Defendant Darnell, including, but not limited to emails, billing information, and statements of Scott Roethle;

   e. Statements made by Robert Berton, Beau Berton, Steven Richardson, DJ Wells, as well as other Locum Tenens USA, its subsidiaries, Encore employees, whether in written form or through interviews regarding Scott Roethle, including any statements that they claim are attributable to Roethle;

   f. Any agreements with any of the above-named individuals, Locum Tenens USA, its subsidiaries, Encore or any telemarketers, pharmacies or medical suppliers regarding prosecution, deferral of prosecution, or settlement agreements arising from or related to the investigation of Roethle;

12

Case: 4:21-cr-00465-CDP    Doc. #: 152-1    Filed: 04/09/24    Page: 107 of 117
Case: 4:21-cr-00465-RLW-SRW    Doc. #: 7104    Filed: 09/16/22    Page: 3 of 3 PageID #: 183
PageID #: 704

g.  Documentation of Premier Medical Laboratories in Greenville, South Carolina. Specifically, we are requesting the requisition forms for each of the 600+ lab requests that were attributed to Scott Roethle; The government did not produce any Premier Medical to us. Everything was provided by Scott from Premier.

h.  Any and all information relating to the use of Roethle's medical credentials and electronic signature arising from the investigation conducted by the United States Attorney's Office in South Carolina including but not limited to communications between Robin Darnell and David Santana, Conclave Medical and Premier Medical or Premier Labs of Greenville, South Carolina;

i.  Statements of David Santana of Conclave who was identified by Premier Labs as having submitted the Premier Lab requests;

j.  Documents generated by a company called Physician Acquisition or Physician Acquisition Services related to Robin Darnell or Locum Tenens, USA, it's subsidiary or affiliated companies mentioning Scott Roethle or Premier Labs.

The requested information is essential to a full understanding of the case and would all be directly related to the culpability of Scott Roethle. I look forward to your early response.

Very truly yours,

BRUNTRAGER & BILLINGS, P.C.

By _____
    Neil J. Bruntrager

By /s/ Michael D. Hepperly
Michael D. Hepperly, #09542 (KS)
Michael D. Hepperly law office, chtd.
310 W. Central, Suite 119
Wichita, KS 67202
tel: 316-267-5330
fax: 316-267-6589

NJB/dnq

13

14

Case: 4:21-cr-00465-CDP    Doc. #: 152-1    Filed: 04/09/24    Page: 109 of 117
Case: 4:21-cr-00465-RLW-SRW    Doc. #: 52-2    Filed: 09/16/22    Page: 1 of 6 PageID #: 184
PageID #: 708

# BRUNTRAGER
# &
# BILLINGS P.C.
### ATTORNEYS AT LAW

225 SOUTH MERAMEC AVE.
SUITE 1200
ST. LOUIS, MISSOURI 63105
(314) 646-0066
FAX (314) 646-0065

WWW.LAW-STL.COM

CHARLES H. BILLINGS
NEIL J. BRUNTRAGER
DANIEL J. BRUNTRAGER
MARY BUTTS BRUNTRAGER.*
CHARLES W. BILLINGS
JONATHAN N. BRUNTRAGER
PETER O. BRUNTRAGER

*ALSO LICENSED IN ILLINOIS

OF COUNSEL
EDWARD C. BRUNTRAGER.**
**ALSO LICENSED IN VIRGINIA

RAYMOND A. BRUNTRAGER, SR.
(1924-2014)

RAYMOND A. BRUNTRAGER, JR.
(1946-1979)

PARALEGALS:
RENEE L. PARKS

ADMINISTRATIVE STAFF:
GABRIELLA PATANA
DIANE QUEENSEN

April 11, 2022

Ms. Dorothy McMurtry
Office of the Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102

RE:    Roethle Matter

Dear Dorothy,

        We have received additional documents from you regarding Robin Darnell. Linda Hanley has provided the names of some, but not all, of the individuals identified in the Indictment. There are twenty-four patients identified in various counts and six are identified in the overt acts. Linda Hanley has provided twenty-two names. Some of the counts have the same initials for patients such as Counts 3, 4, 12 and 14. But, it is not clear whether the initials represent the same patient. For instance, there are several patient names which have the same initials but are different names (i.e., Albert Cooks/Arthur Clay, Janelle Madden/Josephine Morgan). We would ask that you provide the names specific to the count in which they are listed in the Indictment. We would also ask for you to provide the names specific to each overt act allegation and to identify the patients P.R. and B.R. in paragraph 33 of the Indictment.

        There are several redacted names that were provided in the Darnell 302 proffer dated February 19, 2021. We would ask that you provide or identify these individuals. In that same proffer, there is a reference to an email wherein Darnell was asked to process physician orders for Dr. Roethle (this is found on page 7, second full paragraph). We are asking that you provide a copy of the email that was referenced in that proffer.

1

EXHIBIT

2

15

For the purpose of this letter and request for the following information, communications include any written or recorded communications include any emails and attachments, memorandum, notes, texts and letters; consults, intakes, orders and verifications include any documentation which could be used as the basis of claims made by a DME company, pharmacy or laboratory to include billings submitted to patients or information submitted by patients:

1. Any written communications between Darnell and Rob or Beau Berton or Steven Richardson or Richard Garipoli regarding Dr. Roethle. Any documents which outline the terms of Darnell's employment or work, job descriptions and duties, and compensation with or from Encore, Locum Tenens, Expansion Media, Lotus Healthcare or any other telemedicine or telemarketing companies or their agents.

2. Include any written communications or recorded conversations regarding Darnell's representation of being a nurse or Medical Assistant or having such persons on staff for the purposes of patient intake or consultations to any physicians.

3. Patient complaints that were made regarding Dr. Roethle or allegations or concerns by patients of alleged fraud.

4. Communications between any Encore, Locum Tenens or Expansion Media staff with other staff members, clients, pharmacies, DME suppliers and doctors regarding complaints, allegations, or concerns of alleged fraud.

5. Communications to Encore, Locum Tenens, Expansion Media or their agents from CMS, Medicare/Medicaid, contractors, Express Scripts, or other insurers regarding Dr. Roethle and/or improper claims, to include notifications of improper methods or claims from third parties.

6. Any written or recorded records and conversations kept by Darnell or the government of all her intake or verification calls to include, but not limited to, all calls on behalf of Dr. Roethle, intake or verification calls for Encore, Locum Tenens, Expansion Media, Richardson, Lotus Health, Garipoli, David Santana, Conclave Medical/Conclave Media, Blue Mosaic Platform, HealthSplash and DMERx Platform and Leo Johnson.

7. Telephone records of Darnell for the period of Oct 1, 2017 through February of 2021.

8. Darnell bank records, tax records and other payment records reflecting payments from Encore, Tenens/Locum, Expansion Media, all physicians, Encore clients, DME providers, pharmacies, labs, telemarketers and alleged

2

telemedicine providers, including but not limited to, Expansion Media, Richardson, Lotus Health, Garipoli, Santana and Conclave.

9. Darnell bank records, tax records, check stubs, wires and evidence of cash records to show all outgoing payments to any employees, associates or independent contractors who were assisting her in intake, consultation or verification calls related to Dr. Roethle, Encore, Locum Tenens and Expansion Media.

10. Any records or lists of intakes, verifications or consults done by Darnell or her associates, employees or independent contractors associated with Dr. Roethle or his NPI number.

11. Recorded and memorialized interviews including Form 302s of Darnell's associates, employees and independent contractors, including but not limited to Jay Sharpton.

12. All written communications between Darnell and Garipoli to include emails and phone records.

13. Any documentation regarding patient consults and orders utilizing Dr. Roethle's signature or NPI through HealthSplash, DMERx, Box.com or any other platform as identified by Darnell in her February 19, 2021, proffer setting forth the way in which such consults or intakes were processed or reviewed, the required time frame for review or processing, and a description of what happened to the consult if it was not reviewed in a timely fashion.

14. All written documentations including emails between Darnell, Garipoli, Richardson, Santana, Jarred Wright, Leo Johnson, Rob Berton, Beau Berton or any others discussing the use of doctor signatures, processing consults or orders.

15. Lotus Health/Garipoli cloud storage account from Box.com with two email accounts of Garipoli, telephone records of both, Medicare claims data relative to both and bank records. It should be noted that these records were seized and disclosed and are in possession of the United States Attorney's Office in the Southern District of Florida under case number 19-CR-80196.

16. Materials relative to selling, purchasing and kickbacks of patient information and doctor's orders, including Dr. Roethle's, for genetic tests and labs including but not limited Lotus Health, Garipoli, MedSymphony, Dial4MD, Kelly Wolf, Ashley Hoobler Parris, Lab Solutions, Cleo Labs, Performance Labs, and Lazarus Labs/Lazarus Services, LLC. These records are in possession of United States Attorney's Office for the Southern District of Florida under case number 19-CR-80196 and case number 19-CR-80181, and the Middle District of Florida under case number 20-CR-01475 in the Eastern District of Louisiana

3

17

under case number 21-0028 and the Southern District of Georgia under case number 21-CR-80.

17. Records and communications regarding payments made to Encore, Locum Tenens, Expansion Media from their clients and other entities related to telemedicine alleged kickbacks or related telehealth schemes.

18. Records from Biologistics Solutions, 7th Wellness, Blue Mosaic, Dial4MD, Mazal, Lotus Health, MedSymphony, Consults Direct, Curo MD, Carexd and Firefly relative to Dr. Roethle consults and the IP address utilized for the Roethle consult.

19. Records and communications regarding any alleged fraudulent scheme with Premier Medical, including but not limited to, Robin Darnell, David Santana and Conclave Medical/Media relative to Dr. Roethle including selling and purchasing doctor signatures or NPI numbers, obtaining genetic patient samples for testing, payments and claims. These records are available under cause number 18-CV-00165 in the District of South Carolina.

20. As to the Excel spreadsheets, each of those appears to be a summary of other records maintained related to patient claims. Specifically, files identified as gov, 0182769.xlsb through 0182774, government 01985.xlsb through 0185299, gov 0001602.xlx, 1603, 1855689, 185740, 185760, 185794, 185933, 185955, 185978, 185997, 186017, 186028, 186039, 186050, 186061, 186072, 186075, 186086, 186097, 186018, 186119, 186130, 186141, 186152, 186175, 186186, and 186197. As you can see, we have attempted to include all of the Microsoft Excel spreadsheets that were prepared in this matter. They are designated either as xlsb or xlsx files. Each of these are summaries of other records. We are requesting the records upon which these summaries relied in summarizing the documents.

21. Records supporting paragraphs 34 and 35 of the Indictment.

22. All search warrants and subpoenas issued and executed in the course of this investigation, specifically, anything that references Dr. Roethle by name, his email address or known IP addresses.

23. Provide all known IP addresses which the government identifies as Dr. Roethle's or utilized by him or under his control from October 2017 through February 2021.

24. All records, to include but not limited to, communications, claims, IP addresses, and requisitions relative to Premier Medical/Premier Labs submitted under Dr. Roethle's name or NPI from October 2017 to February 2021, including but not limited, to David Santana, Robin Darnell, Conclave Media/Medical and agents of Premier Medical/Premier Labs.

Case: 4:21-cr-00465-CDP    Doc. #: 152-1    Filed: 04/09/24    Page: 113 of 117
Case: 4:21-cr-00465-RLW-SRW    Doc. #: 71    Filed: 09/16/22    Page: 5 of 6 PageID #: 188
PageID #: 710

25. Please provide the medical records and claims submitted for each of the named individuals in the included counts, the overt acts and paragraph 33 of the indictment. The only records that appear to have been produced are health/encounter and notes for Theresa Ellefson (Count 9), health/encounter notes for DME (Expansion Media) probably for Josephine Morgan (though the count referring to Josephine Morgan appears to be for topicals, not DME) and a single email from Peoples Choice regarding Sandra Hammond for topicals with an attached unsigned order. Beyond that, we have no medical records, intake, consult records or claims of these identified individuals. We specifically request that you provide these records.

26. You have disclosed to us a number of documents that appear to be communications between Dr. Roethle and his attorneys. These documents are bates-stamped and are not segregated from the other discovery. Please explain why these privileged materials are in your possession and produced as discovery in the case. Additionally, if there are other privileged communications being held by your office, please identify who is in possession of the documents, when they came in possession of them and who provided them to that person.

27. Recorded and memorialized interviews including Form 302s relating to Dr. Roethle and the kickback schemes alleged in the indictment, including but not limited to, Rob Berton, Beau Berton, Robin Darnell, Richard Garipoli, Steven Richardson, D.J. Wells, Jarred Wright, David Santana, Claudia Lopez, Bill Balsamo, Joe Costa, Cecilla Gonzalez, Leo Johnson, Kelly Wolf, Teresa Murphy, Samantha Irving, JoAnna Hatchcock, Kim Winhouse, Donna LNU, Karissa LNU, Eric Greenwald, Eric Gruen, Jim Angel, Kenneth Blackwell and Tanya Wells.

The information requested is directly relevant to the government's case in chief without even addressing the *Brady* elements. They are essential in meaningful preparation of pretrial motions. As to the documents and other tangible objects that are requested, this evidence is material to preparing a defense. It is information that the government would intend to use in its case in chief based on its pleadings. To the extent that the government alleges that they are medical records prepared by the Defendant, they would belong to the Defendant. The documents or objects requested are within the custody or control of the government through the broad scope of prosecutions involving the matters at issue or are in the possession of your various investigative agencies.

If you object to disclosing any of the requested information on the basis of relevancy, please identify the information which you believe is not relevant. We are happy to attempt to resolve any questions or concerns you may have regarding the above request or its scope.

19

Very truly yours,

BRUNTRAGER & BILLINGS, P.C.

By _____
   Neil J. Bruntrager

MICHAEL D. HEPPERLY LAW OFFICE, chtd.

/s/ Michael D. Hepperly

NJB/gpp

*Affidavit of Truth — Exhibits A-D and 1-9.*

**Respectfully signed for filing, this 8th day of April, in the year of our Lord, 2024.**

**All Rights Reserved,**

**Scott Taggart Roethle** _Scott Taggart Roethle_

## KANSAS NOTARY ACKNOWLEDGEMENT

**STATE OF KANSAS**
**COUNTY OF JOHNSON**

**This instrument was acknowledged before me on the 8th day of April in the year of our Lord, 2024 by Scott Taggart Roethle, an individual.**

**Signature** _Lajuan Robinson_

**Name:** _Lajuan Robinson_

**Title:** _CSR 2_

**Commission:** _January 27, 2027_

NOTARY PUBLIC
STATE OF KANSAS
LAJUAN ROBINSON
My Appointment Expires: 01/27/2027

## CERTIFICATION OF SERVICE ON NEXT PAGE

**CERTIFICATION OF SERVICE**

On this 9th day of April in the year of our Lord, 2024, I sent, via registered mail, the papers within this document to the following:

Nathan Graves, Clerk of Court
US District Court Eastern Dist MO
111 South 10th Street
St Louis, Missouri 63102

Honorable Ronnie L. White
Thomas Eagleton US Courthouse
111 South 10th Street
St Louis, Missouri 63102

Governor Michael Parson
Capitol Building, Room 216
P.O. Box 720
Jefferson City, Missouri 65102

Andrew Bailey, Missouri Attorney General
Supreme Court Building, 207 W. High
P.O. Box 899
Jefferson City, Missouri 65102

Donald J. Trump, President of the United States
1100 South Ocean Blvd.
Palm Beach, Florida 33480

Merrick Garland, US Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Scott Taggart Roethle    *Scott Taggart Roethle*