## AFFIDAVIT of Dr. Corey Priest

My name is Dr. Corey Priest. I affirm and submit this affidavit, under penalty of perjury, as being true to the best of my knowledge, on behalf of Scott Taggart Roethle, MD.

I have known Scott Roethle, MD for approximately ten years. Scott Roethle, MD has been one of my employees as the medical director at my clinic. During this time of employment he has maintained a full time roll over the last 3 years. His patient care, interactions with the staff have always been in very good standing. Scott Roethle, MD and his mental capacity is unquestionably stable and of no concern. As a full-time employee he works very hard, caring for patients and he has been a valuable and indispensable asset to our healthcare team. A mental competency evaluation would be unwarranted, a waste of resources and effort; and there is no concern whatsoever about any mental, psychological, emotional, or intellectual deficiency in reference to Scott Roethle, MD. Please feel free to contact me if you have any questions.

**Respectfully signed, this** 26 **day of** April**, in the year of our Lord, 2024.**

**All Rights Reserved,**

**Dr. Corey Priest** _____

## KANSAS NOTARY ACKNOWLEDGEMENT

**STATE OF KANSAS**
**COUNTY OF JOHNSON**

This instrument was acknowledged before me on the 26th day of April in the year of our Lord, 2024 by Corey M Priest, an individual.

Signature _LaJuan Robinson_

Name: _LaJuan Robinson_

Title: _Notary Public_

Commission: _January 27th 2027_

NOTARY PUBLIC
STATE OF KANSAS
LAJUAN ROBINSON
My Appointment Expires: 01/27/2027