## AFFIDAVIT of Isaac Smith, COO

My name is Isaac Smith. I affirm and submit this affidavit, under penalty of perjury, as being true to the best of my knowledge, on behalf of Scott Taggart Roethle, MD.

Dr. Scott Roethle is one of the employees and the medical director at our functional medicine clinic. He is an indispensable asset to our medical team and I've witnessed his work ethic first hand. Scott has become a true friend and I consider it a privilege to work alongside him. I'm amazed by his ability to multi-task while attending to our patients and the demands of his role. I have no concerns about his mental competency. A mental evaluation would be a waste of time and money; and there is no concern whatsoever about any mental, psychological, emotional, or intellectual deficiency. Please feel free to contact me if you have any questions.

**Respectfully signed, this** _26_ **day of** _APRIL_ **, in the year of our Lord, 2024.**

All Rights Reserved,

Isaac Smith, COO _[signature]_

**KANSAS NOTARY ACKNOWLEDGEMENT**

**STATE OF KANSAS**
**COUNTY OF JOHNSON**

This instrument was acknowledged before me on the _26th_ day of _April_ in the year of our Lord, 2024 by _Isaac M. Smith_, an individual.

Signature _Lajuan Robinson_

Name: _Lajuan Robinson_

Title: _Notary Public_

Commission: _January 27, 2027_

NOTARY PUBLIC
STATE OF KANSAS
LAJUAN ROBINSON
My Appointment Expires: 01/27/2027