**From the Desk of Scott Taggart Roethle, created in the image of my Almighty God, YHWH, KING of Kings, created as flesh and blood soul possessing being known on this earth as Scott Taggart Roethle. Address: 7819 W XXX Court, Overland Park, Kansas [66223]**

**Date: 27 January 2025**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA Corp. Fiction (SRW)** | ) ) ) ) | **Cause: No. 4:21-cr-000465-RLW** |
| **v.** | ) ) | |
| **SCOTT T. ROETHLE, Nom De Guerre Accused** | ) | |

### DEMAND TO VACATE HEARING DATE FOR VIOLATION OF DUE PROCESS OF LAW PURSUANT TO THE FIFTH AMENDMENT OF THE ORGANIC CONSTITUTION

**Due to time Constraints, this Paper is Served and Filed in the Court via eFile, with instructions to the Clerk of the Court to distribute to all Entitled Parties.**

### FILE ON DEMAND

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent**

**Sui Juris, by Special Limited Appearance submitted only via Written Communication**

I, **Scott-Taggart, a private, living, Sovereign man, created in the image of our God, Sui Juris, Authorized Representative and agent for named-defendant, SCOTT T. ROETHLE, corporate fiction, declares, affirms, and asserts the following, in accordance with the common law in a Court of Record, as seen in Article III of the organic Constitution 1791.**

Proper Notice is a fundamental element promised to the accused pursuant to self-executing unalienable Right to Due Process of Law, as seen in the Fifth Amendment. Your local court rule states that I have 14 days to submit my response in opposition to a motion for a hearing before the court can schedule a hearing. I received the motion for a "Frye hearing" on Friday, January 24, 2025, which is only 3 days ago.

Accordingly, the date of February 4, 2025, for a hearing must be immediately vacated, with Notice on the record that the hearing date of February 4, 2025, has been vacated, to prevent self-executing due process of law violation/deprivation as found in the Fifth Amendment.

Additionally, since I am Sui Juris, I am entitled to confer with the prosecutor to coordinate our calendars for any scheduling of future hearings, in person or via zoom, etc.

Kindly immediately correct the error of the court and vacate the hearing date with Notice immediately provided on the record.

Respectfully submitted, this 27th day of January in the year of our Lord, 2025.

signed electronically /s/ __*Scott-Taggart*_____

**Scott-Taggart, Authorized Representative**
FOR: SCOTT T. ROETHLE, Taxpayer and Principal