**From:** stroethle@hotmail.com
**Sent:** Friday, January 19, 2018 8:53 AM
**To:** DJay Wells <dj@encoretelemedicine.net>
**Subject:** Telemedicine

DJay

Can you tell me a little bit about the malpractice in liability insurance that we get through encore? Looking at the DME and hormone replacement and Pain Cream console some doing, just want to make sure I'm covered. My primary malpractice has nothing to do with any of this, so making sure I don't need to buy something totally separate.

Any updates on possible increased compensation for the bodMD hormone consults? Long-term I'm wondering how sustainable it is to do those for only $30 a consult

Also want to make sure there are no worries about any kind of overprescribing red flags or fraud for these DME prescriptions. I have a feeling that the marketing groups might be cold calling people at their home who have no idea what they are getting...

Scott T. Roethle, M.D.
913.653.9151
stroethle@hotmail.com