**From:** Scott Roethle <stroethle@hotmail.com>
**Sent:** Thursday, March 8, 2018 10:41 AM
**To:** Cecilia Gonzalez <manager@dial4md.com>
**Subject:** dme issues

Hi Cecilia

I was under the impression that I did not actually need to call these DME consult patients, and that the intake and/or nurses were collecting all information and verifying the need for the orders. However, I have heard from a couple of patients that they just receive marketing calls asking about their pain, and then eventually the prescriptions show up in the mail and their insurance is billed. This seems predatory and/or fraudulent, and I may be involved! Can you explain exactly how this all happens, and what exactly the process is so that I/we are all compliant, especially with the medical board, insurers, and the government!

Thanks.

**Scott T. Roethle, M.D., FASA**
913-653-9151 (cell)
STRoethle@hotmail.com
www.linkedin.com/in/scottroethlemd/