| | |
|---|---|
| **From:** | Scott T. Roethle MD <stroethle@hotmail.com> |
| **Sent:** | Tuesday, January 9, 2018 7:39 PM |
| **To:** | s.richardsonmarketing@gmail.com |
| **Subject:** | Fwd: Pt Scherer |
| **Attach:** | Scherer, Joann Orders 120617.pdf |

Hi Steve

Hope all is well in the New Year.

Couple things...

First, please change the address and phone number on all of my consults, it's currently Children's Mercy Hospital, but should be: 13725 Metcalf Ave #292, Overland Park, KS 66223 and 913-653-9151

Second, the DMERX consults still are not being updated with calls.

Are the consults overall slowed down this time of year? Seems like the numbers are significantly decreased. I want to make sure I'm not doing something wrong to get fewer consults… Any other clients I can work with for orders?

Lastly, I'm worried about some fraud issues. It seems that too many of the consults are for numerous braces for all body parts, which seems awfully over prescription of the braces. If they truly need a brace or two, that's great, but seems like too many patients get too many braces at one time. Just making sure we aren't outliers that raise a red flag.

In addition, I was notified of a patient, Joann Scherer, that has received multiple boxes of multiple braces, and never has ordered/requested them. Only the most recent was prescribed by me. I called her and the pharmacy, GeriMedical, in Houston (281-752-8585), and they are concerned as well. The patient is going to ship it back, and neither she nor her insurance (Medicare) are to be billed. But we would like to eliminate this type of fraudulent order somehow. Is this something you have heard about or can look into? Attached is the order from us on November 9 for the five braces she received. Anything you can do to research and correct this would be appreciated.

Thanks.

**Scott T. Roethle, M.D., FASA**
913-653-9151 (cell)
STRoethle@hotmail.com
www.linkedin.com/in/scottroethlemd/