| | |
|---|---|
| **From:** | Scott T. Roethle MD <stroethle@hotmail.com> |
| **Sent:** | Thursday, July 26, 2018 11:09 PM |
| **To:** | Robin Darnell <robin@encoretelemedicine.net> |
| **Subject:** | Re: biologistics consults |

Yeah, the patient, insurance company, and/or pharmacy calls me stating the patient never spoke to anyone or requested brace/Rx. They give me a name and I have no idea where to even look. I also get dozens of faxes looking for further info to process declined scripts.

Is there someone I can refer all of these inquiries to? I'm worried this is going to become a fraud issue for me and my NPI !!!

Scott T. Roethle, M.D., FASA
913-653-9151  (cell)
STRoethle@hotmail.com
www.linkedin.com/in/scottroethlemd/