

**U.S. DEPARTMENT OF JUSTICE**

United States Attorney
Eastern District of Missouri

---

*Derek J. Wiseman*  
*Assistant United States Attorney*

Thomas F. Eagleton U.S. Courthouse  
111 South 10th Street, Rm. 20.333  
St. Louis, Missouri 63102

Direct: (314) 539-7616  
Office: (314) 539-2200  
Fax: (314) 539-2312

March 11, 2025

<u>SENT VIA FEDEX</u>

Scott Taggart Roethle  
7819 W. 158th Court  
Overland Park, KS 66223

  Re: *United States v. Scott Taggart Roethle*  
     **Criminal No. 4:21-cr-00465-CDP**

Defendant Roethle:

  Enclosed please find courtesy copies of several trial exhibits along with business declarations for the following items of evidence:

  **(1)** Qlarant Medicare Part D records;  
  **(2)** CoventBridge Medicare Part B and DME records;  
  **(3)** Wisconsin Physician Services Medicare application records;  
  **(4)** Microsoft email records;  
  **(5)** Bank of America records for Defendant Roethle's bank accounts;  
  **(6)** Regions Bank records for Integrity Medical's bank accounts;  
  **(7)** Dropbox records;  
  **(8)** DocuSign records;  
  **(9)** Bothwell Regional Medical Center records;  
  **(10)** Anesthesia Associates of Kansas City ("AAKC") records;  
  **(11)** Children's Mercy Kansas City records;  
  **(12)** Lifetime Fitness records;  
  **(13)** Brian's Gym records;  
  **(14)** BlueCloud records;  
  **(15)** Sprint cellular telephone records for Defendant Roethle's cellphone;  
  **(16)** Socket Telecom internet protocol subscriber records;  
  **(17)** Lumen Technologies internet protocol subscriber records; and  
  **(18)** Charter Communications internet protocol subscriber records.

  With this letter, we are once again providing notice of our intent to introduce the above-referenced records as self-authenticating business records under Federal Rules of Evidence 803(6) and 902(11). Please let me know if you have any objections.

                  Sincerely,

                  SAYLER A. FLEMING  
                  United States Attorney

March 11, 2025
Page 2 of 2

DEREK J. WISEMAN
Assistant United States Attorney