# Count 8: Health Care Fraud

### Defendant Roethle Orders Six Orthotic Braces for Patient B.D. on 11/30/18



DocuSign Record: Roethle signed **316 times** over **441 pages** in approx. **7 minutes**

  

### Medicare Claim Submitted Based on Defendant Roethle's Orders

| Count | Patient | Date of Claim | Doctor | Orthotic Braces | Amount Paid | Submitted By / Paid To |
|---|---|---|---|---|---|---|
| 8 | Betty Dorman (B.D.) | 12/4/2018 | Scott Roethle | 1 shoulder, 1 wrist, 2 knees, 2 suspension sleeves | $2,477.64 | Integrity Medical (Cape Girardeau, MO) |

# Defendant Roethle's email on 12/6/18, admitting that "very few people qualify for shoulder braces"

**From:** Scott Roethle <stroethle@hotmail.com>
**Sent:** Thursday, December 6, 2018 6:09 AM
**To:** Steven Richardson <s.richardsonmarketing@gmail.com>
**Subject:** Re: Please DocuSign: M A ANDREWS BI ANKLE TX INRNL1.pdf, M A ANDREWS BI WRIST TX INRNL1.pdf, M A AN...

I want to make it work too! I just need to know that these patients really and truly want and need the braces ordered. None of the patients I called wanted them, so being very transparent with this is key to remain compliant. I'm much more comfortable with only 1 or 2 braces per patient, so that works for me. And ==really very few people qualify for shoulder braces==, as they come with extreme hardship in use. If we can address this, I'm interested in continuing...

Scott T. Roethle, M.D., FASA
913-653-9151 (cell)
www.MyDrScott.com
STRoethle@hotmail.com
www.linkedin.com/in/scottroethlemd/