| Doctor | Doctor's NPI State | Billed Amount | Paid Amount |
|---|---|---|---|
| ROETHLE, SCOTT | MO | 19,080,517.83 | 8,384,102.08 |
| GILBURN, LEIGH | MO | 6,321,423.18 | 2,757,186.18 |
| _-MALON, ROMEL | MO | 4,292,348.20 | 1,794,332.78 |
| OSUALA, EZENWA | MO | 3,398,030.79 | 1,592,097.98 |
| VOLSHTEYN, OKSANA | MO | 2,099,669.16 | 1,191,238.23 |
| DE SILVA, ANANDA | MO | 1,856,753.43 | 975,388.57 |