# Payments to Defendant Roethle

- **AAKC (2015-2020):** $1,125,302.58
- **Bothwell (2018-2020):** $542,608.67
- **Locum Tenen (2017-2019):** $480,071.47