# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 02, 2025

Scott Taggart Roethle
7819 W. 158th Court
Overland Park, KS  66223

     RE:  25-1521  United States v. Scott Roethle

Dear Scott Taggart Roethle:

     Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

                                        Susan E. Bindler
                                        Clerk of Court

CRJ

Enclosure(s)

cc:    Clerk, U.S. District Court, Eastern District of Missouri
       Kevin Christopher Curran
       Justin M. Ladendorf
       Derek James Wiseman

     District Court/Agency Case Number(s):   4:21-cr-00465-CDP-1

No: 25-1521

United States of America

Plaintiff - Appellee

v.

Scott Taggart Roethle, M.D.

Defendant - Appellant

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cr-00465-CDP-1)

**JUDGMENT**

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction as premature.

April 02, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Susan E. Bindler