UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:21CR0465 CDP |
| v. | ) |
| | ) |
| SCOTT TAGGART ROETHLE, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

First Assistant Federal Public Defender Kevin C. Curran enters his appearance as appointed counsel of record for the Defendant Scott Taggart Roethle replacing all counsel who have previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/ Kevin C. Curran
KEVIN C. CURRAN, MO 29234
First Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Kevin_Curran@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Kevin C. Curran  
KEVIN C. CURRAN   MO 29234