UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21 CR 465 CDP |
| | ) | |
| SCOTT TAGGART ROETHLE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant Scott Taggart Roethle's motion to continue his voluntary surrender date [312] is granted and defendant must surrender to the institution previously designated by the Bureau of Prisons not later than 1:00 p.m. on Wednesday, May 27, 2026.   No further extensions will be allowed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2026.